

**GOLDSMITH CTORIDES & RODRIGUEZ LLP**
Attorneys at Law

www.goldsmithlegal.com
e-mail: info@goldsmithlegal.com

747 Third Avenue
New York, NY 10017
(212) 421-5500
(212) 421-5185

140 Sylvan Avenue
Englewood Cliffs, NJ 07632

Liberty View Building
457 Haddonfield Road
Cherry Hill, NJ 08002

The Curtis Center
601 Walnut Street, Suite 720
Philadelphia, PA 19106

LEE S. GOLDSMITH, M.D. ▼△
CHRISTINA CTORIDES ▼
RANCISCO J. RODRIGUEZ ▼△

DAVID FIELDS, M.D. ‡#

LISA A. DALESANDRO, R.N. ∞
Paralegal

**LOCKS LAW FIRM**
OF COUNSEL
www.lockslaw.com
GENE LOCKS #▲



△Certified by the Supreme
Court of New Jersey as
a Civil Trial Attorney

#Of Counsel
▼NY & NJ only
▲NJ & PA only
‡NY only

ABA-Accredited Program

Thursday, July 9, 2009

*Please reply to
New York office*

Mrs. April Bryant
2417 East Saint James Avenue
Hayden Lake, ID 83835

Re: BRYANT, ▮▮▮▮▮▮▮ v. MILHORAT, M.D., et. al.
Our File #: 68860
U.S. District Court/Eastern District Docket #: 1751/2009

Dear April:

As I may have already told you, our law firm will work along with The Locks Law Firm, which has an "of counsel" relationship with out firm, in the litigation of the cases against The Chiari Institute, Dr. Bolognese and Dr. Milhorat. At the present time, three attorneys from The Locks Law Firm have been assigned to work with us. They are Steve Knowlton, Janet Walsh and Andrew Bell. From time to time, they may call you relating to your case.

We are sending you this letter at this time because new rules of professional conduct were placed into effect in New York State on April 1, 2009 requiring that we advise clients in writing of all law firms working on their case and that the attorneys' fee earned in their case may be shared with another law firm.

Please note that any attorneys' fee earned in your case either by way of settlement or jury verdict, may be shared with The Locks Law Firm. The division of the fee will be based upon the amount of work that each firm performs in the case. As such, we presently cannot provide you with the exact manner in which the fee shall be divided. You will, however, be given that information at the conclusion of the case.

<u>Rest assured that the division of the fee between our firm and The Locks Law Firm shall in no way impact the overall attorneys' fee you are charged.</u> In other words, the attorneys' fee will not be higher simply because The Locks Law Firm may assist us in the litigation of your case.

**GOLDSMITH CTORIDES & RODRIGUEZ LLP**
Attorneys at Law

Thursday,
July 9, 2009
Page 2 of 2

Re: BRYANT, ▮ v. MILHORAT, M.D., et. al.
Our File #: 68860
U.S. District Court/Eastern District Docket #: 1751/2009

You will only be charged a fee by our firm. The fee that you will be charged shall be determined as per the terms set forth in the Retainer Agreement that you signed with our office, a copy of which is enclosed herein for easy reference.

To demonstrate that you have read this letter and agree with its terms, please sign below and return the signed letter to our office in the self-addressed, stamped envelope provided. A duplicate copy of this letter is enclosed for your files.

Thank you for your cooperation herein. Should you have any questions, please do not hesitate to call.

Very truly yours,

GOLDSMITH CTORIDES & RODRIGUEZ, LLP

Lee S. Goldsmith

LSG/ab
Enc.

I have read the contents of this letter and agree to the division of the attorneys' fee between Goldsmith Ctorides & Rodriguez, LLP and The Locks Law Firm.

_____
April Bryant

___7/28/2009_____
Date