

# New Patient Visit

**Name of the patient:**
**DOB:**
**Visit date:** 3/25/08

PCP:  Rhonda Westcott, MD         Ref Phys:
      (208) 292-5437

**Report distribution:**
PCP: ☒    Ref Phys: ☐    Patient: ☒    Other: ☐

**Chief complaints today are:**
1. Headache
2. Temporary Loss of Vision and Color Change
3. Vomiting

**Associated brainstem symptoms:**
- vomiting, snoring

**Lansky score today is:**        80-90
**Beighton score today is:**      7
**Pain assessment (1-10 scale):** 0/10 as per mom

**History of present illness:**
▇▇▇▇ is a ▇▇▇▇ old little girl who presents to The Chiari Institute today accompanied by her parents, from Hayden, Idaho▇▇▇ was recently diagnosed with Chiari I Malformation, and is here for further evaluation and treatment options.

▇▇▇▇ was born at 36 weeks gestation, a twin, conceived via IVF. ▇▇▇▇ parents report that she experienced reflux and constipation in her first year of life. She was also diagnosed with a speech delay, but otherwise met her developmental milestones on time.

On January 16th, 2008, ▇▇▇▇ was jumping in the playground, when she began to complain of a severe headache and loss of vision. She was brought to an urgent-care office, diagnosed with a migraine, and sent home.

Her mother reports that she continued to have nausea and vomiting, and was also experiencing visual color identification difficulties. At this time, she also had difficulty with dizziness and imbalance. Her parents brought her to the Emergency Department, where an MRI was

performed, and she was diagnosed with Chiari I Malformation. Dr. Ling, a pediatric neurosurgeon, was consulted, and reportedly recommended immediate surgery.

▇▇▇▇▇ symptoms lasted approximately one week, and then resolved spontaneously. A repeat episode, similar to the first, occurred about 2 weeks ago, lasting about 3 days.

▇▇▇▇▇ parents then performed an internet search, found The Chiari Institute, and have brought her here today.

**Headache Characterization:**
Every once in a while c/o headache, usually suboccipital headache
**Location:** suboccipital ☒   frontal ☐   temporal ☐   vertex ☐
**Radiation:** cervical ☐   retro-orbital ☐   frontal ☐   temporal ☐
**Sidedness:** right ☐   left ☐   bilateral ☐
**Quality:** sharp ☐   pounding ☐   pressure ☐   dull ache ☐   electric-like ☐
burning ☐
**Intensity:** without medication 4-5/10    with medication 0/10
**Symptom Associations:** nausea ☐   vomiting ☐   scotoma ☐   scintillations ☐
photophobia ☒   phonophobia ☒
**Temporal associations:** daily ☐   menstrual ☐   nocturnal with awaking ☐
present on awaking ☐   end of day ☐
**Duration:** fleeting ☐   hours ☐   days ☐   continuous ☐   comes & goes ☐
**Relieving factors:** usually Tylenol and nap help headache
medication ☒   lying down ☒   wearing neck collar ☐
**Aggravating factors:** cough ☐   laughing ☐   singing ☐   crying ☐
sneezing ☐   lifting ☐   straining at stool ☐   exercise ☐
orgasm ☐
neck: flexion ☐   extension ☐   rotation ☐

**Past lumbar puncture findings:**
Denies

**Past trauma history:**
Denies

**Past surgical history:**
Denies

**Past medical history:**
1. constipation
2. reflux

**Review of Systems:**
**Denials:**
- palpitations,
- syncope, lightheadedness,
- dizziness, vertigo;
- dysphagia,
- nausea, vomiting,
- constipation, diarrhea;
- urinary urgency, hesitancy or incontinence, enuresis;
- excessive sweating;
- reversible joint dislocations, congenital joint dislocations, or hyperextensible joints.
- insomnia, early morning arousal;
- sleep position (stomach, side, back); all over
- excessive daytime sleepiness;
- snoring – irregular/rhythmic;
- chronic fatigue
- position of legs during sleep: all over
- depression, bipolar disorder, anxiety/panic disorder, thought disorder, paranoia, and hallucinations;
- diabetes, thyroid disease, coronary artery disease, irritable bowel syndrome, asthma, sleep apnea, history of Lyme disease;
- problems thinking, feeling as if she is in a "fog,"
- problems with language – production or comprehension

**Medications (list all including OTC drugs and supplements):**
Fluoride 0.5mg qd
Tylenol prn (few times/month)

**Allergies:**
Patient denies allergies to any medication, foods, iodinated dye, gadolinium or latex.

**Family history:**
Maternal: GF, 47 Chronic neck pain
　　　　　GM, 47 healthy
Paternal: GF 52, arthritis
　　　　　GM 51, DM, HTN, high Cholesterol
Mother 27, CMI, polycystic ovaries, In vitro fertilization
Father 30, healthy
Twin brother, healthy

**Developmental History:**
She was born at 36 ½ weeks as a twin through In Vitro fertilization, 5lbs, 5 oz, NSVD.
Pt had reflux for 2 years, some changes in her voice.
Language is average but speech delayed, receiving speech therapy.

**Social history:**
    Education: pre-K
    Tobacco: NA
    Alcohol: NA    Caffeine: NA    Recreational Drugs: NA

**Physical Exam:**
The patient is in no apparent distress.    Handedness: right
BP: 90/60  HR: 96 and regular  Wt: 32 lbs.  HC: 51.5 cm (normocephalic)
The chest is clear; abdomen soft and nontender.
There is no peripheral edema, clubbing or cyanosis.
No scoliosis or cutaneous stigmata are noted.
Joint hypermobility is noted (see Beighton score); TMJs are intact
No limb length discrepancies are noted.

**Neurological Exam:**
Pt. is alert, playful and appropriately oriented.
She is cooperative; mood and affect are normal.
Speech output is somewhat decreased; no dysphasia is noted.
Fundoscopic exam is benign; discs flat, no venous pulsations are seen.
Visual fields are full to confrontation.
EOMs are intact, PERRL, no nystagmus, no ptosis.
No facial asymmetry.
Hearing is intact to finger rub. EAC in normal.
Tongue, palate and pharynx intact; gag reflex is present bilaterally.
No dysarthria or dysphonia is noted.
Walking and running are normal; some difficulty in hopping with right leg; heel and toe walking are normal.
No difficulty with tandem standing and walking is noted.
Muscle strength and bulk are intact; no drift is noted.
DTRs 1-2+ and symmetrical; plantar responses are flexor.
Coordination and rapid alternating movements are intact.
Tone is normal; no abnormal movements or tremors are noted.
Romberg (Std) negative.
Sensation is grossly intact.

**ROM Assessment:**
Neck:    rot R(80°): 80°    rot L(80°): 80°  Ext(50°): 50°    Flex(60°): 60°

**Provocative tests:**
Cranio-cervical Junction:
1. Axial loading:          Some headache
2. Extraction (sitting):   No change
3. Extraction (standing):  No change
4. Jugular compression:    No change

Lumbar Spine
1. Heel walking:       Negative
2. Toe walking:        Negative
3. Pelvic traction:    Back pain
4. Straight leg raising: Negative
5. ROM at hips:        Normal

**Neuroradiological studies:**

- Tonsillar herniation extending between C1 and C2, pegged shaped
- Cerebellar prolapse
- Impaction of CSF spaces and flow at the CCJ
- Distal slit-like central syrinx, along the last segments of the Thoracic spinal cord
- Conus ending at L1-2
- The proximal part of the FIlum Terminale is thick and remains so up to L2-3
- Straight L spine
- No lumbarization of S1

| Occipital Bone | small |
| Posterior cranial fossa | small |
| Brain stem | elongation |
| Downward displacement of brain stem | short clivus |

## Assessment:

The patient is affected by the following pathologies:
- Chiari I Malformation (CMI)
- Ehlers-Danlos Syndrome (EDS)
- No evidence of Functional Cranial Settling (FCS)
- Tethered Cord Syndrome (TCS).

The tonsillar herniation is the sum of the effects of the CMI and the TCS.
The form of TCS which is currently suspected is the Occult variant.

Morphometric Measurements detected the following:
- The volume of the Posterior Fossa is small, and c/w the diagnosis of CMI

- Elongation and downward displacement of the brainstem, which in our experience are quite specific signs of Tethered Cord Syndrome (TCS).

**Lansky score today is:** 80-90
**Beighton score today is:** 7

## Plan:

In our opinion, the patient is a candidate for the surgical management of her TCS, as follows:
- Section of the Filum Terminale (SFT) to address the TCS, under Color Doppler and Neuromonitoring guidance
- An MRI of the Brain will be obtained at the time of the hospital discharge
- Three to six months later, the patient will be re-evaluated at TCI, with an MRI of the Brain, Cervical, and Lumbar spine, and a follow-up visit, to assess the residual impact of the tonsillar herniation
- A plastic surgeon should be readied locally, to treat eventual wound healing problems related to EDS.

The risks, benefits, potential complication, and non-surgical alternatives were exhaustively explained to the patient.

In the face of the elevated Karnofsky score, the patient is a candidate for conservative management of her CMI. As part of the conservative management she will:
- Be treated symptomatically;
- Practice risk avoidance (whiplash injuries and strenuous physical straining);
- Be clinically monitored, with yearly neuroimaging and follow-up evaluations at TCI.

It was a pleasure to see Ms ▮▮▮▮ at the Chiari Institute. It is also a pleasure to pleasure to participate with you in her care.

Paolo Bolognese, M.D. (Neurosurgery)
Associate Director, The Chiari Institute
Harvey Cushing – Institutes of Neuroscience
North Shore – LIJ Health System



# Ehlers-Danlos Screening

## Beighton score

| | |
|---|---|
| Thumb to forearm (1 point for each arm for possible total of 2) | ☒R  ☒L |
| Bending little fingers back to 90° or more (1 point for each hand for a total of 2 points) | ☒R  ☒L |
| Elbows hyperextend to 10° or more (i.e. bend backwards 10° or more in the wrong direction) (1 Point for each arm for a total of 2 points) | ☐R  ☒L |
| Knees hyperextend to 10° or more (i.e. bend backwards 10° or more in the wrong direction) (1 point for each leg for a total of 2 points) | ☒R  ☐L |
| Palms flat to floor with legs straight (1 point) | ☒ Able ☐ By history |
| TOTAL SCORE | 7 |

For a total of 9 points, a score of 4 or more is indicative of hypermobility.

| | |
|---|---|
| Wound healing problems | no |
| Spontaneous joint dislocation | no |
| Congenital hip dislocation | no |
| Vascular type features (translucent skin, arterial/intestinal/uterine fragility or rupture, tendon and muscle rupture can occur. Talipes equinovarus (clubfoot) is frequently seen at birth. Other manifestations that may be found in the Vascular Type include: acrogeria (premature aging of the skin of the hands and feet); early onset varicose veins; arteriovenousfistula (an opening between an artery and vein), carotid-cavernous fistula; pneumothorax (collapse of a lung) /pneumohemothorax (collapse of a lung with a collection of air or gas and blood); gingival recession and complications during and after surgery (i.e. wound dehiscence). | no |
| MVP | no |

wk



# Tethered Cord Syndrome Screening Tool

Please answer the questions by typing X or √ in the appropriate column

as per mom

| Questions | Yes | No |
|---|---|---|
| Do you have urinary urgency?  *sometimes* | X | |
| Do you urinate often?  How many times? 15  sometimes | X | |
| Do you have urinary incontinence?  Dribbling? _____  Drenching? ___ Potty trained; wears pull ups night | X | |
| Do you have difficulty emptying your bladder completely? | | X |
| Do you urinate at night?  How many times? _____ pulls ups at night | X | |
| Do you have problems starting your urinary stream? | | X |
| Do you have constipation? | X | |
| Do you have diarrhea? | | X |
| Do you have occasional incontinence for stools? | | X |
| Do you have decreased interest in sexual relations? | | na |
| Do you have difficulty reaching an orgasm? | | na |
| Do you have decreased sensation in your pelvic area? | | na |
| Do you have low back pain? | | X |
| Do you have leg pain? | | X |
| Do you have restless leg syndrome? | | X |
| Do you have numbness under the soles of your feet? | X | |
| Do you keep your knees bent at night to relieve back or leg discomfort? | | X |
| Do you have low back pain, leg pain, or urinary symptoms while walking up stairs? In am only | X | |
| Do you have a history of severe growing pains during childhood and adolescence? | | na |
| Have you had urological surgery?  If yes, when? _____ | | X |
| Have you had urodynamic testing?  If yes, when? _____ | | X |

wk

| Filum Terminale Traction Tests | Positive | Observed symptoms |
|---|---|---|
| Heel walking | No | |
| Toe walking | No | |
| Pelvic traction | Yes | LBP |

| Questions | Yes | No |
|---|---|---|
| Has a terminal syrinx been identified? | X | |
| Has scoliosis been identified? | | X |



North Shore LIJ  The Chiari Institute
North Shore-Long Island Jewish Health System

# Morphometrics

| Occipital Bone | | |
|---|---|---|
| Structure | Length (mm) | Normals Mean (±SD) |
| Clivus | 34.3 | 47.2 (45-49) |
| Supraocciput | 41.9 | 47.7 (45-50) |
| Condyle | 18.8 | 24.1 (22-26) |

Date of the imaging studies from which these measurements were obtained:

All county, 3/24/08

| Brain | | | | | |
|---|---|---|---|---|---|
| Structure | Length (mm) | Normals Mean (±SD) | Angle | Degrees (°) | Normals Mean (±SD) |
| Brainstem Length | 55.9 | 50.5 (48-53) | Tentorial Supraoc. Angl. | 77 | 83.4 (82-88) |
| Ponto-medullary Ht | 35.5 | 42.4 (39-47) | Twining Tent. Angl. | 40 | 37.9 (34-41) |
| Tentorial Length | 44.8 | 48.1 (45-51) | Basal Angl. | 123 | 124 (117-132) |
| Medullary Ht | 14.0 | 18.5 (14-23) | | | |
| Tonsillar Descent | 17.9 | | | | |

| Cranio-Cervical Junction | | | | |
|---|---|---|---|---|
| | Supine | | Upright | |
| Structure | Length (mm) | Normals Mean (±SD) | Length (mm) | Normals Mean (±SD) |
| Basion-Dens Intrv. | | 7.4 (5.8-9.0) | | 7.2 (5.6-8.8) |
| Basion-Atlas Intrv. | | 1.8 (0-3.0) | | 2.1 (0-4.0) |
| Angle | Degrees (°) | | Degrees (°) | |
| Clival-Axis Angl. | | 148 (141-154) | | 147.8 (142-154) |
| Clival-Atlas Angl. | | 38.0 (30-46) | | 36.5 (29-44) |

| Volume Calculations | | |
|---|---|---|
| Structure | Volume (ml) | Normals Mean (±SD) |
| Posterior Cranial Fossa | 136.7 | 188.5 (178.5-198.5) |
| Posterior Fossa Brain | 94.9 | 151.7 (148.3-155.1) |

| Impression | |
|---|---|
| Occipital Bone | small |
| Posterior cranial fossa | small |
| Brain stem | elongation |
| Downward displacement of brain stem | short clivus |
| Cranial settling | N/A |

John X. Chen, M.D.

Paolo Bolognese, M.D.
Weon Hi Kang, N.P.

9 of 9 pages
Form Rev. 3/11/08