## Sacred Heart Medical Center     (509) 474-3330   s/i IP

| NAME | | | SEX | ACCOUNT NUMBER |
|---|---|---|---|---|
| [redacted] | | | F | Z22088930 |
| ORDERING PHYSICIAN<br>Wymore, Michael J | | PT. STATUS<br>REG ER | LOCATION<br>Z.BLU | MEDICAL RECORD NO.<br>[redacted] |
| ATTENDING PHYSICIAN<br>Wymore, Michael J | DATE OF BIRTH<br>[redacted] | AGE<br>[redacted] | DATE OF EXAM<br>04/29/2008 | RADIOLOGY NO. |

EXAM#    TYPE/EXAM
000839589 MRI/MRI SPINE LUMBAR ENH/UNENH

MRI LUMBAR SPINE - ENHANCED

CLINICAL INFORMATION:
Low back pain, pain and numbness in feet. Surgery for tethered cord release 11 days ago.

COMPARISON:
MR lumbar on 03/24/2008.

PROCEDURE:
Sagittal T1, sagittal T2, axial T1, axial T2, sagittal STIR, sagittal T1 post 3 ml Magnevist, axial T1 post 3 ml Magnevist.

FINDINGS:
There has been a wide laminectomy at the L4 level since the last study
from All County Open MRI on 03/24/2008. A postoperative fluid collection is noted at the laminectomy site, likely a postoperative seroma, effacing the posterior extradural space and causing mild central canal stenosis. There is epidural enhancement at the level of
laminectomy, likely due to granulation tissue. There is also some enhancement involving nerve roots in the cauda equina, perhaps from root irritation by the recent surgery. There is some crowding of nerve roots at the level of spinal stenosis at L4-L5. The conus medullaris is normal in appearance, with its tip at the lower L1 level, unchanged. There are no signs of cord tethering. There is slight prominence of the central canal of the lower thoracic cord and conus, within the range of normal. No disc herniation, solid mass, or
foraminal stenosis is noted in the lumbar spine. There is enhancement
in the posterior paraspinous muscles from L3 through the upper sacrum,
likely secondary to the recent laminectomy. Vertebral body heights, alignment, and osseous signal intensity are normal.

IMPRESSION:
1. Wide laminectomy at the L4 level since 03/24/2008, with a 2.7 x 1.5 x 0.7 cm postoperative fluid collection at the laminectomy site, effacing the posterior extradural space and causing minimal central

PAGE 1              MEDICAL RECORDS COPY              (CONTINUED)

## Sacred Heart Medical Center      (509) 474-3330

| NAME | | | SEX | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | | F | Z22088930 |
| ORDERING PHYSICIAN | | PT. STATUS | LOCATION | MEDICAL RECORD NO. |
| Wymore, Michael J | | REG ER | Z.BLU | |
| ATTENDING PHYSICIAN | DATE OF BIRTH | AGE | DATE OF EXAM | RADIOLOGY NO. |
| Wymore, Michael J | | | 04/29/2008 | |

EXAM#     TYPE/EXAM
000839589 MRI/MRI SPINE LUMBAR ENH/UNENH
    <Continued>

    canal stenosis at L4-L5, new since 03/24/2008.
    2.  Extradural enhancement at the laminectomy site, likely due to
    postoperative granulation tissue.  Enhancement also noted in
    posterior
    paraspinous muscles from L3 through the upper sacrum, due to the
    recent surgery.
    3.  Some enhancement is noted involving nerve roots of the cauda
    equina, likely due to mild postoperative arachnoiditis.
    4.  No other significant abnormalities noted.  No cord tethering,
    disc
    herniation, foraminal stenosis, fracture or subluxation is seen.

    S: SQ

                    ** REPORT SIGNATURE ON FILE 04/29/2008 **
                    Reported By:  GARY V BELL MD
                    Signed By:    GARY V BELL MD
                    Transcribed: 04/29/2008 (1305) S/Q

CC: Ronda L Westcott

Dictated Date/Time: 04/29/2008 (1305)
Printed Date/Time:  04/29/2008 (1305)

PAGE 2              MEDICAL RECORDS COPY