

KEAIS
RECORDS
SERVICE
INCORPORATED

MCMLXXV

STYLE OF CASE :   IN RE:

PERTAIN TO :

FROM :   **Joshua Tree Physical Therapy/ Dr. Kevin Sigroi, M.D.  (Medical Records)**

DELIVER TO :   Christina Ctorides
Goldsmith Ctorides & Rodriguez, LLP.
140 Sylvan Avenue, 3rd Floor
Englewood Cliffs, NJ 07632

CASE NO.:

COURT:

Order No.  102305.001

1

# STATUS

# Pending Legals

Please be advised that we are currently attempting to obtain the appropriate legals from the custodian for this facility.

The records turned over by the custodian are available for online viewing.

Do not hesitate to contact our office with any questions or concerns regarding this matter.

# Table of Contents

**Image Page No.**

001-MEDICAL-RECORDS....................................................................... 1



# JOSHUA TREE PHYSICAL THERAPY

## Initial Evaluation

Date: March 17th, 2009.

Physician: Dr. Wescott.
Re: ████████████████
Diagnosis: Low back pain/hip pain.

Dear Wescott:
Thank you for referring your patient to Joshua Tree Physical Therapy.  Upon initial evaluation the following was determined.

History: Patient is a ████████ female with complaints of cervical spine pain, upper thoracic pain, mid back pain, and  low back pain.  Patient also complains of frequent headaches throughout the day. Patient's mother was present upon intake of information and verified what her daughter had stated.  Patient's headaches and back pain are worse in the morning and does occasionally wake the patient from her sleep at night.

PMH: Patient has been diagnosed with Chiari.  Patient has undergone several surgical procedures secondary to this diagnosis. There has been a duraplasty patch surgically implanted at the base of the child's skull.  She also has a lumbar shunt to enhance the flow of cerebral spinal fluid.  Patient also had surgery for removal of vertebrae C1 and L3 through L5.  Patient also has been diagnosed with hypercalcemic production and is taking medication HCTC for this condition.

Objective:                    Active Range of Motion
Loss of Movement:
    Lumbar flexion:        Moderate with severe complaints of low back pain
    Lumbar extension:     Minimal with complaints of low back pain pain.
    Lateral flexion left:    Minimal with complaints of tightness and pulling
    Lateral flexion right:  Minimal with complaints of tightness and pulling
    Rotation right:          None.
    Rotation left:           None

| Manual Muscle Test: | Left | Right |
|---|---|---|
| Quadriceps: | 4+/5 | 4+/5 |
| Hamstrings: | 4+/5 | 4+/5 |
| Ankle plantarflexion: | 4+/5 | 4+/5 |
| Dorsiflexion: | 4+/5 | 4+/5 |
| Dorsi flexion great toe: | 4+/5 | 4+/5 |

| Objective: | | AROM. | |
|---|---|---|---|
| | Left | | Right |
| Cervical flexion: | | 75 % of normal | |
| Cervical extension: | | 90 % of normal. | |
| Lateral flexion: | 80 % | | 80%. |
| Rotation: | 90 % | | 90%. |
| Shoulder AROM: | 180° | | 180 ° |
| (flexion) | | | |

8475 North Government Way, Hayden, Idaho 83815
Phone:208-772-9774  Fax:208-772-9564

4

*Palpation*: There are noted numerous trigger points and tonic muscle spasms throughout the cervical, thoracic, and lumbar paraspinals.

**Treatment Program**: The patient will receive education on proper body mechanics and posture. Treatment and modalities will include, anodyne light treatment, medical massage, neuromuscular reeducation, therapeutic laser, therapeutic exercises, and home exercise program.

**Assessment:**
*Problem List:*
        Complaints of pain at rest.
        Complaints of pain with activities of daily living.
        Tonic muscle spasms noted throughout all paraspinals.
        Decreased active range of motion cervical spine and lumbar spine.
        Complaints of constant headaches

*Short-Term Goals: Four weeks*
        Decrease complaints of pain at rest by 50%.
        Decrease tonic muscle spasms by 50%.
        Increase active range of motion cervical and lumbar spine to WNL.

*Long-term goals: Eight weeks.*
        Decrease complaints of pain at rest to 0/10.
        Patient to perform activity daily living without complaints of pain.
        Decrease tonic muscle spasms by 90%.
        Patient to be independent with supervision in home exercise program.

**Plan of Care**: The patient will receive the above treatment program two to three times a week for up to eight weeks.  The treatment program will be upgraded and modified as per physician's recommendations and as patient tolerates to achieve the above goals.

Once, again thank you for referring your patient to Joshua Tree Physical Therapy.  If you have any questions or recommendations about your patient's care please contact me at your earliest convenience.

Respectfully,

Kevin J. Sgroi, RPT

5

03/18/2009  8:03 AM

## Patient Report By Patient Number
### LAKESIDE PEDIATRIC & ADOLESCENT MEDICINE

Page 1

**Selections:**

| | |
|---|---|
| Registered: | 01/01/1990 - 03/18/2009 |
| Patients: | ▮▮▮▮ |
| Accounts: | 640 |
| Alerts: | Excluded |
| Notes: | Excluded |
| Deactivated: | Included |

---

806  ▮▮▮▮▮

| | | |
|---|---|---|
| | Default Account: 640 | Class: |
| | SSN: | Sex: Female   Emp Status: U |
| 2417 E St James | Chart #: | DOB: ▮   Employee ID: |
| Hayden, ID 83835 | Registered: 10/09/2007 | Race: C   Employer: |
| | First Visit: 10/09/2007 | Leng: ENG |
| | Last Visit: 02/20/2009 | Marital: Single |

Email:
Home:                               Consent: Yes        Assigned: Westcott, MD, Ronda L.
Work: (208) 762-5619        Referral Src:        Referring:

**Emergency Contact:**
Bryant, Caren

Pat Rel to Contact: Grandchild

Email:
Home: (208) 651-6400
Work:

**Legal Guardian:**
Bryant, April

Pat Rel to Guardian: Child

Email:
Home: (208) 762-4261
Work: (208) 772-2400
Mobile: (208) 651-5853

**Accounts:**

| Number | Guarantor | Acct Finance Grp | Default | Status | Balance |
|---|---|---|---|---|---|
| 640 | Bryant, Wayne | STNDRD | Y | Active | 0.00 |

**Ins. Policies:**

| Plan | | Group | Claim Member IDs | Status | Subscriber | Relation to Sub | Accept Assign |
|---|---|---|---|---|---|---|---|
| 1 BC01 - | Blue Cross of Idaho | 10021050 | XMP976191763 | Active | Bryant, Wayne | Child | Y |
| 2 MCD01 - | Medicaid | | 1643066 | Active | | Self | Y |

**Extended Info:**

| Description | Value |
|---|---|
| Dad's Nickname | Wayne Bryant |
| Mom's Nickname | April Bryant |

Total Patients: 1



# Lakeside Pediatric
## & Adolescent Medicine, PLLC

980 W. Ironwood Dr. Suite 302
Coeur D' Alene, ID 83814

Jean M. Prince, M.D.         Ronda L. Westcott, M.D.
Brian J. Hickok, M.D.     Jennifer Torok, NP-C
Laine Hughes, FNP
Phone (208)292-5437     Fax (208)416-0170

To: Joshua Tree, P.T.

Attention: _____

Fax number: 772-9564

Date: 3/18         Total Pages Sent: _____

From: Brandi

RE: *Chart notes didit completed
yet, I will fax ASAP!*
                    Thanks.

Confidentiality Note

Unless otherwise indicated or obvious from nature of this transmittal, this information contained in the facsimile message is confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is confidential, please immediately notify us by telephone or return the original message to us at the above address via U.S. Postal Service at our expense. Thank you.

7

# REFERRAL REQUEST

Lakeside Pediatric & Adolescent Medicine, PLLC
980 W. Ironwood Drive, Suite 302
Coeur d' Alene, Idaho 83814
Phone (208) 292-5437 Fax (208) 292-5441

Referring Provider:  **Ronda Westcott, MD**

Patient Name: ▮▮▮▮▮▮▮     Age: ▮▮  D.O.E: ▮▮▮▮▮

Parent/Guardian Name: Wayne  Bryant

Home Phone #: 208-762-5619

Insurance Policy Holder: Bryant, Wayne

Insurance Carrier: Blue Cross  of Idaho / Medicaid

Insurance ID #: XMP970191763 / 1643066          Group #: 10021090

Authorization #: 806 389 000

Referred To:  Joshua Tree   *Physical Therapy*

Phone Number:   772-9774          Fax Number:   772-9364

DIAGNOSIS:   *Chiari, muscle spasms, headache and decreased ROM*

Comments:

Requested Services: Evaluation, management and physical therapy as needed

Length of Referral:  Effective until March 15, 2010.2

Provider Signature: _____  Date: 03/16/09









MR Total Spine w/o Co          - 919383

* Final Report *

| | |
|---|---|
| Result type: | MR Total Spine w/o Cont |
| Result date: | 06 March 2009 11:55 |
| Result status: | Auth (Verified) |
| Result title: | MR Spine Total w/o Cont |
| Performed by: | Hurt, Christopher J, MD on 06 March 2009 13:51 |
| Verified by: | Pruthi, Sumit , MD on 08 March 2009 11:04 |
| Encounter info: | 90204250, CHMC, Outpatient, 03/06/09 - |

## * Final Report *

**Reason For Exam**
syrinx

**Results**
Clinical History: ████ d girl status post Chiari I malformation decompression, now with new urinary
incontinence and headache

Examination: MRI brain and complete spine without contrast

Comparison: 1 December 2008

Technique:

MR Brain:  Sagittal T1, T2; axial T1, T2, FLAIR, diffusion with ADC; and coronal T2. CSF flow studies also
performed.
MR Spine:  Sagittal and Axial T1 and T2 of the cervical, thoracic, and lumbar spine.

Findings:

Evaluation is somewhat limited secondary to patient motion degradation.

Brain:

Again, patient is status post midline suboccipital craniectomy for Chiari I malformation. There is persistent
crowding of the foramen magnum, with low-lying cerebellar tonsils. Previously visualized posterior
pseudomeningocele has resolved. CSF flow studies reveal similar degree of severe posterior CSF flow
attenuation. Nonetheless, there is decreased anterior CSF flow, which is now moderately attenuated.

Again, there is some tortuosity to the straight sinus, which appears somewhat ectatic.

The ventricles, sulci and cisterns are normal and unchanged. There is no new parenchymal abnormality. There is
no diffusion restriction abnormality to indicate acute infarct.  Myelination pattern is normal for age. The corpus
callosum is normal. Posterior pituitary bright spot is present. There is no extra-axial fluid collection.

| | | |
|---|---|---|
| Printed by: | Carron, Michele , RN | Page 1 of 3 |
| Printed on: | 03/09/09 11:28 | (Continued) |

13

MR Total Spine w/o Co

* Final Report *

The mastoids, paranasal sinuses, and orbits are normal.

Spine:

Again, patient is status post resection of the posterior aspect of the C1 ring for Chiari decompression. There is now absence of portions of the posterior elements at L3-L5, related to introduction of lumboperitoneal intrathecal catheter. Susceptibility artifact in the right posterior abdominal wall upper lumbar region is demonstrated. Intrathecal portion of catheter is noted, exerting anterior mass-effect on the cord at T10-T11.

The alignment is normal. The marrow signal is normal. Based on counting from above, there are a normal number of vertebral bodies.

No disc pathology.

The conus ends at L1. No lipoma of the filum terminale. The thecal sac ends at S1-2.

There is increased extent and prominence of punctate linear and beaded dilatation of the central canal indicating worsening syrinx throughout the entire spine. Maximum anteroposterior dimension of the syrinx now measures up to 5 mm (previously 3 mm).

Moderate amount of free fluid is noted within the pelvis, likely from lumboperitoneal shunt.

Impression:

Increased extent and prominence of syrinx throughout the entire spine, as described above.

Apparent decrease in anterior CSF flow at the foramen magnum. While a portion of this change in flow may be related to alterations in head position, which is more extended on the present study compared with the prior, there may be true worsening in CSF flow at the foramen magnum.

Resolution of pseudomeningocele.

Status post lumboperitoneal shunt placement. Extent of mass-effect on the anterior aspect of the cord at T10-T11 apparently related to the intrathecal portion of the catheter may be greater than expected. Please correlate clinically.

Otherwise stable examination compared with 1 December 2008 in patient status post decompression for Chiari I malformation.

Signature Line

Resident: Hurt, Christopher J, MD

I have personally reviewed this study
and agree with the report above.

Printed by:     Carron, Michele , RN                                Page 2 of 3
Printed on:     03/09/09 11:28                                      (Continued)

14

MR Total Spine w/o Cor,                    ███████ ██████ - 919383

* Final Report *


S,P/CJH          Radiologist: Pruthi, Sumit , MD


Completed Action List:
* Order by Pearce, Katherine J, ARNP on 10 October 2008 16:15
* Perform by Bryant, Charles , RT on 06 March 2009 11:55
* Assist by Pruthi, Sumit , MD on 06 March 2009 11:55
* VERIFY by Pruthi, Sumit , MD on 08 March 2009 11:04  08 March 2009 11:04

### JOSHUA TREE PHYSICAL THERAPY
REGISTRATION FORM

This information is necessary so that we may serve your needs
Any/all information will not be released with out your written consent

Today's date: 3/16/08                                    Referred By:

**PATIENT INFORMATION**

Patient's last name: ▮▮▮▮    First: ▮▮▮▮ ▮▮▮▮    ☐ Mr.  ☒ Miss  Marital status (circle one)
                                                   ☐ Mrs.  ☐ Ms.   Single / Mar / Div / Sep / Wid

Is this your legal name?   If not, what is your legal name?   (Former name):   Birth date:   Age ▮ Sex: F
☒ Yes   ☐ No                                                                              ☐ M

Street address: 2417 e. St James          Social Security no.:          Home phone no.:
                                                                        (208) 762-5619

P.O. box:          City: Hayden          State: Id          ZIP Code: 83835

Occupation:          Employer:                              Employer phone no.:
                                                            (   )

Referring Physician: Dr. Westcott    Referring Physician Phone#: (208) 292-5437    Primary Physician: same

Primary Physician Phone#: (   )    Date of Injury:    Type of Injury: Work Related ☐  MVA ☐  Other ☐  Unknown [

How did your injury/ symptoms occur?
Congenital

**INSURANCE INFORMATION**

(Please give your insurance card to the receptionist.)

Person responsible for bill:   Birth date:   Address (if different):                Home phone no.:
April Bryant              7 / 28 / 80                                              (   )

Is this person a patient here?  ☐ Yes  ☐ No

Occupation:   Employer:   Employer address:                Employer phone no.:
Stay @ home mom                                           (   )

Is this patient covered by insurance? ☒ Yes  ☐ No

Please indicate primary insurance Blue Cross / Medicaid    Coverage date: ▮▮▮▮

Referral Information :
Initial Referral Received   ☐ Yes  ☐ No   Length of service approved:   Follow up date:

Subscriber's name:   Subscriber's S.S. no.:   Birth date:   Group no.:   Policy no.:   Co-pay:
                                              /  /                                     $

Patient's relationship to subscriber:   ☐ Self   ☐ Spouse   ☐ Child   ☐ Other

Name of secondary insurance (if applicable):   Subscriber's name:   Group no.:   Policy no.:

Patient's relationship to subscriber:   ☐ Self   ☐ Spouse   ☐ Child   ☐ Other

**IN CASE OF EMERGENCY**

Name of local friend or relative (not living at same address):   Relationship to patient:   Home phone no.:   Work phone no.:
                                                                                          (   )             (   )

**Authorization for release of information:** I authorize Kevin J. Sgroi, RPT, to release all medical information requested by my health insurance carrier, Me or any other third-party payers. I authorize Kevin J. Sgroi, RPT, to release all medical information to my referring physician and my primary (family) physician authorize Kevin J. Sgroi, RPT, to contact my insurance company or health plan administrator and obtain all pertinent financial information concerning coverage payments under my policy. I direct the insurance company or health plan administrator to release such information to Kevin J. Sgroi, RPT.

**Assignment of Benefits:** I request that payment of authorized insurance benefits be made on my behalf to Kevin J. Sgroi, RPT. I agree that these provisio remin in effect until I provide written revocation to Kevin J. Sgroi, RPT. I further agree that should my insurance carrier and /or health plan administer deem l my treatment, in full or part is not covered that I am responsible for all charges incurred as a result of treatment rendered by Kevin J. Sgroi, RPT and associat

Patient/Guardian signature   April Bryant          Date 3/16/09

## CONFIDENTIAL INFORMATION

Welcome. We want to make your appointment as pleasant and comfortable as possible.
If at any time you have questions regarding your therapy session, please let us know.

NAME ███████████████   HOME # 762 - 5619   WORK #

ADDRESS 2417 E. St James   CITY Hayden   STATE Id   ZIP 838

DATE OF BIRTH ███████████   AGE ___ M ___ F ✓ MARITAL STATUS

OCCUPATION _____   REFERRED BY Dr. Westcott

HAVE YOU EVER RECEIVED MASSAGE THERAPY?   YES ☐   NO ☑

TYPE OF MASSAGE EXPERIENCED: ☐ DEEP TISSUE   ☐ SWEDISH   ☐ OTHER _____

ARE YOU TAKING MEDICATION? Yes   DESCRIBE HCTZ, Tylenol, oxycodone

ARE YOU PREGNANT? _____

HAVE YOU CONSUMED ALCOHOL IN THE PAST 24 HOURS?   YES ☐   NO ☑

DO YOU HAVE A HISTORY OF THE FOLLOWING?

☐ accident
☑ neck pain
☐ whiplash
☑ headaches
☐ shoulder pain
☐ upper back pain
☐ mid back pain
☑ low back pain
☐ joint ache
☐ decreased range of motion
☐ broken bones
☐ sciatica

☐ sprains
☐ seizures
☐ abdominal pain
☐ nervous tension
☐ arthritis, bursitis or gout
☐ allergies to oils or perfumes
☐ wear contacts
☐ scoliosis
☑ surgery
☐ fibromyalgia
☐ carpal tunnel syndrome

☐ mastectomy
☐ breast augmentation
☐ diabetes
☐ varicose veins
☐ high blood pressure
☐ stroke
☐ heart attack
☐ cancer
☐ colitis
☐ HIV
☐ _____

PLEASE INDICATE WITH AN (X), THE
YOU ARE FEELING DISCOMFO

DO YOU HAVE ANY OF THE FOLLOWING TODAY:

☐ sunburn
☐ inflammation
☐ severe pain
☐ headache

☐ open cuts, bruises, burns
☐ irritated skin rash
☐ poison ivy
☐ cold/flu
☐

WHAT ARE YOUR GOALS/EXPECTATIONS FOR THIS
THERAPY SESSION?

_____

_____

PLEASE READ THE FOLLOWING AND SIGN BELOW:
• I understand that this massage is not a replacement for medical care and that no diagnosis will be made.

DATE: 3/16/09   SIGNATURE  Dорис Bryant

17

PRIVACY PRACTICES ACKNOWLEDGEMENT

I HAVE RECEIVED THE NOTICE OF PRIVACY PRACTICES AND I HAVE BEEN

PROVIDED AN OPPORTUNITY TO REVIEW IT.

NAME ___April Bryant_____ DATE OF BIRTH

SIGNATURE ___April Bryant_____ DATE

Notification is required for inpatient admissions and prior authorization is required for selected hospitalization and non-hospitalization services. Call as soon as you know that you or your eligible dependents will be admitted. Failure to call may affect your benefit payments.   Call (208) 331-7535 or 1-800-743-1871

WellPoint nextRX:  1-877-850-0180    **BIN: 610053**
(for location of participating pharmacy)

Customer Services:  (208) 331-7347 or 1-800-627-1188

When you are outside the state of Idaho, call the BlueCard Access Number at: 1-800-810-2583 to locate a medical provider. HOSPITAL OR PHYSICIANS: Please file your claims with your local BlueCross BlueShield Plan.

Blue Cross of Idaho • P.O. Box 7408 • Boise, Idaho 83707
www.bcidaho.com

Notification is required for inpatient admissions and prior authorization is required for selected hospitalization and non-hospitalization services. Call as soon as you know that you or your eligible dependents will be admitted. Failure to call may affect your benefit payments.   Call (208) 331-7535 or 1-800-743-1871

WellPoint nextRX:  1-877-850-0180    **BIN: 610053**
(for location of participating pharmacy)

Customer Services:  (208) 331-7347 or 1-800-627-1188

When you are outside the state of Idaho, call the BlueCard Access Number at: 1-800-810-2583 to locate a medical provider. HOSPITAL OR PHYSICIANS: Please file your claims with your local BlueCross BlueShield Plan.

Blue Cross of Idaho • P.O. Box 7408 • Boise, Idaho 83707
www.bcidaho.com

**Blue Cross.**
**of Idaho**  
An Independent Licensee of the Blue Cross and Blue Shield Association

| Managed Care | Enrollee Name | | ID |
| --- | --- | --- | --- |
| | WAYNE E. BRYANT | | 2 |

| Enrollee ID | BC/BS | Group # |
| --- | --- | --- |
| XMH970191763 | 110-810 | 10021090 |

PCP:Non-PCP
$20.00/$40.00

Preadmission Review required for all inpatient admissions

**Eligibility for**
**Health and Pharmacy Benefits**

Member Name

Primary Care Physician

WESTCOTT, RONDA L.

*Will bring*
*Medicaid Card in*
*→ Referral*

*Medicaid*
*#*
*16-43066 Dr.*
*Rhonda*
*Case # 85957 Westcott*
*Lab/Pediatric*

Bonnie Pilcher
Suite 201
1120 Ironwood Drive
Coeur D'Alene Id 83814



IDAHO DEPARTMENT OF
HEALTH & WELFARE

We provide interpreter services at no cost. If you need help reading this letter, please call us at 1-866-262-8640. After your call is answered, please wait on the line while you are connected with a translator.

Nosotros proveemos los servicios de un intérprete, sin costo alguno. Si necesita ayuda leyendo esta carta por favor llámenos al 1-866-262-8640. Cuando contesten su llamada, favor de esperar un momento en la línea mientras le conectan con un traductor.

████████
2417 E St James
Hayden ID  83835

March 6, 2009

Case Number 859571

## Important Information About
## Your Child In-Home Health Care

Your Retroactive Health Coverage is approved:

    November 2008 for ████████████
    December 2008 for __
    January 2009 for __

If you have been approved for Retroactive Health Coverage only, you will not get an Idaho Health Coverage Card.  Please call me to get your Health Coverage Identification numbers.

If you don't agree with this decision about your application or case, please call me.  We can review the facts used to make this decision together or you may ask for a hearing.  In a hearing you and I tell a neutral person from outside Health and Welfare, called a hearing officer, about your case.  This person will decide if the Department action on your case was correct.

You may ask for a hearing in writing or by calling me.  If you make a hearing request in writing you may make a copy for your records.  You may use a hearing request form from our office or just write on a piece of paper why you want a hearing.  Then mail, fax, or bring your request to my office.

If you would like a hearing, you must make your request by April 5, 2009.

Bonnie Pilcher

208-769-1456 (phone) 208-666-6789 (fax)
pilcherb@dhw.idaho.gov

IDmed# 1643066

Case Manager: Bonnie Pilcher          Caseload: 01   Case: 859571   Field Office: 1128          1

Routine For: ▮
Created By: Kevin

Jun 30, 2009
shoulder Bob Pritchard

## SHOULDER - 86  ROM:
External / Internal Rotation – in Flexion (Standing)



With upper arms straight out in front and parallel to floor,
keep elbows bent at right angles and rotate up then down
as far as possible without pain.

Repeat ___5___ times per set. Do ___3___ sets per session.
Do ___1___ sessions per day.

## SHOULDER - 85  ROM:
External / Internal Rotation – in Abduction (Standing)



With upper arms parallel to floor and elbows bent at right
angles, gently rotate arms up then down as far as possible
without pain.

Repeat ___5___ times per set. Do ___3___ sets per session.
Do ___1___ sessions per day.

## SHOULDER - 87  ROM: Extension (Standing)




Bring arms straight back as far as possible without pain.

Repeat ___5___ times per set. Do ___3___ sets per session.
Do ___1___ sessions per day.

## SHOULDER - 101  Scapular Retraction (Standing)

With arms at sides,
pinch shoulder blades
together.



Repeat ___5___
times per set.
Do ___3___ sets
per session.
Do ___1___ sessions
per day.

## SHOULDER - 103  Scapular Retraction:
Elbow Flexion (Standing)

With elbows bent to 90°, pinch
shoulder blades together
and rotate arms out,
keeping elbows bent.

Repeat ___5___ times
per set.
Do ___3___ sets
per session.
Do ___1___ sessions
per day.



## SHOULDER - 104  Scapular Retraction:
Abduction (Standing)



With arms elevated and elbows bent to 90°, pinch shoulder
blades together and press arms back.

Repeat ___5___ times per set. Do ___3___ sets per session.
Do ___1___ sessions per day.

*Copyright© 1999-2005 VHI*

Page 1 of 1

# CHART COPY

Routine For: ▮▮▮

Created By: Kevin

Jun 30, 2009

shoulder Bob Pritchard

---

**SHOULDER - 86  ROM:**
External / Internal Rotation – in Flexion (Standing)



With upper arms straight out in front and parallel to floor, keep elbows bent at right angles and rotate up then down as far as possible without pain.

Repeat __5__ times per set.  Do __3__ sets per session.
Do __1__ sessions per day.

**SHOULDER - 85  ROM:**
External / Internal Rotation – in Abduction (Standing)



With upper arms parallel to floor and elbows bent at right angles, gently rotate arms up then down as far as possible without pain.

Repeat __5__ times per set.  Do __3__ sets per session.
Do __1__ sessions per day.

**SHOULDER - 87  ROM: Extension (Standing)**



Bring arms straight back as far as possible without pain.

Repeat __5__ times per set.  Do __3__ sets per session.
Do __1__ sessions per day.

---

**SHOULDER - 101  Scapular Retraction (Standing)**



With arms at sides, pinch shoulder blades together.

Repeat __5__ times per set.
Do __3__ sets per session.
Do __1__ sessions per day.

**SHOULDER - 103  Scapular Retraction:**
Elbow Flexion (Standing)

With elbows bent to 90°, pinch shoulder blades together and rotate arms out, keeping elbows bent.

Repeat __5__ times per set.
Do __3__ sets per session.
Do __1__ sessions per day.

**SHOULDER - 104  Scapular Retraction:**
Abduction (Standing)



With arms elevated and elbows bent to 90°, pinch shoulder blades together and press arms back.

Repeat __5__ times per set.  Do __3__ sets per session.
Do __1__ sessions per day.

---

Copyright© 1999-2005 VHI

Page 1 of 1

NAME: *Shafer*
DATE:

SSN:
DATE:

**Subjective**

*SEE IE*

**Objective**

*SEE IE*

**NEURO Re-Ed**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐ R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐
Ankle☐       TIME: 10 min ☐  15 min ☐  20 min ☐  25 min ☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hi
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐
Ankle☐       TIME: 10 min ☐  15 min ☐  20 mi
OTHER:

**Massage**

To Musculature of: C/S☐  Shoulders☐  Mid Back☐  Hip☐
Low Back☐  R UE☐  L UE☐  R LE☐  L LE☐  Hand☐
Wrist☐  Elbow☐  Knee☐  Ankle☐
TIME: 20 min ☐  25 min ☐  30 min ☐
OTHER:

To Musculature of: C/S☐  Shoulders☐  Mid Back☐
Low Back☐  R UE☐  L UE☐  R LE☐  L LE☐
Wrist☐  Elbow☐  Knee☐  Ankle☐
TIME: 20 min ☐  25 min ☐  30 min ☐
OTHER:

**Tape/TE**

Kinesio tape:      x 1 ☐    x 2 ☐    x 3 ☐
Leuko tape:        x 1 ☐    x 2 ☐    x 3 ☐
THERAPEUTIC EXERCISES:     15 min☐  30 min☐  45min☐
See Flow Sheet                60 min☐

Kinesio tape:      x 1 ☐    x 2 ☐    x 3 ☐
Leuko tape:        x 1 ☐    x 2 ☐    x 3 ☐
THERAPEUTIC EXERCISES:  15 min☐  30min☐
See Flow Sheet                60min☐

**Ionto**

To: C/S☐  Shoulders☐  Mid Back☐   Low Back☐   Hip☐
R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐
Ankle☐       Dexamethasone ☐        Acetic Acid ☐
x1 treatment ☐    x 2 treatments ☐    x 24 minutes ☐

To: C/S☐  Shoulders☐  Mid Back☐   Low Back☐
R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  \
Ankle☐       Dexamethasone ☐        Acetic Acid
x1 treatment ☐    x 2 treatments ☐    x 24minutes

**US**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐  R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐
Ankle☐       TIME: 10 min ☐    15 min ☐    20 min ☐    25 min ☐
W/CM2:  .5☐   1.0☐   1.5☐   2.0☐   2.5☐

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  I
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐
Ankle☐       TIME: 10 min ☐    15 min ☐    20 min
W/CM2:  .5☐   1.0☐   1.5☐   2.0☐   2

**Manual**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐   R UE☐
L UE☐  R LE☐  L LE☐  Hand☐   Elbow☐  Wrist☐   Knee☐  Ankle☐
TIME: 15 min ☐    20 min ☐    25 min ☐    30 min ☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐
L UE☐ R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  K
TIME: 15 min ☐    20 min ☐    25 min ☐    30 mir
OTHER:

**Anodyne**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip ☐  R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐  Ankle☐
TIME: 30 min ☐    45 min ☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐   Low Back☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  K
TIME: 30 min ☐    45 min ☐
OTHER:

**MH/CP**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
R UE☐  L UE☐   R LE☐   L LE☐  Hand☐  Elbow☐  Wrist☐
Knee☐  Ankle☐        TIME: 20 min ☐
OTHER:

To: C/S☐  Shoulders☐   Mid Back☐   Low Back
R UE☐   L UE☐   R LE☐   L LE☐  Hand☐  Elb
Knee☐  Ankle☐        TIME: 20 min ☐
OTHER:

**Assessment**

*Pt measure for symetry
② I/₈ Body*

**Plan**

*Hold on K*

*Sgroi, PT*

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

| | |
|---|---|
| **NAME:** _6/18/09_ **DATE:** | **SSN:** **DATE:** |

**Subjective**

Pt mom stated she had no diff since last Tx

**Objective**

No ↑ ← muscle tightness
to paraspinals

**NEURO Re-Ed**

| | |
|---|---|
| To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐  TIME: 10 min☐ 15 min☐ 20 min☑ 25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee Ankle☐  TIME: 10 min☐ 15 min☐ 20 min☐ 25 OTHER |

**Massage**

| | |
|---|---|
| To Musculature of: C/S☐ Shoulders☑ Mid Back☑ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☑ 25 min☐ 30 min☐  &8 OTHER: | To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ 25 min☐ 30 min☐ OTHER: |

**Tape/TE**

| | |
|---|---|
| Kinesio tape:    x 1☐   x 2☐   x 3☐ Leuko tape:    x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐ See Flow Sheet              60 min☐ | Kinesio tape:    x 1☐   x 2☐   x 3☐ Leuko tape:    x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30min☐ 45min See Flow Sheet              60min☐ |

**Ionto**

| | |
|---|---|
| To: C/S☐ Shoulders☐  Mid Back☐  Low Back☐   Hip☐ R UE☐ L UE☐ R LE☐  L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐       Dexamethasone ☐       Acetic Acid ☐ x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐ | To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐   Hip☐ R UE☐ L UE☐ R LE☐  L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐       Dexamethasone ☐       Acetic Acid ☐ x1 treatment ☐   x 2 treatments ☐   x 24minutes ☐ |

**US**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐  TIME: 10 min☐  15 min☐  20 min☐  25 min☐ W/CM2: .5☐  1.0☐  1.5☐  2.0☐   2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐  Hip☐  R L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee Ankle☐  TIME: 10 min☐  15 min☐  20 min☐  25 W/CM2: .5☐  1.0☐  1.5☐  2.0☐   2.5☐ |

**Manual**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐    R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐   20 min☐   25 min☐   30 min☐ OTHER: | To: C/S☐ Shoulders☐  Mid Back ☐  Low Back☐  Hip☐  R L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ A TIME: 15 min☐   20 min☐   25 min☐   30 min☐ OTHER: |

**Anodyne**

| | |
|---|---|
| To: C/S☐ Shoulders☐  Mid Back☐  Low Back☐ Hip☐   R UE☐ L UE☐ R LE☐  L LE☐ Hand☐ Elbow☐ Wrist☐  Knee☐ Ankle☐ TIME: 30 min☑   45 min☐ OTHER: | To: C/S☐ Shoulders☐  Mid Back☐   Low Back☐  Hip☐ R L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ A TIME: 30 min☐   45 min☐ OTHER: |

**Mfll/CP**

| | |
|---|---|
| To: C/S☐ Shoulders☐   Mid Back☐   Low Back☐   Hip☐ R UE☐ L UE☐   R LE☐   L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐       TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐   Mid Back☐   Low Back☐  Hip☐ R UE☐ L UE☐   R LE☐   L LE☐ Hand☐ Elbow☐ W. Knee☐ Ankle☐       TIME: 20 min☐ OTHER: |

| | |
|---|---|
| | |

**Assessment**

Pt tol'd well had no c/o ↑ of pain and last tx

**Plan**

Cont'd current poc

_K N Sgroi, PT_

| | |
|---|---|
| Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT |

| | | |
|---|---|---|
| **NAME:** ███ | | **SSN:** |
| **DATE:** 6-8-09 ██████ | | **DATE:** 6-9-09 ✓ |

**Subjective**

Pt Dad stated ███ has not had a HA since last ℞

Pt Mom stated ███ has had ↑ in HA past few day

**Objective**

Pt not as fatigued Today

Pt had minor ↑ in muscle tension to para Spinals

**NEURO Re-Ed**

| Left column | Right column |
|---|---|
| To: C/S☐ Shoulders✓ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kne Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐/25 OTHER: |

**Massage**

| Left column | Right column |
|---|---|
| To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ 25 min☐ 30 min☐ OTHER: | To Musculature of: C/S☐ Shoulders✓ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ 25 min☐ 30 min☐ OTHER: |

**Tape/TE**

| Left column | Right column |
|---|---|
| Kinesio tape: x 1☐ x 2☐ x 3☐ Leuko tape: x 1☐ x 2☐ x 3☐ THERAPEUTIC EXERCISES: 15 min☐ 30 min☐ 45min☐ See Flow Sheet 60 min☐ | Kinesio tape: x 1☐ x 2☐ x 3☐ Leuko tape: x 1☐ x 2☐ x 3☐ THERAPEUTIC EXERCISES: 15 min☐ 30min☐ 45mi See Flow Sheet 60min☐ |

**Ionto**

| Left column | Right column |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ Dexamethasone ☐ Acetic Acid ☐ x1 treatment ☐ x 2 treatments ☐ x 24 minutes ☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐ Dexamethasone ☐ Acetic Acid ☐ x1 treatment ☐ x 2 treatments ☐ x 24minutes ☐ |

**US**

| Left column | Right column |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kne Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 2. W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ |

**Manual**

| Left column | Right column |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: |

**Anolyne**

| Left column | Right column |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☐ 45 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back✓ Low Back☐ Hip☐ F L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 30 min☐ 45 min☐ OTHER: |

**MH/CP**

| Left column | Right column |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 20 min☐ OTHER: |

**Assessment**

Pt tol ℞ well had no c/o pain ⊼ ℞

Pt tol ℞ well ha no c/o HA ⊼ ℞

**Plan**

Cont c̄ current POC
X Sgroi, PT

Cont c̄ current POC
X Sgroi, PT

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

| | | |
|---|---|---|
| **NAME:** | | **SSN:** |
| **DATE:** 5/14/0? | | **DATE:** 6/2/09 |

| | | |
|---|---|---|
| **Subjective** | *Pt mom stated she was playing for ~ 1 hr. Then c/o severe HA* | *Pt's dad stated he w/a have red since not having PT* |
| **Objective** | *No signif + ~ muscle Tension to Back* | *Pt very fatigued Today* |
| **NEURO Re-Ed** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐  TIME: 10 min☐  15 min☐  20 min☐  25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐  TIME: 10 min☐  15 min☐  20 min☐ OTHER |
| **Massage** | To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐  TIME: 20 min☐  25 min☐  30 min☐ OTHER: | To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ H Wrist☐ Elbow☐ Knee☐ Ankle☐  TIME: 20 min☐  25 min☐  30 min☐ OTHER: *ITB +PIRIFORMIS* |
| **Tape/TE** | Kinesio tape: x1☐  x2☐  x3☐ Leuko tape: x1☐  x2☐  x3☐ THERAPEUTIC EXERCISES:  15 min☐  30 min☐ 45min☐ See Flow Sheet  60 min☐ | Kinesio tape: x1☐  x2☐  x3☐ Leuko tape: x1☐  x2☐  x3☐ THERAPEUTIC EXERCISES:  15 min☐  30min☐  45 See Flow Sheet  60min☐ |
| **Ionto** | To: C/S☐ Shoulders☐  Mid Back☐  Low Back☐  Hip☐ R UE☐ L UE☐ R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐ Ankle☐  Dexamethasone ☐  Acetic Acid ☐ x1 treatment ☐  x 2 treatments ☐  x 24 minutes ☐ | To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  I R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wris Ankle☐  Dexamethasone ☐  Acetic Acid ☐ x1 treatment ☐  x 2 treatments ☐  x 24minutes ☐ |
| **US** | To: C/S☐ Shoulders☐  Mid Back☐  Low Back☐  Hip☐  R UE☐ L UE☐ R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐ Ankle☐  TIME: 10 min ☐  15 min ☐  20 min ☐  25 min ☐ W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐ | To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  F Ankle☐  TIME: 10 min ☐  15 min ☐  20 min ☐ W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐ |
| **Manual** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐  R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐  20 min☐  25 min☐  30 min☐ OTHER: | To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐ L UE☐ R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐ TIME: 15 min☐  20 min☐  25 min☐  30 min☐ OTHER: |
| **Anodyne** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☐  45 min☐ OTHER: | To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐ L UE☐ R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐ TIME: 30 min☐  45 min☐ OTHER: |
| **MH/CP** | To: C/S☐ Shoulders☐  Mid Back☐  Low Back☐  Hip☐ R UE☐ L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐ Knee☐ Ankle☐  TIME: 20 min ☐ OTHER: | To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  H R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐ Knee☐ Ankle☐  TIME: 20 min ☐ OTHER: |
| **Assessment** | *Pt tolerated well had no c/o HA p Rx* | *Pt tol R well had no c/o HA p Rx* |
| **Plan** | *Cont c current pd* Kevin J. Sgroi, RPT | *Cont c current pd* Kevin J. Sgroi, RPT |

NAME: ▮▮▮▮▮   SSN:
DATE: 5/12/09   DATE: 5/12/09

**Subjective**

*Pt stated she was Tired Today*

*Pt mother states ▮▮▮ has not had any HA since last*

**Objective**

*Pt To have PHOTO Taken Today*

*No ↑ in muscle Tension to back*

**NEURO Re-Ed**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ K Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☑ OTHER

**Massage**

To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min ☑ 25 min ☐ 30 min ☐ OTHER:

To Musculature of: C/S☐ Shoulders☑ Mid Back☑ H Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ H Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min ☐ 25 min ☐ 30 min ☑ OTHER: *Glutes, ITB, Piriformis* Ext

**Tape/TE**

Kinesio tape:   x1☐   x2☐   x3☐
Leuko tape:   x1☐   x2☐   x3☐
THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐
See Flow Sheet   60 min☐

Kinesio tape:   x1☐   x2☐   x3☐
Leuko tape:   x1☐   x2☐   x3☐
THERAPEUTIC EXERCISES:   15 min☐ 30min☐ 45
See Flow Sheet   60min☐

**Ionto**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐ x1 treatment ☐ x 2 treatments ☐ x 24 minutes ☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wris Ankle☐   Dexamethasone ☐   Acetic Acid ☐ x1 treatment ☐   x 2 treatments ☐   x 24minutes ☐

**US**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min ☐   15 min ☐   20 min ☐   25 min ☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ K Ankle☐   TIME: 10 min ☐   15 min ☐   20 min ☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

**Manual**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min ☐   20 min ☑   25 min ☐   30 min ☐ OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 15 min ☐   20 min ☑   25 min ☐   30 min ☐ OTHER:

**Anodyne**

To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☑   45 min ☐ OTHER:

To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 30 min ☑   45 min ☐ OTHER:

**MH/CP**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min ☐ OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ H R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Knee☐ Ankle☐   TIME: 20 min ☐ OTHER:

*Laser X 5mi*

**Assessment**

*Pt tol Rx well a little Tired P.R*

*Pt tol Rx well ha no c/o pain P R*

**Plan**

*Cont c current POC*

*Cont c current POC*

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

| | | |
|---|---|---|
| **NAME:** | | **SS** |
| **DATE:** 5/5/09 | | **DATE:** 5/5/09 |

| | | |
|---|---|---|
| **Subjective** | Pt has stated her Shunt is draining too much CSF | Pt stated va going to have her Shunt removed next week |
| **Objective** | No ↑ → muscle Tension to low back since last | No signif Δ's noted |
| **NEURO Re-Ed** | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☑ 20 min OTHER |
| **Massage** | To Musculature of: C/S☐ Shoulders☑ Mid Back☐ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ 25 min☐ 30 min☐   C/S☑ OTHER: ITB & Piriformis | To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ 25 min☑ 30 min☐   C/S OTHER: ITB & Glutes |
| **Tape/TE** | Kinesio tape:   x 1☐   x 2☐   x 3☐ Leuko tape:   x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐ See Flow Sheet                   60 min☐ | Kinesio tape:   x 1☐   x 2☐   x 3☐ Leuko tape:   x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30min☐ See Flow Sheet                   60min☐ |
| **Ionto** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐     Dexamethasone ☐     Acetic Acid ☐ x1 treatment ☐     x 2 treatments ☐     x 24 minutes ☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ W Ankle☐     Dexamethasone ☐     Acetic Acid ☐ x1 treatment ☐     x 2 treatments ☐     x 24 minutes ☐ |
| **US** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐             W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ H R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐             W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5 |
| **Manual** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ H L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn TIME: 15 min☐ 20 min☐ 25 min☐ 30 min ☐ OTHER: |
| **Anodyne** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☑ 45 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ H L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn TIME: 30 min☑ 45 min☐ OTHER: |
| **MH/CP** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbo Knee☐ Ankle☐   TIME: 20 min☐ OTHER: |
| **Assessment** | Pt tol Rx well Rxd no c/o pain p Rx | Pt tol Rx well Rxd no c/o HA p Rx |
| **Plan** | Cont c current POC   Kevin J. Sgroi, RPT | Cont c current POC   Kevin J. Sgroi, RPT |

| | | |
|---|---|---|
| **NAME:** | | **SSN:** |
| **DATE:** 1/23/09 | | **DATE:** 4/28/09 ✓ |

| | | |
|---|---|---|
| **Subjective** | Pt. Mom stated has been sick past few wks | Pt. stated she does not have as many h/A |
| **Objective** | No signf ↑ — muscle Tension Ts Back | No ↑ in muscle Tense Ts back |
| **NEURO Re-Ed** | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 25 OTHER: |
| **Massage** | To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ 25 min☐ 30 min☐ OTHER: Glutes, ITB, Piriformis | To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☑ 25 min☐ 30 min☐ OTHER: |
| **Tape/TE** | Kinesio tape: x 1☐ x 2☐ x 3☐ Leuko tape: x 1☐ x 2☐ x 3☐ THERAPEUTIC EXERCISES: 15 min☐ 30 min☐ 45min☐ See Flow Sheet 60 min☐ | Kinesio tape: x 1☐ x 2☐ x 3☐ Leuko tape: x 1☐ x 2☐ x 3☐ THERAPEUTIC EXERCISES: 15 min☐ 30min☐ 45mi See Flow Sheet 60min☐ |
| **Ionto** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ Dexamethasone☐ Acetic Acid☐ x1 treatment☐ x 2 treatments☐ x 24 minutes☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐ Dexamethasone☐ Acetic Acid☐ x1 treatment☐ x 2 treatments☐ x 24 minutes☐ |
| **US** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kne Ankle☐ TIME: 10 min☐ 15 min☐ 20 min☐ 2: W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ |
| **Manual** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: |
| **Anodyne** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☑ 45 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 30 min☑ 45 min☐ OTHER: |
| **MH/CP** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☐ OTHER: |
| **unnecessary** | Pt. tol. Rx well had no c/o pain Ts Rx | Pt. tol Rx well had no c/o pain Ts Rx |
| **Plan** | Cont c current POC Kevin J. Sgroi, RPT | Cont c current POC Kevin J. Sgroi, RPT |

| | | |
|---|---|---|
| **NAME:** ████ | | **SSN:** |
| **DATE:** 3/24/09 | | **DATE:** 3/26/09 |

**Subjective**
Pt mother states ████ did not have HA for 4-5 days

Pt dea Mon no HA since last tx

**Objective**
No ↑ = muscle Tension
C/S / (R) = Rld

Minor ↓ = muscle Tension to back

**NEURO Re-Ed**
To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☑ 25 min☐   OTHER:

To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R U L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☑ 25 OTHER:

**Massage**
To Musculature of: C/S☐ Shoulders☑ Mid Back☐ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min☑ 25 min☐ 30 min☐
OTHER:

To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min☑ 25 min☐ 30 min☐
OTHER:

**Tape/TE**
Kinesio tape:   x 1☐   x 2☐   x 3☐
Leuko tape:   x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐
See Flow Sheet          60 min☐

Kinesio tape:   x 1☐   x 2☐   x 3☐
Leuko tape:   x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐ 30min☐ 45min☐
See Flow Sheet          60min☐

**Ionto**
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐   x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐   x1 treatment ☐   x 2 treatments ☐   x 24minutes ☐

**US**
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐   W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25   W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

**Manual**
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ A
TIME: 15 min☑ 20 min☐ 25 min☐ 30 min☐
OTHER:

**Anodyne**
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 30 min☑ 45 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ A
TIME: 30 min☑ 45 min☐
OTHER:

**MHVCP**
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ W Knee☐ Ankle☐   TIME: 20 min☐
OTHER:

**Assessment**
Pt tol well ded no c/o HA / pain ↓ ↓ R

Pt tol tx well ded no c/o pain ↓ ↓ R

**Plan**
Cont c current POC
[signature] Kevin J. Sgroi, RPT

Cont c current PO
[signature] Kevin J. Sgroi, RPT

30

**NAME:** _____   **SSN:** _____
**DATE:** 3/16/09   **DATE:** 3/19/09

| | | |
|---|---|---|
| **Subjective** | *SEE IE* | Pt from stated had a HA for = 2 da To last 2 NO SLO c, HA today |
| **Objective** | *SEE IE* | No signif ΔS — muscle tension |

**NEURO Re-Ed**

| | |
|---|---|
| To: C/S☐ Shoulders☑ Mid Back☑ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☑ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ OTHER: |

**Massage**

| | |
|---|---|
| To Musculature of: C/S☐ Shoulders☑ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐   TIME: 20 min☐ 25 min☐ 30 min☐ OTHER: | To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ HIPS TIME: 20 min☑ 25 min☐ 30 min☐ OTHER: |

**Tape/TE**

| | |
|---|---|
| Kinesio tape:   x 1☐  x 2☐  x 3☐ Leuko tape:   x 1☐  x 2☐  x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐ See Flow Sheet   60 min☐ | Kinesio tape:   x 1☐  x 2☐  x 3☐ Leuko tape:   x 1☐  x 2☐  x 3☐ THERAPEUTIC EXERCISES:  15 min☐ 30min☐ See Flow Sheet   60min☐ |

**Iono**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   Dexamethasone☐   Acetic Acid☐ x1 treatment☐   x 2 treatments☐   x 24 minutes☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ W Ankle☐   Dexamethasone☐   Acetic Acid☐ x1 treatment☐   x 2 treatments☐   x 24minutes☐ |

**US**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2☐ |

**Manual**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ K TIME: 15 min☐ 20 min☐ 25 min☐ 30 min OTHER: |

**Anolyne**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☑ 45 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ K TIME: 30 min☑ 45 min☐ OTHER: |

**MHCP**

| | |
|---|---|
| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elb Knee☐ Ankle☐   TIME: 20 min☐ OTHER: |

**Assessment**

| | |
|---|---|
| Pt tol R we Cl hed no c/o HA p R | Pt tol R we Cl hed no c/o p R |

**Plan**

| | |
|---|---|
| Cont c current POC   *[signature]* Kevin J. Sgroi, RPT | Cont c current POC   *[signature]* Kevin J. Sgroi, RPT |

31



MCMLXXV

STYLE OF
CASE :          ███████████████████

vs.

MILHORAT, M.D., et al.

PERTAIN TO :    ██████████████

FROM :      Joshua Tree Physical Therapy (incl. Kevin Sigroi, M.D.)  (Medical
            Records Update)

DELIVER TO :
            Christina Ctorides
            Goldsmith Ctorides & Rodriguez, LLP.
            140 Sylvan Avenue, 3rd Floor
            Englewood Cliffs, NJ  07632

CASE NO.:

COURT:

Order No.   102305.020

32

No. ███████

§
§
§
§
§
§
§

vs.

MILHORAT, M.D., et al.

### AFFIDAVIT

Records Pertaining To: ███████

Type of Records: **ANY AND ALL MEDICAL RECORDS FROM 01/01/2010 TO THE PRESENT, including but not limited to patient information sheets, patient questionnaires, medical history forms, consents for treatment, and any other type of "new patient" documentation; doctor's notes; nurse's notes; patient evaluation forms; narratives; insurance records; photographs; reports; office notes; prescription records and/or documentation related to medication administration; test results; physical therapy, occupational therapy and/or speech therapy records; correspondence; files and/or charts; telephone message slips; copies of any type of notation(s) on any file folder**

Before me, the undersigned authority, personally appeared _Bonnie Burrage_ , who, being by me duly sworn, deposed as follows: (Custodian of Records)

My name is _Bonnie Burrage_ , I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for:
**Joshua Tree Physical Therapy (incl. Kevin Sigroi, M.D.)**

Attached hereto are _21_ pages of records from this facility. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _9th_ day of _May_ , 20_11_ .

_____
NOTARY PUBLIC
My Commission Expires: _May 16, 2014_

Order No.  102305.020

33

# Table of Contents

**Image Page No.**

001-MEDICAL-RECORDS........................................................................   1

| | | |
|---|---|---|
| **Name:** | | |
| **Date:** | 4/26/11 ✓ | **Date:** 4/28/11 ✓ |
| **SUBJECTIVE** | Pt had no c/o + pain since last Pt | Pt c/o Tingly in ft today |
| **OBJECTIVE** | Pt non steeted ____ c/o + — Tingly B Hands | No c/o Tingly in hands |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ 30 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ 30 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER:  FA | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER:  FA |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐              ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐              ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MH/CP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol tx well need no c/o pain ↓ R | Pt tol tx well had no c/o Tingly ↓ R |
| **PLAN** | Cont c current POC ✗ Sgroi PT | Cont c current POC ✗ Sgroi PT |
| | Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT            modality sheet |

35

Name: *3/17/11*

Date:  *4/21/11* ✓

| | | |
|---|---|---|
| **SUBJECTIVE** | *Pt stated that she is feeling better* | *Pt c/o Back pain = 4-5/10* |
| **OBJECTIVE** | *No signif ↑'s in muscle tension* | *Pt has been NY past two wk's* |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 10 MIN☐ ~~15 MINS~~ 20 MIN ☐ 25 MIN☐ 30 MIN☐<br>**OTHER:** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐<br>**OTHER:** |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ *FA*<br>**OTHER:** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ *FA*<br>**OTHER:** |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐<br>LEUKO TAPE: ×1☐ ×2☐ ×3☐<br>THERAPEUTIC EXERCISES:<br>15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐<br>SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐<br>LEUKO TAPE: ×1☐ ×2☐ ×3☐<br>THERAPEUTIC EXERCISES:<br>15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐<br>SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>    DEXAMETHASONE☐          ACETIC ACID☐<br>×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>    DEXAMETHASONE☐          ACETIC ACID☐<br>×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>        **TIME:** 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>**OTHER:** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>        **TIME:** 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>**OTHER:** |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>        **TIME:** 30 MIN☐ 45 MIN☐<br>**OTHER:** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>        **TIME:** 30 MIN☐ 45 MIN☐<br>**OTHER:** |
| **MHCP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 20 MIN☐ 25 MIN☐<br>**OTHER:** / | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>**TIME:** 20 MIN☐ 25 MIN☐<br>**OTHER:** |
| **OTHER** | IFC×20 MINUTES☐<br>LASER☐<br>THERAPEUTIC ACTIVITY☐<br>OTHER☐ | IFC×20 MINUTES☐<br>LASER☐<br>THERAPEUTIC ACTIVITY☐<br>OTHER☐ |
| **ASSESSMENT** | *Pt tol Rx well had no c/o pain p̄ Rx* | *Pt tol Rx well c/o pain ↓ to = p̄ Rx* |
| **PLAN** | *Cont c̄ current POC*<br>*K. Sgroi PT* | *Cont c̄ current POC*<br>*K. Sgroi PT* |

Kevin J. Sgroi, RPT              Kevin J. Sgroi, RPT                    modality sheet

36



| | Name: *2/17/11* | Date: *3/3/11* |
|---|---|---|
| **SUBJECTIVE** | *Pt stated she has had Tingling in her hands* | *Pt cont° to have Tingly in Feet* |
| **OBJECTIVE** | *No Δ's — gait sequd* | *Mild + in muscle Tension Low Back* |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER:☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER:☐ |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: *PA* | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: *PA* |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐          ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐          ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER:☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER:☐ |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER:☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER:☐ |
| **MHCP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER:☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER:☐ |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | *Pt felt R well had no c/o pain ⊙ PT* | *Pt felt R well had no c/o Tingly ⊙ PT* |
| **PLAN** | *Cont̄ c̄ current POC* *RJSgroi, PT* | *Cont̄ c̄ current POC* *K J Sgroi PT* |
| | Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT            modality sheet |

37

| | Name: _2/8/11_ | Date: _2/10/11_ |
|---|---|---|
| **SUBJECTIVE** | Pt had no c/o red pain since last ℞ | Pt had no c/o HA since last ℞ |
| **OBJECTIVE** | No signif Δ w/ gait sequence | No ↑ w/ muscle Tender Low Back |
| **NEURO RE-ED** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐              ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐              ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MH/CP** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| | Pt had no c/o pain F/U | Pt tol Rx well had no c/o pain p̄ Rx |
| | Cont c̄ current POC _X. Sgroi, PT_ | Cont c̄ current POC _X. Sgroi, PT_ |
| | ...in J. Sgroi, RPT | Kevin J. Sgroi, RPT                    modality sheet |

38

Name: _____
Date: *1/25/11*

Date: *2/1/11*

| | | |
|---|---|---|
| **SUBJECTIVE** | Pt was c̄ Pneumonia c/o ↑ LBP. May be to ↑ coughing | Pt mom stated Tingly ⊥ left has ↓. No c/o LWH since last tx |
| **OBJECTIVE** | Mod ↑ ⊥ muscle Tension Low Back | LBP c̄ 3/10 |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: *LC* | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: *PA* |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐          ACETIC ACID☐ ×1 TREATMENT☐ ×2 TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐          ACETIC ACID☐ ×1 TREATMENT☐ ×2 TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MHCP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol Tx well had no c/o pain ⓟ Tx | Pt tol Tx well c/o LBP ↓ to c̄ 1/10 ⓟ Tx |
| | Cont c̄ current Px *K.J. Sgroi, PT* | Cont c̄ current Px *K.J. Sgroi, PT* |

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

modality sheet

39

| | |
|---|---|
| **Name:** | |
| **Date:** _1/11/11_ | **Date:** _1/18/11_ |

| | | |
|---|---|---|
| **SUBJECTIVE** | Pt c/o Tingling ® ft. Since last ₱ | Pt still c/o Tingling ® ft. Also c/o a sensation as if $H_2O$ is running down the back of her legs |
| **OBJECTIVE** | No ↑ = a tatgce gait | |
| **NEURO RE-ED** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☑ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: _FA_ | TO MUSCULATURE OF: C/S ☑ SHOULDERS☑ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: _LC_ |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐        ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐        ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☑ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☑ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MHCP** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol Tx well c/o Tingling ↓↓ PT | Pt tol Tx well had no c/o pain Tx R |
| | Cont c current POC ___ FT | Cont c current POC ___ FT |
| | Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT        modality sheet |

40

Name: _____

| | Date: 12/14/10 | Date: 1/4/10 |
|---|---|---|
| **SUBJECTIVE** | Pt had no c/o pnd pain / H/A since last ℞ | Pt c/o pnd HA's over past 2 wk. Also c/o Tingly Ⓡ ft & legs. |
| **OBJECTIVE** | No ↑ ī muscle Tension c/s / low back | Pt stated after playing for a little while Ⓑ LEs become very Tired |
| **NEURO RE-ED** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□  15 MIN□   20 MIN □ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□  15 MIN□   20 MIN □ 25 MIN□ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□  25 MIN□  30 MIN □ 40 MIN□ OTHER: | TO MUSCULATURE OF: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□  25 MIN□  30 MIN □ 40 MIN□ OTHER: |
| **TAPE/TE** | KINESIO TAPE: ×1□  ×2□   ×3□ LEUKO TAPE:   ×1□  ×2□   ×3□ THERAPEUTIC EXERCISES: 15 MIN□  30 MIN□  45 MIN□   60 MIN□ SEE FLOW SHEET | KINESIO TAPE: ×1□  ×2□   ×3□ LEUKO TAPE:   ×1□  ×2□   ×3□ THERAPEUTIC EXERCISES: 15 MIN□  30 MIN□  45 MIN□   60 MIN□ SEE FLOW SHEET |
| **IONTO** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ DEXAMETHASONE□                    ACETIC ACID□ ×1TREATMENT□  ×2TREATMENTS □ ×24 MINUTES□ | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ DEXAMETHASONE□                    ACETIC ACID□ ×1TREATMENT□  ×2TREATMENTS □ ×24 MINUTES□ |
| **US** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□  15 MIN□   20 MIN □ 25 MIN□ W/CM2: .5□  1.0□   1.5 □ 2.0□  2.5□ | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□  15 MIN□   20 MIN □ 25 MIN□ W/CM2: .5□  1.0□   1.5 □ 2.0□  2.5□ |
| **MANUAL** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□          TIME: 10 MIN□  15 MIN□   20 MIN □ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□          TIME: 10 MIN□  15 MIN□   20 MIN □ 25 MIN□ OTHER: |
| **ANODYNE** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□          TIME: 30 MIN□  45 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□          TIME: 30 MIN□  45 MIN□ OTHER: |
| **MHCP*** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□  25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□  25 MIN□ OTHER: |
| **OTHER** | IFC×20 MINUTES□ LASER□ THERAPEUTIC ACTIVITY□ OTHER□ | IFC×20 MINUTES□ LASER□ THERAPEUTIC ACTIVITY□ OTHER□ |
| **ASSESSMENT** | Pt tol ℞ well had no c/o pain FR | Pt tol ℞ well Minor ↑ ī muscle Tension Low Back ↑ ℞ |
| **PLAN** | Cont ē current ℞ X Sgroi, PT | Cont ē current ℞ X Sgroi, PT |

Kevin J. Sgroi, RPT                    Kevin J. Sgroi, RPT                    modality sheet

41

| | Name: ████████ Date: 11/30/10 | Date: 12/9/10 |
|---|---|---|
| SUBJECTIVE | Pt c/o C/S / upper thoracic pain. Pain = 3/10 | Pt stated she had N/P's since last Rx. No pain = upper Thoracic |
| OBJECTIVE | Mod muscle Tension R (R) c/s upper Thoracic | Minor ↓= muscle Tension Is Back |
| NEURO RE-ED | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ OTHER: |
| MASSAGE | TO MUSCULATURE OF: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□  30 MIN □ 40 MIN□ OTHER: | TO MUSCULATURE OF: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□  30 MIN □ 40 MIN□ OTHER: |
| TAPE/TE | KINESIO TAPE: ×1□ ×2□ ×3□ LEUKO TAPE: ×1□ ×2□ ×3□ THERAPEUTIC EXERCISES: 15 MIN□ 30 MIN□ 45 MIN □ 60 MIN□ SEE FLOW SHEET | KINESIO TAPE: ×1□ ×2□ ×3□ LEUKO TAPE: ×1□ ×2□ ×3□ THERAPEUTIC EXERCISES: 15 MIN□ 30 MIN□ 45 MIN □ 60 MIN□ SEE FLOW SHEET |
| IONTO | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□      DEXAMETHASONE□            ACETIC ACID□ ×1TREATMENT□ ×2TREATMENTS □ ×24 MINUTES□ | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□      DEXAMETHASONE□            ACETIC ACID□ ×1TREATMENT□ ×2TREATMENTS □ ×24 MINUTES□ |
| US | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ W/CM2: .5□ 1.0□  1.5 □ 2.0□ 2.5□ | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ W/CM2: .5□ 1.0□  1.5 □ 2.0□ 2.5□ |
| MANUAL | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□      TIME: 10 MIN□ 15 MIN□  20 MIN □ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□      TIME: 10 MIN□ 15 MIN□  20 MIN □ 25 MIN□ OTHER: |
| ANODYNE | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□      TIME: 30 MIN□ 45 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□      TIME: 30 MIN□ 45 MIN□ OTHER: |
| MH/CP | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□ OTHER: |
| OTHER | IFC×20 MINUTES□ LASER□ THERAPEUTIC ACTIVITY□ OTHER□ | IFC×20 MINUTES□ LASER□ THERAPEUTIC ACTIVITY□ OTHER□ |
| ASSESSMENT | Pt tol Rx well c/o Pain ↓ to = 1/10 Pt R | Pt tol Rx well had no c/o HA Pt R |
| PLAN | Cont c current Pt X J Sgroi / RT | Cont c current Pt X J Sgroi / RT |
| | Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT          modality sheet |

42

Name: [redacted]

| | Date: 10-26-10 | Date: 11/9/10 |
|---|---|---|
| **SUBJECTIVE** | Pt mother [redacted] stated her leg felt like jello | Pt had no c/o jelly like feeling ī legs |
| **OBJECTIVE** | 2 Twice This Wk | No antalgic gait |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☑ SHOULDERS☑ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L LEG☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ OTHER: | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L LEG☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ OTHER: |
| **TAPE/TIE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐         ACETIC ACID☐ ×1 TREATMENT☐ ×2 TREATMENTS☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐         ACETIC ACID☐ ×1 TREATMENT☐ ×2 TREATMENTS☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐         TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **HVCP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC ×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC ×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol Rx well had no c/o pain ē R | Pt tol Rx well had no c/o pain ē R |
| **PLAN** | Cont current Rx [signature] PT | Cont current Rx [signature] PT |
| | Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT          modality sheet |

43

Name: _(illegible)_
Date: 10/12/10

Date: 10/21/10

| | | |
|---|---|---|
| **SUBJECTIVE** | *See IE* | Pt c/o Lw/Mid back pain = $\frac{2}{10}$ |
| **OBJECTIVE** | *See IE* | No signif. ↓ in muscle tension |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: FA | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: FA |
| **TAM/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐   ACETIC ACID☐ ×1 TREATMENT☐ ×2 TREATMENTS☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐   ACETIC ACID☐ ×1 TREATMENT☐ ×2 TREATMENTS☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MHCP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG ☐ L LEG ☐ HANDS☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC ×20 MINUTES☐ LASER☐   ×15 min STM/Low back Program 2 THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC ×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol Tx well post Tx decreased in sx = 50% PR | Pt tol Tx well c/o pain ↓ to = $\frac{0}{10}$ P Tx |
| **PLAN** | Cont c current POC _(signature)_ K. Sgroi, PT | Cont c current POC _(signature)_ K. Sgroi, PT |

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

modality sheet

# REFERRAL REQUEST

### Lakeside Pediatric & Adolescent Medicine, PLLC
980 W. Ironwood Drive, Suite 302
Coeur d' Alene, Idaho 83814
**Phone (208) 292-5437 Fax (208) 292-5441**

Date: **10/04/10**

Referring Provider:  **Ronda L. Westcott, MD**

Patient Name: ▮▮▮▮▮▮▮  Age: ▮▮▮  D.O.B: ▮▮▮▮▮

Parent/Guardian Name: **Wayne  Bryant**

Home Phone #: **(208) 762-5619**

Insurance Policy Holder: **Bryant, Wayne**

Insurance Carrier: **Blue Cross  of Idaho & Medicaid**

Insurance ID #: **XMH970191763 &   0001643066**          Group #:  **10021090**

Healthy Connection #: **806389000**

Referred To:  **Joshua Tree Physical Therapy**

Phone Number: **208-772-9774**          Fax Number:  **208-772-9564**

DIAGNOSIS: *742.59 – Spinal Cord Anomaly NEC*

Comments:  **Evaluation of leg fatigue and right sided intermittent tingling.**

Requested Services:  **Evaluation, management, and physical therapy as needed.**

Length of Referral:  **Effective 10/04/2010 – 10/04/2011**

10/04/2010  4:13 PM

**Patient Report By Patient Number**
**LAKESIDE PEDIATRIC & ADOLESCENT MEDICINE**

Page 1

**Selections:**
Registered:      01/01/1990 - 10/04/2010
Patients:        ▓▓▓▓▓▓▓▓▓
Accounts:        640
Alerts:          Excluded
Notes:           Excluded
IDs:             Excluded

808   ▓▓▓▓▓▓▓▓▓      Default Account: 640          Class: Y
                                        SSN:           Sex: Female      Emp Status: U
      2417 E St James                  Chart #:        DOB: ▓▓▓▓        Employee ID:
      Hayden, ID 83835     Registered: 10/09/2007   Race / Ethnicity: C  /  ▓▓      Employer:
                           First Visit: 10/09/2007      Lang: ENG
                           Last Visit: 09/20/2010     Marital: Single

      Email:
      Home:(208) 762-5619              Consent: Yes         Assigned: Westcott, MD, Ronda L.
      Work:                          Referral Src:         Referring:
Emergency Contact:
              Bryant, Caren               Email:
                                           Home: (208) 651-6499
              Pat Rel to Contact:  Grandchild    Work:
Legal Guardian:
              Bryant, April               Email:
                                           Home: (208) 762-4261
              Pat Rel to Guardian:  Child        Work: (208) 772-2490
                                         Mobile: (208) 651-5853

**Accounts:**

| Number | Guarantor | Acct Finance Grp | Default | Status | Balance |
|---|---|---|---|---|---|
| 640 | Bryant, Wayne | STNDRD | Y | Active | 51.52 |

**Ins. Policies:**

| Plan | | Group | Claim Member IDs | Status | Subscriber | Relation to Sub | Accept Assign |
|---|---|---|---|---|---|---|---|
| 1 BC01 - | Blue Cross of Idaho | | XMH970191763 | Active | Bryant, Wayne | Child | Y |
| 2 MCD01 - | Medicaid | | 0001643066 | Active | ▓▓▓▓▓▓▓ | Self | Y |

**Extended Info:**

| Description | Value |
|---|---|
| Dad's Nickname | Wayne Bryant |
| Mom's Nickname | April Bryant |
| Patient's Nickname | ▓▓▓▓ |

Total Patients: 1

Patient:       808 - ██████████████
DOB:           ████████████
SSN:

Date:          10/04/2010 14:50
Provider:      Westcott, MD, Ronda L.
Encounter:     Acute Visit

## ACTIVE PROBLEMS
• SPINAL CORD ANOMALY NEC - tethered cord s/p surgical repair at Arnold Chiari Institute. Had Lumboperitoneal shunt, but tied off 6/09. Syrinx - down 30%. Due for shunt removal in spring 2010
• Urinary Calculus - Off hydroclorothiazide (due to nephrocalcinosis on ultrasound 10/09), off Acetazolamide; Renal Ultrasound annually; Nephrology annualy.

## CHIEF COMPLAINT
The Chief Complaint is: Bladder issues and tingling in hands.

## HISTORY OF PRESENT ILLNESS
████████ is a █ year old female.
• Patient accompanied by mother.
Tingling in her right hand off and on (becoming more frequent), started 4 months ago. Not occurring on the left side. Sometimes has similar symptoms in feet, though again usually one sided.

Intermittent pain in both legs, usually exacerbated by activity - or will just be more fatigued than expected.

Still often has small amt of leaking urine after she voids - has tried change in position (sitting backward on potty), but no improvement in symptoms. Will often change underwear as they are wet. No burning with urination, no accidents. No bedwetting.

## CURRENT MEDICATION
• Sodium Fluoride 2.2 (1 F) MG CHEW, , 90 days, 3 refills, Take one tab po qd

## PAST MEDICAL/SURGICAL HISTORY
Reported History:
    Medications: Taking medication HCTH, Fluoride, Vit D recommended.
    Physical Trauma: Surgical incision.
Diagnosis History:
    Nephrolithiasis.
    Neurologic disorder Arnold Chiari malformation with tethered cord, s/p release. Spinal syrinx; LP shunt

## ALLERGIES
• Latex     Reaction: precaution

## FAMILY HISTORY
Maternal cousin with Marfan Syndrome

## REVIEW OF SYSTEMS

Page 1

Patient:      808 - ▮▮▮▮▮▮
DOB:          ▮▮▮▮▮▮
SSN:

Date:         10/04/2010 14:50
Provider:     Westcott, MD, Ronda L.
Encounter:    Acute Visit

Systemic: No lethargy. No fever.
Eyes: No purulent discharge from eyes and no bloodshot eyes.
Otolaryngeal: No discharge from the ears and no nasal discharge or congestion.
Pulmonary: No cough and no wheezing or dyspnea.
Gastrointestinal: Normal appetite, no vomiting, and no diarrhea.
Skin: No skin lesions.


## PHYSICAL FINDINGS

- Vitals taken 10/04/2010 02:50 pm
  wt. was 46-8

| | |
|---|---|
| Pulse Rate-Sitting | 100 bpm |
| Respiration Rate | 24 per min |
| Temp-Temporal | 98.3 F |
| Weight | 46 lbs 8 oz |

General Appearance:
  ° Alert. ° In no acute distress.
Eyes:
  General/bilateral:
    External: ° Conjunctiva exhibited no abnormalities. ° No discharge from the conjunctiva.
    Optic Disc: ° Showed no papilledema.
Ears:
  Right Ear:
    Tympanic Membrane: • Examined and normal.
  Left Ear:
    Tympanic Membrane: • Examined and normal.
Nose:
  General/bilateral:
    Discharge: ° No nasal discharge seen.
Pharynx:
  Oropharynx: ° Tonsils were not swollen. ° Tonsils were not erythematous. ° Tonsils showed no
    exudate. ° Not inflamed.
Lymph Nodes:
  ° Anterior cervical lymph nodes were not enlarged.
Lungs:
  ° Clear to auscultation.
Cardiovascular:
  Heart Sounds: ° S1 normal. ° S2 normal.
  Murmurs: ° No murmurs were heard.
Abdomen:
  Palpation: ° No abdominal tenderness, was soft and non-distended.
Neurological:
  Cranial Nerves: ° Normal.
  Motor: ° Strength was normal.
  Coordination / Cerebellum: ° No coordination/cerebellum abnormalities were noted.
  Gait And Stance: ° Normal.
  Reflexes: • Right knee jerk reflex unable to illicit. • Left knee jerk reflex normal.
Skin:
  • Skin: no rash. Brisk capillary refill.


Page 2

48

10/06/2010 WED 12:39   FAX 208 292 5441 LAKESIDE PEDIATRICS                    ☑005/005

| Patient: | 808 - ████████████ |
| DOB: | ████████████ |
| SSN: | |

| Date: | 10/04/2010 14:50 |
| Provider: | Westcott, MD, Ronda L. |
| Encounter: | Acute Visit |

## TESTS
Urinalysis Was Performed:

| Urinalysis Results: | Value |
| Urine pH | 6 |
| Urine specific gravity | 1025 |
| Urine occult blood | 1 + |

Normal urine protein, negative for glucose, negative for bilirubin, negative for ketones, negative for nitrate, and negative for leukocyte esterase.

## ASSESSMENT
- Primary diagnosis of post-void dribbling
- Peripheral neuropathy vs weakened muscles; vague history, normal neuro exam

## PLAN
- **SPINAL CORD ANOMALY NEC**
  Referral: Physical Therapy

Patient with past normal urodynamic evaluation; symptoms of post void dribbling still seem due to external anatomy issues rather than inability to completely void. Monitor clinically - follow up with Urology in Seattle when there next.

Referred back to PT for further evaluation of weakened muscles vs mild peripheral neuropathy. Advised MVI daily and working to increase K in diet.

Annual follow up with Neurosurgery in Seattle.

**Ronda L. Westcott, MD**
Electronically signed by: Ronda Westcott    Date: 10/05/2010 17:14

Page 3

49

## Joshua Tree Physical Therapy

### REGISTRATION FORM

This information is necessary so that we may serve your needs
Information will not be released with out your written consent

| Today's date: 10/12/10 | Referred By: Westcott |
|---|---|

### PATIENT INFORMATION

| Patient's last name: ▮ | First: ▮ | Middle: ▮ | ❑ Mr.<br>❑ Mrs. | ❑ Miss<br>❑ Ms. | Marital status (circle one<br>Single / Mar / Div / S<br>/ Wid |
|---|---|---|---|---|---|

| Birth date: ▮ | Age: ▮ | Sex:<br>❑M ☑F | Social Security #: | Home phone #:<br>651-5853 |
|---|---|---|---|---|

Street address: 2417 e. St James

| P.O. box: | City: Hayden | State: Id | ZIP Code: 83835 |
|---|---|---|---|

| Occupation: | Employer: | Employer phone#: |
|---|---|---|

| Referring Physician: | Referring Physician Phone#: | Primary Physician: Westcott |
|---|---|---|

| Primary Physician Phone#: 292-5437 | Date of Injury: | Type of Injury:<br>Work Related ❑ MVA ❑ Other ❑<br>Unknown ❑ |
|---|---|---|

| How did your injury/ symptoms occur?<br>Surgical error in NY | If MVA please provide the following:<br>Claim #:<br>Insurance co.:<br>Address: |
|---|---|

### INSURANCE INFORMATION  Same Blue Cross + ID m

| Subscriber's name: | Birth date: 1/23/78 | Address (if different): | Home phone #: |
|---|---|---|---|

| Subscriber's S.S.#: ▮ | Group # | Policy # | Co-pay<br>$ |
|---|---|---|---|

| Occupation: | Employer: | Employer address: | Employer phone #: |
|---|---|---|---|

| Patient's relationship: | ❑ Self | ❑ Child | ❑ Spouse | ❑ Other | |
|---|---|---|---|---|---|

| Name of secondary insurance | Subscriber's name: | Group #: | Policy #: |
|---|---|---|---|

50

| Patient's relationship to subscriber | ☐ Self | ☒ Child | ☐ Spouse | ☐ Other | |

| IN CASE OF EMERGENCY | | | |
|---|---|---|---|
| Name of local friend or relative (living at different residence) | Relationship: | Home phone #: | Work phone #: |
| | | | |

**Authorization for release of information**: I authorize Kevin J. Sgroi, RPT, to release all medical information requested by my health insurance carrier, Medicare or any other third-party payers. I authorize Kevin J. Sgroi, RPT, to release all medical information to my referring physician and my primary (family) physician. I authorize Kevin J. Sgroi, RPT, to contact my insurance company or health plan administrator and obtain all pertinent financial information concerning coverage and payments under my policy. I direct the insurance company or health plan administrator to release such information to Kevin J. Sgroi, RPT.

**Assignment of Benefits:** I request that payment of authorized insurance benefits be made on my behalf Kevin J. Sgroi, RPT. I agree that these provisions will remin in effect until I provide written revocation to Kevin J. Sgroi, RPT. I further agree that should my insurance carrier and /or health plan administer deem that my treatment, in full or part is not covered that I am responsible for all charges incurred as a result of treatment rendered by Kevin J. Sgroi, RPT and associates.

| _Patient/Guardian signature_ | 10/12 /10 _Date_ |
|---|---|

| Referral Information : Initial Referral Received | ☐ Yes | ☐ No | Length of service approved: | Follow up date: |
|---|---|---|---|---|

## *Joshua Tree Physical Therapy*
### CONFIDENTIAL INFORMATION

| | Do you have a history of the following? | |
|---|---|---|
| Have you ever received *massage therapy?*<br>☑ Yes<br>☐ No | ☐ accident<br>☐ neck pain<br>☐ whiplash<br>☐ decreased range of motion<br>☐ broken bones<br>☐ sciatica<br>☐ sprains<br>☐ seizures<br>☐ abdominal pain<br>☐ nervous tension<br>☐ arthritis, bursitis or gout<br>☐ allergies to oils or perfumes<br>☐ wear contacts<br>☐ scoliosis | ☐ surgery<br>☐ fibromyalgia<br>☐ carpal tunnel<br>☐ mastectomy<br>☐ breast augmentation<br>☐ diabetes<br>☐ varicose veins<br>☐ high blood pressure<br>☐ stroke<br>☐ heart attack<br>☐ cancer<br>☐ colitis<br>☐ HIV<br>☐ other |
| Type of massage experienced:<br>☐ Deep Tissue<br>☐ Swedish<br>☐ Other | | |
| Are you currently taking medication?<br>☐ Yes ☑ No | | |
| Describe the medication you are taking below.<br>1.<br>2.<br>3.<br>4.<br>5. | Do you have any of the following today? | |
| | ☐ sunburn<br>☐ inflammation<br>☑ sever pain<br>☑ headache | ☐ open cuts, burns, bruises<br>☐ irritated skin rash<br>☐ poison ivy<br>☐ cold/flu |
| Are you pregnant?<br>☐ Yes ☑ No | | |
| Have you consumed alcohol in the past 24 hours?<br>☐ Yes ☑ No | Please Indicate with an ( X ), the areas you are feeling discomfort |
| What are your goals and expectations for this receiving physical therapy? | |

## *Joshua Tree Physical Therapy*
PRIVACY PRACTICES ACKNOWLEDGEMENT

I have been provided a copy of and have read the Privacy Practice Notice. I understand my rights contained in the notice. By way of my signature, I consent Joshua Tree Physical Therapy to use and disclose my protected health care information for the purposes of treatment, payment and health care operations as described in the Privacy Notice.

| NAME ███████████ | DATE OF BIRTH ███████ |
|---|---|
| SIGNATURE: *[signature]* | DATE: 12/30/03 |

53





# JOSHUA TREE PHYSICAL THERAPY

### Initial Evaluation

Date: October 15, 2010.

Physician: Dr. Westcott
Re: ████████████████████
Diagnosis: Mid/ Low back pain.

Dear Dr. Westcott:
Thank you for referring your patient to Joshua Tree Physical Therapy.  Upon initial evaluation the following was determined.

**History:** The patient is a ████████ female with complaints of mid and low back pain.  At rest pain is rated at approximately 2/10 to 3/10 and increases to approximately 5/10 to 6/10 with activities of daily living.  Patient does complain of radiating pain into the bilateral lower lower extremities.  However, the patient does not complain of numbness and tingling into the bilateral lower extremities.  Patient does complain of occasional headaches these are rated as moderate to severe.

**PMH:** Patient has been diagnosed with Chiari.  Patient has undergone several surgical procedures secondary to this diagnosis. There has been a duraplasty patch surgically implanted at the base of the child's skull.  She also has a lumbar shunt to enhance the flow of cerebral spinal fluid.  Patient also had surgery for removal of vertebrae C1 and L3 through L5.  Patient also has been diagnosed with hypercalcemic production and is taking medication HCTC for this condition.

**Objective:**                                                *Active Range of Motion*
*Loss of Movement:*
    Lumbar flexion:        Moderate with severe complaints of low back pain
    Lumbar extension:      Minimal with complaints of low back  pain.
    Lateral flexion left:     Minimal with complaints of tightness and pulling
    Lateral flexion right:    Minimal with complaints of tightness and pulling
    Rotation right:            None without complaints of pain
    Rotation left:             None without complaints of pain

| *Manual Muscle Test:* | Left | Right. |
|---|---|---|
| Quadriceps: | 4/5 | 4+/5 |
| Hamstrings: | 4/5 | 4+/5 |
| Ankle plantarflexion: | 4/5 | 4+/5 |
| Dorsiflexion: | 4/5 | 4+/5 |
| Dorsi flexion great toe: | 4/5 | 4+/5 |

**Objective:**

|  | Left |  | Right |
|---|---|---|---|
| Cervical flexion: |  | 80 % of normal |  |
| Cervical extension: |  | 90 % of normal. |  |
| Lateral flexion: | 80 % |  | 80%. |
| Rotation: | 90 % |  | 90%. |
| Shoulder AROM: | 180° |  | 180 ° |

8475 North Government Way, Hayden, Idaho 83815
Phone:208-772-9774   Fax:208-772-9564

(flexion)

<u>Observation</u>: Patient is able to perform bilateral heel raises equally however, when performing heel raises unilaterally the patient had more difficulty raising the heel on right when compared to left.

<u>Reflexes</u>: Left Achilles and patella reflexes are within normal limits.  Right Achilles and patella reflexes are moderately diminished.

<u>*Palpation*</u>: There are noted numerous trigger points and tonic muscle spasms throughout the cervical, thoracic, and lumbar paraspinals.

**Treatment Program:** The patient will receive education on proper body mechanics and posture. Treatment and modalities will include, anodyne light treatment, medical massage, neuromuscular reeducation, therapeutic laser, therapeutic exercises, and home exercise program.

**Assessment:**
*Problem List:*
        Complaints of pain at rest.
        Complaints of pain with activities of daily living.
        Tonic muscle spasms noted throughout all paraspinals.
        Decreased active range of motion cervical spine and lumbar spine.
        Complaints of constant headaches

*Short-Term Goals: Four weeks*
        Decrease complaints of pain at rest by 50%.
        Decrease tonic muscle spasms by 50%.
        Increase active range of motion cervical and lumbar spine to WNL.

*Long-term goals: Eight weeks.*
        Decrease complaints of pain at rest to 0/10.
        Patient to perform activities daily living without complaints of pain.
        Decrease tonic muscle spasms by 90%.
        Patient to be independent with supervision in home exercise program.

**Plan of Care:** The patient will receive the above treatment program two to three times a week for up to eight weeks.  The treatment program will be upgraded and modified as per physician's recommendations and as patient tolerates to achieve the above goals.

Once, again thank you for referring your patient to Joshua Tree Physical Therapy.  If you have any questions or recommendations about your patient's care please contact me at your earliest convenience.

Respectfully,

Kevin J. Sgroi, RPT

07/17/2012 13:17 FAX                                                          ☒002

Name: 10/12/10                                     Date: 10/21/10

| | | |
|---|---|---|
| **SUBJECTIVE** | See IE | Pt c/o low/mod back pain = 2/10 |
| **OBJECTIVE** | See IE | No signif Δ S= muscle Tender |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ OTHER: PA | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ OTHER: PA |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐: ACETIC ACID☐: 1 TREATMENT☐ 2 TREATMENTS ☐ 24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐: ACETIC ACID☐: 1 TREATMENT☐ 2 TREATMENTS ☐ 24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **H/C/P** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LEG☐ L LEG☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ ✗ 15 min Stim/low back THERAPEUTIC ACTIVITY☐ Program a OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol tx well post ↑ edu visits daily = 50% PR. | Pt tol tx well c ↓ pain ↓ to = /10 ↑ PR |
| **PLAN** | Con't c current poc | Con't c current poc |

56

modality 1

NAME:
DATE:

SS#:
DATE:

**Subjective**

*SEE*
*I.E.*

**Objective**

*SEE I.E.*

**NEURO Re-Ed**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐  R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐
Ankle☐       TIME: 10 min☐  15 min☐  20 min☐  25 min☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐
Ankle☐       TIME: 10 min☐  15 min☐  20 min☐
OTHER:

**Massage**

To Musculature of: C/S☐  Shoulders☐  Mid Back☐  Hip☐
Low Back☐  R UE☐  L UE☐  R LE☐  L LE☐  Hand☐
Wrist☐  Elbow☐  Knee☐  Ankle☐
TIME: 20 min☐  25 min☐  30 min☐
OTHER:

To Musculature of: C/S☐  Shoulders☐  Mid Back☐
Low Back☐  R UE☐  L UE☐  R LE☐  L LE☐
Wrist☐  Elbow☐  Knee☐  Ankle☐
TIME: 20 min☐  25 min☐  30 min☐
OTHER:

**Tape/TE**

Kinesio tape:   x 1☐   x 2☐   x 3☐
Leuko tape:    x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐  30 min☐  45 min☐
See Flow Sheet                60 min☐

Kinesio tape:   x 1☐   x 2☐   x 3☐
Leuko tape:    x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐  30 min☐
See Flow Sheet                60 min☐

**Ionto**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐
Ankle☐       Dexamethasone ☐       Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wr
Ankle☐       Dexamethasone ☐       Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

**US**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐  R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐
Ankle☐       TIME: 10 min☐  15 min☐  20 min☐  25 min☐
W/CM2: .5☐  1.0☐  1.5☐ - 2.0☐   2.5☐

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐
Ankle☐       TIME: 10 min☐  15 min☐  20 min☐
W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐

**Manual**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐  R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐  Ankle☐
TIME: 15 min☐  20 min☐  25 min☐  30 min☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hi
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Kne
TIME: 15 min☐  20 min☐  25 min☐  30 min☐
OTHER:

**Anodyne**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐  R UE☐
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Knee☐  Ankle☐
TIME: 30 min☐  45 min☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hi
L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐  Kne
TIME: 30 min☐  45 min☐
OTHER:

**MHCP**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow☐  Wrist☐
Knee☐  Ankle☐       TIME: 20 min☐
OTHER:

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐
R UE☐  L UE☐  R LE☐  L LE☐  Hand☐  Elbow
Knee☐  Ankle☐       TIME: 20 min☐
OTHER:

**Assessment**

Pt measure for symetry
R I body

**Plan**

Hold on Ro
Kevin J. Sgrol, PT

Kevin J. Sgrol, RPT

Kevin J. Sgrol, RPT

57

07/17/2012 13:19 FAX                                                                 @004

**NAME:** _(handwritten)_
**DATE:** _(handwritten)_

**SSN:**
**DATE:**

**Subjective:** _(handwritten, illegible)_ Pt mom stated she had no s/s since last Rx

**Objective:** _(handwritten)_ No + muscle Tightness to paraspinal

**NEURO Re-Ed**

To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   TIME: 10 min ☐ 15 min ☐ 20 min ☑ 25 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   TIME: 10 min ☐ 15 min ☐ 20 min ☐ 25 min ☐
OTHER:

**Massage**

To Musculature of: C/S☐ Shoulders☑ Mid Back☑ Hip☑
Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min ☑ 25 min ☐ 30 min ☐
OTHER:

To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐
Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min ☐ 25 min ☐ 30 min ☐
OTHER:

**Tape/TE**

Kinesio tape:   x 1 ☐   x 2 ☐   x 3 ☐
Leuko tape:    x 1 ☐   x 2 ☐   x 3 ☐
THERAPEUTIC EXERCISES:   15 min☐  30 min☐  45min☐
See Flow Sheet              60 min☐

Kinesio tape:   x 1 ☐   x 2 ☐   x 3 ☐
Leuko tape:    x 1 ☐   x 2 ☐   x 3 ☐
THERAPEUTIC EXERCISES:   15 min☐  30min☐  45min☐
See Flow Sheet              60 min☐

**Ionto**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   Dexamethasone ☐   Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn
Ankle☐   Dexamethasone ☐   Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

**US**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   TIME: 10 min ☐  15 min ☐  20 min ☐  25 min ☐
        W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   TIME: 10 min ☐  15 min ☐  20 min ☐  25 m
        W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐

**Manual**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐  R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 15 min ☐   20 min ☐   25 min ☐   30 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐  R U
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ank
TIME: 15 min ☐   20 min ☐   25 min ☐   30 min ☐
OTHER:

**Anodyne**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐  R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 30 min ☑   45 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ank
TIME: 30 min ☐   45 min ☐
OTHER:

**MH/CP**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐
Knee☐ Ankle☐      TIME: 20 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wri
Knee☐ Ankle☐      TIME: 20 min ☐
OTHER:

**Assessment:** _(handwritten, illegible)_ Pt tol to myself good no c/o + of pain since last Rx

**Plan:** _(handwritten, illegible)_ Cont w current poc

Kevin J. Sgroi, RPT _(signature)_

Kevin J. Sgroi, RPT

07/17/2012 13:20 FAX

NAME: _____
DATE: _____

SSN: _____
DATE: 6-9-09

**Subjective**

Pt Dad stated ___ has not had a HA since last ☒

Pt Mom stated ___ has had ↑ in HA past few day

**Objective**

Pt not as fatigued Today

Pt had minor ↑ in muscle Tension ? para Spinals

**NEURO Re-Ed**

To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐
OTHER:

To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 m☐
OTHER:

**Massage**

To Musculature of: C/S☑ Shoulders☑ Mid Back☐ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min☐ 25 min☑ 30 min☐
OTHER:

To Musculature of: C/S☑ Shoulders☑ Mid Back☑ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☑ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min☐ 25 min☑ 30 min☐
OTHER:

**Tape/TE**

Kinesio tape:   x 1☐   x 2☐   x 3☐
Louko tape:   x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45 min☐
See Flow Sheet                60 min☐

Kinesio tape:   x 1☐   x 2☐   x 3☐
Louko tape:   x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45 min☐
See Flow Sheet                60 min☐

**Ionto**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

**US**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐
W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 m☐
W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

**Manual**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ An☐   TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐
OTHER:

**Anodyne**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 30 min☐ 45 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ An☐   TIME: 30 min☑ 45 min☐
OTHER:

**MH/CP**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wr☐ Knee☐ Ankle☐   TIME: 20 min☐
OTHER:

**Assessment**

Pt tol Rx well had no c/o pain ? Rx

Pt Tol Rx well had no c/o HA ? Rx

**Plan**

Cont ē current POC

Cont ē current POC

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

07/17/2012 13:20 FAX                                                                      ☐006

**NAME:**
**DATE:** _(handwritten)_                                    **SSN:**
                                                            **DATE:** 6/2/09

| | | |
|---|---|---|
| **Subjective** | _Pt. then stated was playing for 2 1/2 hr. Then c/o severe HA_ | _Pt's dad stated he w/d have med time NOT having PT_ |
| **Objective** | _No signif + in muscle Tension to Back_ | _Pt very fatigued Today_ |
| **NEURO Re-Ed** | To: C/S☐ Shoulders☑ Mid Back☑ Low Back☑ Hip☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min ☐ 15 min ☐ 20 min ☑ 25 min ☐ OTHER: | To: C/S☐ Shoulders☑ Mid Back☑ Low Back☑ Hip☑ R ☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn☐ Ankle☐   TIME: 10 min ☐ 15 min ☐ 20 min ☑ 25 OTHER: |
| **Massage** | To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☑ Low Back☑ R UE☐ L UE☐ R LE☑ L LE☑ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min ☐ 25 min ☑ 30 min ☐ OTHER: | To Musculature of: C/S☐ Shoulders☑ Mid Back☑ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☑ L LE☑ Han☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min ☐ 25 min ☑ 30 min ☐ OTHER: _ITB + PIRIFORMIS_ |
| **Tape/TE** | Kinesio tape:   x 1☐   x 2☐   x 3☐ Leuko tape:   x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45 min☐ See Flow Sheet                       60 min☐ | Kinesio tape:   x 1☐   x 2☐   x 3☐ Leuko tape:   x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45 mi See Flow Sheet                       60 min☐ |
| **Ionto** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐       Dexamethasone ☐       Acetic Acid ☐ x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐       Dexamethasone ☐       Acetic Acid ☐ x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐ |
| **US** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min ☐  15 min ☐  20 min ☐  25 min ☐ W/CM2: .50   1.00   1.50   2.00   2.50 | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn☐ Ankle☐   TIME: 10 min ☐  15 min ☐  20 min ☐  2 W/CM2: .50   1.00   1.50   2.00   2.50 |
| **Manual** | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min ☐  20 min ☑  25 min ☐  30 min ☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 15 min ☐  20 min ☐  25 min ☐  30 min ☐ OTHER: |
| **Anodyne** | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min ☑  45 min ☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ TIME: 30 min ☑  45 min ☐ OTHER: |
| **MH/CP** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐       TIME: 20 min ☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Knee☐ Ankle☐       TIME: 20 min ☐ OTHER: |
| **Assessment** | _Pt. tolerated med no c/o HA p R_ | _Pt. tol. tx well tol. no c/o HA p R_ |
| **Plan** | _Cont c current PT_ _(signature)_ Kevin J. Sgroi, RPT | _Cont c current PT_ _(signature)_ Kevin J. Sgroi, RPT |

07/17/2012 13:21 FAX                                                                    ☒ 007

**NAME** _(redacted)_  
**DATE:** 5/7/09                    **SSN:**  
                                    **DATE:** 5/12/09

**Subjective:**  
Left: Pt stated she was Tired Today  
Right: Pt mother stated _(redacted)_ has not had any HA since last

**Objective:**  
Left: Pt to have Photo Taken Today  
Right: No ↑ in muscle Tension ↓ back

**NEURO Re-Ex:**

| | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 2: OTHER |
|---|---|---|

**Massage:**

| To Musculature of: C/S☐ Shoulders☑ Mid Back☐ Hip☐ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐   TIME: 20 min☑ 25 min☐ 30 min☐ | To Musculature of: C/S☐ Shoulders☑ Mid Back☐ Hip Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Han Wrist☐ Elbow☐ Knee☐ Ankle☐   TIME: 20 min☐ 25 min☑ 30 min☐ OTHER: Glutes, ITB, Piriformis |
|---|---|

**Tape/TE:**

| Kinesio tape:   x 1☐   x 2☐   x 3☐ Leuko tape:   x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐ See Flow Sheet                60 min☐ | Kinesio tape:   x 1☐   x 2☐   x 3☐ Leuko tape:   x 1☐   x 2☐   x 3☐ THERAPEUTIC EXERCISES:   15 min☐ 30min☐ 45mi See Flow Sheet                60min☐ |
|---|---|

**Ionto:**

| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐   x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   Dexamethasone ☐   Acetic Acid ☐   x1 treatment ☐   x 2 treatments ☐   x 24minutes ☐ |
|---|---|

**US:**

| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐   W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 2   W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ |
|---|---|

**Manual:**

| To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 15 min☐ 20 min☑ 25 min☐ 30 min☐ OTHER: | To: C/S☐ Shoulders☑ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐   TIME: 15 min☐ 20 min☑ 25 min☐ 30 min☐ OTHER: |
|---|---|

**Anodyne:**

| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 30 min☑ 45 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☑ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐   TIME: 30 min☑ 45 min☐ OTHER: |
|---|---|

**MFR/CP:**

| To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐ OTHER: |
|---|---|

Right: Laser x 5 min

**Assessment:**  
Left: Pt tol Rx well a little Tired FB Rx  
Right: Pt tol Rx well had no c/o pain FB Rx

**Plan:**  
Left: Cont c current POC  
Right: Cont c current POC

Kevin J. Sgroi, RPT                    Kevin J. Sgroi, RPT

07/17/2012 13:22 FAX                                                                    ☒ 008

**NAME:** [redacted]                          **SS**
**DATE:** 3/3/09                              **DATE:** 5/5/09

| | Left Column | Right Column |
|---|---|---|
| **Subjective** | *Pt. Mom styled her. Shunt is draining to much CSF* | *Pt. stated [redacted] is going to have her Shunt removed next week* |
| **Objective** | *No ↑ — muscle tension. To low back since last* | *No signif △s noted* |

**NEURO Re-Ed**

Left:
To: C/S☐ Shoulders☐ Mid Back☒ Low Back☒ Hip☒ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐      TIME: 10 min ☐ 15 min ☐ 20 min ☒ 25 min ☐
OTHER:

Right:
To: C/S☐ Shoulders☐ Mid Back☒ Low Back☐ Hip☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ K
Ankle☐      TIME: 10 min ☐ 15 min ☐ 20 min ☐
OTHER

**Massage**

Left:
To Musculature of: C/S☐ Shoulders☐ Mid Back☒ Hip☐
Low Back☐ R UE☐ L UE☐ R LE☒ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min ☐ 25 min ☐ 30 min ☐
OTHER: *ITB & Piriformis*

Right:
To Musculature of: C/S☐ Shoulders☐ Mid Back☒ H
Low Back☒ R UE☐ L UE☐ R LE☐ L LE☐ H
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min ☐ 25 min ☒ 30 min ☐
OTHER: *ITB & Glutes*

**Tape/TE**

Left:
Kinesio tape:   x 1 ☐   x 2 ☐   x 3 ☐
Leuko tape:     x 1 ☐   x 2 ☐   x 3 ☐
THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐
See Flow Sheet                        60 min☐

Right:
Kinesio tape:   x 1 ☐   x 2 ☐   x 3 ☐
Leuko tape:     x 1 ☐   x 2 ☐   x 3 ☐
THERAPEUTIC EXERCISES:   15 min☐ 30min☐ 45
See Flow Sheet                        60min☐

**Ionto**

Left:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   Dexamethasone ☐   Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

Right:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ I
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wris
Ankle☐   Dexamethasone ☐   Acetic Acid ☐
x1 treatment ☐   x 2 treatments ☐   x 24minutes ☐

**US**

Left:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐   TIME: 10 min ☐   15 min ☐   20 min ☐   25 min ☐
W/CM2: .5☐   1.0☐   1.5☐   2.0☐   2.5☐

Right:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ I
Ankle☐   TIME: 10 min ☐   15 min ☐   20 min ☐
W/CM2: .5☐   1.0☐   1.5☐   2.0☐   2.5☐

**Manual**

Left:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 15 min ☐   20 min ☐   25 min ☐   30 min ☐
OTHER:

Right:
To: C/S☐ Shoulders☐ Mid Back ☐ Low Back☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee
TIME: 15 min ☐   20 min ☐   25 min ☐   30 min ☐
OTHER:

**Analyze**

Left:
To: C/S☐ Shoulders☐ Mid Back☒ Low Back☒ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 30 min ☐   45 min ☐
OTHER:

Right:
To: C/S☐ Shoulders☒ Mid Back☒ Low Back☐ Hip
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee
TIME: 30 min ☐   45 min ☐
OTHER:

**MHVCP**

Left:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐
Knee☐ Ankle☐      TIME: 20 min ☐
OTHER:

Right:
To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐
Knee☐ Ankle☐      TIME: 20 min ☐
OTHER:

**Assessment**

Left: *Pt. tol'd Rx well had no c/o pain ↑ P Rx*

Right: *Pt. tol'd Rx well had no c/o H/A P Rx*

**Plan**

Left: *Cont c current POC*    [signature] *PT*

Right: *Cont c current POC*    [signature] *PT*

Kevin J. Sgroi, RPT                          Kevin J. Sgroi, RPT

62

07/17/2012 13:22 FAX ☎009

| | | |
|---|---|---|
| **NAME** | | **SSN** |
| **DATE** 1/23/09 | | **DATE** 4/28/09 |

**Subjective**

*Pt Mom states has been sick these few wks*

*Pt stated she does not Kone as many H/A*

**Objective**

*NO signif ↑ muscle Tension to Back*

*No ↑ muscle Tension to back*

**NEURO Ex-Ex**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐　　　TIME: 10 min ☐ 15 min ☐ 20 min ☑ 25 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐　　　TIME: 10 min ☐ 15 min ☐ 20 min ☐ 25 m☐
OTHER

**Massage**

To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☐
Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min ☑ 25 min ☐ 30 min ☐
OTHER: *Glutes, ITB, Priniophls*

To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☐
Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min ☑ 25 min ☐ 30 min ☐
OTHER:

**Tape/TE**

Kinesio tape:　x 1☐　x 2☐　x 3☐
Leuko tape:　x 1☐　x 2☐　x 3☐
THERAPEUTIC EXERCISES:　15 min☐ 30 min☐ 45min☐
See Flow Sheet　　　　　　　60 min☐

Kinesio tape:　x 1☐　x 2☐　x 3☐
Leuko tape:　x 1☐　x 2☐　x 3☐
THERAPEUTIC EXERCISES:　15 min☐ 30min☐ 45min☐
See Flow Sheet　　　　　　60min☐

**Ionto**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐　　Dexamethasone☐　　Acetic Acid☐
x1 treatment ☐　x 2 treatments ☐　x 24 minutes ☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kn☐
Ankle☐　　Dexamethasone☐　　Acetic Acid☐
x1 treatment ☐　x 2 treatments ☐　x 24minutes ☐

**US**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐　　TIME: 10 min ☐ 15 min ☐ 20 min ☐ 25 min ☐
W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R L☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐　　TIME: 10 min ☐ 15 min ☐ 20 min ☐ 25 m☐
W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐

**Manual**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 15 min ☐ 20 min ☐ 25 min ☐ 30 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R L☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ An☐
TIME: 15 min ☐ 20 min ☐ 25 min ☐ 30 min ☐
OTHER:

**Anodyne**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 30 min ☑ 45 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R U☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ An☐
TIME: 30 min ☑ 45 min ☐
OTHER:

**MHCP**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐　R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐
Knee☐ Ankle☐　　TIME: 20 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐
R UE☐ L UE☐　R LE☐ L LE☐ Hand☐ Elbow☐ Wri☐
Knee☐ Ankle☐　　TIME: 20 min ☐
OTHER:

**Assessment**

*Pt tol Rx well had no c/o pain ¬ Rx*

*Pt tol Rx well had no c/o pain ¬ Rx*

**Plan**

*Cont ē current POC*

*Cont ē current POC*

Kevin J. Sgroi, RPT

Kevin J. Sgroi, RPT

63

07/17/2012 13:23 FAX                                                      Ø 010

**NAME:**
**DATE:** 3/24/09                          **SSN:**
                                           **DATE:** 3/26/09

| | Left Column | Right Column |
|---|---|---|
| **Subjective** | Pt mother stated did not have HA for 4-5 days | Pt see Mom no d/H since last ☐ |
| **Objective** | No ↑ ī muscle Tension C/S / Ⓡ shld | Minor ↓ ī muscle Tension to back |

**NEURO Re-Ed**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐      TIME: 10 min☐ 15 min☐ 20 min☑ 25 min☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐      TIME: 10 min☐ 15 min☐ 20 min☑ 25 m
OTHER:

**Massage**

To Musculature of: C/S☐ Shoulders☑ Mid Back☑ Hip☐
Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min☑ 25 min☐ 30 min☐
OTHER:

To Musculature of: C/S☐ Shoulders☐ Mid Back☐ Hip☐
Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐
Wrist☐ Elbow☐ Knee☐ Ankle☐
TIME: 20 min☑ 25 min☐ 30 min☐
OTHER:

**Tape/TE**

Kinesio tape:   x 1☐   x 2☐   x 3☐
Leuko tape:    x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐ 30 min☐ 45min☐
See Flow Sheet              60 min☐

Kinesio tape:   x 1☐   x 2☐   x 3☐
Leuko tape:    x 1☐   x 2☐   x 3☐
THERAPEUTIC EXERCISES:   15 min☐ 30min☐ 45min☐
See Flow Sheet              60min☐

**Ionto**

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐      Dexamethasone☐      Acetic Acid☐
x1 treatment ☐   x 2 treatments ☐   x 24 minutes ☐

To: C/S☐  Shoulders☐  Mid Back☐  Low Back☐  Hip☐
R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kr
Ankle☐      Dexamethasone☐      Acetic Acid☐
x1 treatment ☐   x 2 treatments ☐   x 24minutes ☐

**US**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐      TIME: 10 min☐   15 min☐   20 min☐   25 min☐
           W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐
Ankle☐      TIME: 10 min☐   15 min☐   20 min☐   25 m
           W/CM2: .5☐  1.0☐  1.5☐  2.0☐  2.5☐

**Manual**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 15 min ☐   20 min ☐   25 min ☐   30 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ An
TIME: 15 min☑   20 min ☐   25 min ☐   30 min ☐
OTHER:

**Anodyne**

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐  R UE☐
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐
TIME: 30 min☑   45 min ☐
OTHER:

To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R U
L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ An
TIME: 30 min☑   45 min ☐
OTHER:

**MH/CP**

To: C/S☐  Shoulders☐   Mid Back☐   Low Back☐   Hip☐
R UE☐ L UE☐     R LE☐     L LE☐ Hand☐  Elbow☐ Wrist☐
Knee☐ Ankle☐         TIME: 20 min☐
OTHER:

To: C/S☐  Shoulders☐   Mid Back☐   Low Back☐   Hip☐
R UE☐ L UE☐    R LE☐     L LE☐ Hand☐ Elbow☐ Wri
Knee☐ Ankle☐         TIME: 20 min☐
OTHER:

**Assessment**

Pt Tol well had no c/o HA / pain ↑ ē

Pt tol tx well had no c/o pain ↑ ē

**Plan**

cont'd current px                    cont'd current px

Kevin J. Sgroi, RPT                  Kevin J. Sgroi, RPT          64

07/17/2012 13:24 FAX @011

**NAME:**

**DATE:** 3/16/09

**SSN:**

**DATE:** 3/19/09

| | | |
|---|---|---|
| **Subjective** | SEE IE | Pt mom stated had a HA for = 2 days + last in NO HA today |
| **Objective** | SEE IE | NO signif ΔS muscle tension |
| **NEURO Re Ed** | To: C/S☐ Shoulders☑ Mid Back☑ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☑ 25 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ OTHER: |
| **Massage** | To Musculature of: C/S☐ Shoulders☐ Mid Back☑ Hip☐ Low Back☑ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ TIME: 20 min☑ 25 min☐ 30 min☐ OTHER: | To Musculature of: C/S☐ Shoulders☑ Mid Back☑ Low Back☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Wrist☐ Elbow☐ Knee☐ Ankle☐ HIPS TIME: 20 min☑ 25 min☐ 30 min☐ OTHER: |
| **Tape/E** | Kinesio tape: x 1☐ x 2☐ x 3☐ Leuko tape: x 1☐ x 2☐ x 3☐ THERAPEUTIC EXERCISES: 15 min☐ 30 min☐ 45min☐ See Flow Sheet       60 min☐ | Kinesio tape: x 1☐ x 2☐ x 3☐ Leuko tape: x 1☐ x 2☐ x 3☐ THERAPEUTIC EXERCISES: 15 min☐ 30min☐ 4 See Flow Sheet       60min☐ |
| **Iono** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Knee☐ Wrist☐ Ankle☐   Dexamethasone☐   Acetic Acid☐ x1 treatment☐   x 2 treatments☐   x 24 minutes☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wri Ankle☐   Dexamethasone☐   Acetic Acid☐ x1 treatment☐   x 2 treatments☐   x 24 minutes☐ |
| **US** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ 25 min☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Ankle☐   TIME: 10 min☐ 15 min☐ 20 min☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ |
| **Manual** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kne TIME: 15 min☐ 20 min☐ 25 min☐ 30 min☐ OTHER: |
| **Anodyne** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☑ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐ TIME: 30 min☑ 45 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☑ Low Back☐ Hip☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Kne TIME: 30 min☑ 45 min☐ OTHER: |
| **MHCP** | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Wrist☐ Knee☐ Ankle☐   TIME: 20 min☐ OTHER: | To: C/S☐ Shoulders☐ Mid Back☐ Low Back☐ Hip☐ R UE☐ L UE☐ R LE☐ L LE☐ Hand☐ Elbow☐ Knee☐ Ankle☐   TIME: 20 min☐ OTHER: |
| **Assessment** | Pt tol tx well did no c/o HA ↓ R | Pt tol tx well had no c/o pain ↓ R |
| **Plan** | Cont č current POC | Cont č current POC |

Kevin J. Sgroi, RPT                    Kevin J. Sgroi, RPT

65

07/17/2012 13:12 FAX

■■■■■■ ■■■■■■

| | Name: | Date: 5/03/11 ✓ | Date: 5/10/11 ✓ |
|---|---|---|---|
| **SUBJECTIVE** | | *(handwritten)* Pt c/o neck ROM ↓ = 8–5 70 | *(handwritten)* Pt cont to c/o LBP. |
| **OBJECTIVE** | | *(handwritten)* Mod muscle tension to low back | *(handwritten)* Slight ↑ = muscle tension low back |
| **HYDRO BED** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: |
| **MASSAGE** | | TO MUSCULATURE ON: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: | TO MUSCULATURE ON: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: |
| **TAPE IE** | | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐   ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐   ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5☐ 2.0☐ 2.5☐ |
| **MANUAL** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **MYOZONE** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **HEAT** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | | *(handwritten illegible)* | *(handwritten illegible)* |
| **PLAN** | | *(handwritten)* Cont c current POC | *(handwritten)* Cont c current POC |

Kevin J. Sgroi, RPT

*(handwritten signature)* Kevin J. Sgroi, RPT

modality sheet

| | | 5/03/11 | 5/10/11 |
|---|---|---|---|
| **MANUAL** | | R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ |
| **MYOZONE** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **HEAT** | | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | | *(handwritten illegible)* | *(handwritten illegible)* |

66

| ASS | | |
|---|---|---|
| PLAN | Cont'd c current *[illegible]* | Cont'd c current *[illegible]* |
| | Kevin J. Sgroi, RPT | Kevin J. Sgroi, RPT | modality sheet |

67

07/17/2012 13:12 FAX ⬛003

| | | |
|---|---|---|
| **Name:** | _3/17/11_ | **Date:** _4/21/11_ ✓ |
| **Date:** | | |

| | | |
|---|---|---|
| **SUBJECTIVE** | _Pt. stated that he take is pretty better_ | _Pt c/o back pain = 4-5/10_ |
| **OBJECTIVE** | _No sign ↑5 — muscle + tension_ | _Pt has been N.Y. past two wk_ |
| **NEURO RE-ED** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN □ 30 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ 30 MIN□ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□ 30 MIN □ 40 MIN□ OTHER: _FA_ | TO MUSCULATURE OF: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□ 30 MIN □ 40 MIN□ OTHER: _FA_ |
| **TAPE/TE** | KINESIO TAPE: ×1□ ×2□ ×3□ LEUKO TAPE: ×1□ ×2□ ×3□ THERAPEUTIC EXERCISES: 15 MIN□ 30 MIN□ 45 MIN □ 60 MIN□ SEE FLOW SHEET | KINESIO TAPE: ×1□ ×2□ ×3□ LEUKO TAPE: ×1□ ×2□ ×3□ THERAPEUTIC EXERCISES: 15 MIN□ 30 MIN□ 45 MIN □ 60 MIN□ SEE FLOW SHEET |
| **ION TO** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ DEXAMETHASONE□        ACETIC ACID□ ×1 TREATMENT□ ×2 TREATMENTS □ ×24 MINUTES□ | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ DEXAMETHASONE□        ACETIC ACID□ ×1 TREATMENT□ ×2 TREATMENTS □ ×24 MINUTES□ |
| **US** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ W/CM2: .5□ 1.0□ 1.5 □ 2.0□ 2.5□ | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ W/CM2: .5□ 1.0□ 1.5 □ 2.0□ 2.5□ |
| **MANUAL** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 10 MIN□ 15 MIN□ 20 MIN □ 25 MIN□ OTHER: |
| **ANODYNE** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 30 MIN□ 45 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 30 MIN□ 45 MIN□ OTHER: |
| **MHCP** | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□ OTHER: | TO: C/S □ SHOULDERS□ MID BACK□ LOW BACK□ HIP□ R UE□ L UE□ R LE□ L LE□ HAND□ WRIST□ ELBOW□ KNEE□ ANKLE□ FOOT□ TIME: 20 MIN□ 25 MIN□ OTHER: |
| **OTHER** | IFC×20 MINUTES□ LASER□ THERAPEUTIC ACTIVITY□ OTHER□ | IFC×20 MINUTES□ LASER□ THERAPEUTIC ACTIVITY□ OTHER□ |
| **ASSESSMENT** | _Pt tol tx well had no c/o pain ↓ tx_ | _Pt tol tx well c/o pain ↓ to = ↑to PT_ |
| **PLAN** | _Cont c current Tx_ | _Cont c current_ |

Kevin J. Serai, DPT                Kevin J. Serai, DPT

68

07/17/2012 13:13 FAX ☒004

| | | |
|---|---|---|
| Name: | *2/17/11* | Date: *3/3/11* |

| | | |
|---|---|---|
| **SUBJECTIVE** | *Pt stated she has had Tingling in her hands* | *Pt cont° to have Tingling in Feet* |
| **OBJECTIVE** | *NO ∆'s — gait required* | *Minor + in muscle Tension Low Back* |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: *PA* | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: *PA* |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐ ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐ ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **HEAT/CP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | *Pt tol Tx well had no c/o pain PT* | *Pt tol Tx well had no c/o Tingling PT* |
| **PLAN** | *Cont c current Rx* | *Cont c current Rx* 69 |

Kevin J. Sorel PT

07/17/2012 13:13 FAX         ☑ 0005

| | | |
|---|---|---|
| **Name:** | Date: 2/8/11 | Date: 2/10/11 |

| | | |
|---|---|---|
| **SUBJECTIVE** | Pt had no c/o red pain since last tx | Pt had no c/o HA since last tx |
| **OBJECTIVE** | No signif s— gait sequence | No ↑— muscle Tender Low Back |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ 30 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ FX OTHER: | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ FX OTHER: |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐    ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐    ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MEDX?** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| | Pt had no c/o pain FX | Pt feels to well had no c/o pain FX |
| | Cont c current tx | Cont c current tx |

70

07/17/2012 13:14 FAX  @006

**Name:**

**Date:** *1/25/11*  **Date:** *2/1/11*

| | | |
|---|---|---|
| **SUBJECTIVE** | *Pt was c̄ pneumonia c/o ↑ ↓BP. May be to ↑ coughing* | *Pt now stated Tingly in ft has ↓. No c/o w/ H sore last ↑* |
| **OBJECTIVE** | *Mod ↑ ↑ muscle tone Low Back* | *↓BP c̄ 3/10* |
| **NEURO RE-ED** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ 30 MIN☐ <br> OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 10 MIN☐ 15 MIN☐ 20 MIN☐ 25 MIN☐ 30 MIN☐ <br> OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ <br> OTHER: | TO MUSCULATURE OF: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 20 MIN☐ 25 MIN☐ 30 MIN☐ 40 MIN☐ <br> OTHER: *PA* |
| **TAPE/TE** | KINESIO TAPE:  ×1☐ ×2☐ ×3☐ <br> LEUKO TAPE:  ×1☐ ×2☐ ×3☐ <br> THERAPEUTIC EXERCISES: <br> 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ <br> SEE FLOW SHEET | KINESIO TAPE:  ×1☐ ×2☐ ×3☐ <br> LEUKO TAPE:  ×1☐ ×2☐ ×3☐ <br> THERAPEUTIC EXERCISES: <br> 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ <br> SEE FLOW SHEET |
| **IONTO** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> DEXAMETHASONE☐          ACETIC ACID☐ <br> ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> DEXAMETHASONE☐          ACETIC ACID☐ <br> ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ <br> W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ <br> W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ <br> OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ <br> OTHER: |
| **ANODYNE** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 30 MIN☐ 45 MIN☐ <br> OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 30 MIN☐ 45 MIN☐ <br> OTHER: |
| **MEICP** | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 20 MIN☐ 25 MIN☐ <br> OTHER: | TO: C/S☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ <br> TIME: 20 MIN☐ 25 MIN☐ <br> OTHER: |
| **OTHER** | IFC×20 MINUTES☐ <br> LASER☐ <br> THERAPEUTIC ACTIVITY☐ <br> OTHER☐ | IFC×20 MINUTES☐ <br> LASER☐ <br> THERAPEUTIC ACTIVITY☐ <br> OTHER☐ |
| **ASSESSMENT** | *Pt tol Rx well had no c/o pain ↑ Rx* | *Pt tol Rx well ↑ ↓BP ↓ to c̄ ↑ Rx* |
| **PLAN** | *Cont c̄ current Rx*  *~Myron, PT* | *Cont c̄ current Rx* |

Kevin I. Sarai DPT                    Kevin I. Sarai DPT

07/17/2012 13:14 FAX ☐007

| | Name:<br>Date: 1/6/11 | Date: 1/18/11 |
|---|---|---|
| **SUBJECTIVE** | Pt c/o Tingling ⒷR ft. Since last ⒯ | Pt still c/o Tingling Ⓑ ft. Also c/o a sensation as if H₂O is running down the back of her legs |
| **OBJECTIVE** | No ↑ = a talgic gait | |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐<br>LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐<br>WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐<br>OTHER: _FA_ | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐<br>LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐<br>WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐<br>TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐<br>OTHER: _LC_ |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐<br>LEUKO TAPE: ×1☐ ×2☐ ×3☐<br>THERAPEUTIC EXERCISES:<br>15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐<br>SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐<br>LEUKO TAPE: ×1☐ ×2☐ ×3☐<br>THERAPEUTIC EXERCISES:<br>15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐<br>SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>DEXAMETHASONE☐          ACETIC ACID☐<br>×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>DEXAMETHASONE☐          ACETIC ACID☐<br>×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>          TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>          TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐<br>OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>          TIME: 30 MIN☐ 45 MIN☐<br>OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>          TIME: 30 MIN☐ 45 MIN☐<br>OTHER: |
| **MHP/CP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>TIME: 20 MIN☐ 25 MIN☐<br>OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐<br>R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐<br>KNEE☐ ANKLE☐ FOOT☐<br>TIME: 20 MIN☐ 25 MIN☐<br>OTHER: |
| **OTHER** | IFC×20 MINUTES☐<br>LASER☐<br>THERAPEUTIC ACTIVITY☐<br>OTHER☐ | IFC×20 MINUTES☐<br>LASER☐<br>THERAPEUTIC ACTIVITY☐<br>OTHER☐ |
| **ASSESSMENT** | Pt tol Tx well c/o Tingling ↓ ↓ ⒯ | Pt tol Tx well had no c/o ~~pain~~ ⒯ |
| **PLAN** | Cont c current POC | Cont c current POC |

Kevin J. Sorel, DPT          Kevin J. Sorel, DPT

07/17/2012 13:15 FAX ☐ 008

Name: _____
Date: *17/14/10*

Date: *1/4/10*

| | | |
|---|---|---|
| **SUBJECTIVE** | *Pt had no c/o pnd he/ u/a wie last R* | *Pt c/o pnd HA over past 2 wk. Also c/o Tingly R ft & leg.* |
| **OBJECTIVE** | *No + in muscle Tension c/s / hand last* | *Pt stated after playing for a little while R LEs become very Tired* |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: |
| **TAPE/TE** | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE: ×1☐ ×2☐ ×3☐ LEUKO TAPE: ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES: 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐        ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐        ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **ME/CT** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | IFC×20 MINUTES☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | *Pt tol Tx well had no c/o pain R* | *Pt tol Rx well Minor + in muscle Tension Low Back R Tx* |
| **PLAN** | *Cont c current poc X Sign
*73* | *Cont c current X Signature* |

Kevin J. Soroi, RPT          Kevin J. Soroi, RPT

07/17/2012 13:15 FAX ....... @009

Name: ████████

Date: 11/30/10      Date: 12/9/10

| | Date: 11/30/10 | Date: 12/9/10 |
|---|---|---|
| **SUBJECTIVE** | Pt c/o c/s/ upper thoracic pain. Pain = 3/10 | Pt stated she had NAS since last tx. No pain upper thoracic |
| **OBJECTIVE** | Mod muscle Tension ® ⊕ c/s upper Thoracic | Minor ↓ in muscle Tension T/s Back |
| **NEURO RE-ED** | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 10 MIN▢ 15 MIN▢ 20 MIN ▢ 25 MIN▢ OTHER: | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 10 MIN▢ 15 MIN▢ 20 MIN ▢ 25 MIN▢ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ▢ SHOULDERS☑ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 20 MIN▢ 25 MIN▢ 30 MIN ▢ 40 MIN▢ OTHER:    FA | TO MUSCULATURE OF: C/S ▢ SHOULDERS▢ MID BACK☑ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW☑ KNEE▢ ANKLE▢ FOOT▢ TIME: 20 MIN▢ 25 MIN▢ 30 MIN ▢ 40 MIN▢ OTHER:    FA |
| **TAPE/TE** | KINESIO TAPE: ×1▢ ×2▢ ×3▢ LEUKO TAPE: ×1▢ ×2▢ ×3▢ THERAPEUTIC EXERCISES: 15 MIN▢ 30 MIN▢ 45 MIN ▢ 60 MIN▢ SEE FLOW SHEET | KINESIO TAPE: ×1▢ ×2▢ ×3▢ LEUKO TAPE: ×1▢ ×2▢ ×3▢ THERAPEUTIC EXERCISES: 15 MIN▢ 30 MIN▢ 45 MIN ▢ 60 MIN▢ SEE FLOW SHEET |
| **IONTO** | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ DEXAMETHASONE▢     ACETIC ACID▢ ×1TREATMENT▢ ×2TREATMENTS ▢ ×24 MINUTES▢ | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ DEXAMETHASONE▢     ACETIC ACID▢ ×1TREATMENT▢ ×2TREATMENTS ▢ ×24 MINUTES▢ |
| **US** | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 10 MIN▢ 15 MIN▢ 20 MIN ▢ 25 MIN▢ W/CM2: .5▢ 1.0▢ 1.5 ▢ 2.0▢ 2.5▢ | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 10 MIN▢ 15 MIN▢ 20 MIN ▢ 25 MIN▢ W/CM2: .5▢ 1.0▢ 1.5 ▢ 2.0▢ 2.5▢ |
| **MANUAL** | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 10 MIN▢ 15 MIN▢ 20 MIN ▢ 25 MIN▢ OTHER: | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 10 MIN▢ 15 MIN▢ 20 MIN ▢ 25 MIN▢ OTHER: |
| **ANODYNE** | TO: C/S ▢ SHOULDERS☑ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 30 MIN▢ 45 MIN▢ OTHER: | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 30 MIN▢ 45 MIN▢ OTHER: |
| **MHCP** | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 20 MIN▢ 25 MIN▢ OTHER: | TO: C/S ▢ SHOULDERS▢ MID BACK▢ LOW BACK▢ HIP▢ R UE▢ L UE▢ R LE▢ L LE▢ HAND▢ WRIST▢ ELBOW▢ KNEE▢ ANKLE▢ FOOT▢ TIME: 20 MIN▢ 25 MIN▢ OTHER: |
| **OTHER** | IFC×20 MINUTES▢ LASER▢ THERAPEUTIC ACTIVITY▢ OTHER▢ | IFC×20 MINUTES▢ LASER▢ THERAPEUTIC ACTIVITY▢ OTHER▢ |
| **ASSESSMENT** | Pt told fx well c/o pain ↓ to — ↓ p tx | Pt told fx well had no c/o HA p tx |
| **PLAN** | Cont c current tx | Cont c current tx 74 |

Kevin J Sorel, DPT     Kevin J Sorel, DPT

07/17/2012 13:18 FAX

| | | |
|---|---|---|
| Name: | Date: 10-26-10 | Date: 11/9/10 |

| | | |
|---|---|---|
| **SUBJECTIVE** | Pt mother *(redacted)* states her leg felt like jello | Pt had no c/o jelly like feeling in legs |
| **OBJECTIVE** | 2. Twice This wk | No antalgic gait |
| **NEURO RE-ED** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **MASSAGE** | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: | TO MUSCULATURE OF: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ 30 MIN ☐ 40 MIN☐ OTHER: |
| **TAPE/TE** | KINESIO TAPE; ×1☐ ×2☐ ×3☐ LEUKO TAPE; ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES; 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET | KINESIO TAPE; ×1☐ ×2☐ ×3☐ LEUKO TAPE; ×1☐ ×2☐ ×3☐ THERAPEUTIC EXERCISES; 15 MIN☐ 30 MIN☐ 45 MIN ☐ 60 MIN☐ SEE FLOW SHEET |
| **IONTO** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐          ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ DEXAMETHASONE☐          ACETIC ACID☐ ×1TREATMENT☐ ×2TREATMENTS ☐ ×24 MINUTES☐ |
| **US** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐          W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐          W/CM2: .5☐ 1.0☐ 1.5 ☐ 2.0☐ 2.5☐ |
| **MANUAL** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 10 MIN☐ 15 MIN☐ 20 MIN ☐ 25 MIN☐ OTHER: |
| **ANODYNE** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 30 MIN☐ 45 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐          TIME: 30 MIN☐ 45 MIN☐ OTHER: |
| **MHCP** | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: | TO: C/S ☐ SHOULDERS☐ MID BACK☐ LOW BACK☐ HIP☐ R UE☐ L UE☐ R LE☐ L LE☐ HAND☐ WRIST☐ ELBOW☐ KNEE☐ ANKLE☐ FOOT☐ TIME: 20 MIN☐ 25 MIN☐ OTHER: |
| **OTHER** | [FC×20 MINUTES]☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ | [FC×20 MINUTES]☐ LASER☐ THERAPEUTIC ACTIVITY☐ OTHER☐ |
| **ASSESSMENT** | Pt tol Tx well had no c/o pain p Tx | Pt tol Tx well had no c/o pain To Tx |
| **PLAN** | Cont c current Tx *(illegible)* | Cont c current Tx *(illegible)* |

75

07/17/2012 14:14 FAX                                                                          @002



## Treatment Note

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

**Patient:** ▓▓▓▓▓▓
**Gender:** F
**DOB:** ▓▓▓▓

Injury Date: 10/15/2010
Evaluation Date: 03/10/2011
Visit #11: 12/15/2011

**Therapist of Record:** Kevin J Sgrol PT
**Referring Practitioner:** Ronda Westcott MD

Provider: Kevin J Sgrol PT
Provider Email: kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

**Patient Status**

the patient stated that she had to go to school nurse secondary complaints of headaches and low back pain.

**Measures**

The following measures were identified for the patient's Lumbar Spine condition:

| Measure | Initial (03/10/2011) | Current (12/15/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty: Only able to sit < 1 hour/day | Severe difficulty: Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty: Only able to stand < 1 hour/day | Severe difficulty: Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain: 1/10 to 2/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain: 6/10 to 9/10 | Moderate pain: 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain: 6/10 to 9/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |

76

07/17/2012 14:14 FAX                                                                          ☒003

| Measure | Initial (03/10/2011) | Current (12/15/2011) | Target |
|---|---|---|---|
| AROM / Pain (lumbar extension) Movement / pain relations with active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | Moderate impairment: Pain during mid ranges of active lumbar extension | No impairment; No pain with active lumbar extension |
| AROM / Pain (lumbar flexion) Movement / pain relations with active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | No impairment; No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / iliacus) iliacus flexibility | Moderate extension flexibility deficits: –10° to 0° | Moderate extension flexibility deficits: –10° to 0° | Normal extension flexibility; > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise) Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | Normal straight leg raise flexibility: > 80° |
| Strength (lumbar extensors) Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | Normal: 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI) Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation; ODI score 41 to 80 | Moderate activity limitation; ODI score 21 to 40 | No activity limitation; ODI score 0 to 4 |

**Additional Evaluative Findings**

 patient had no complaints of numbness/tingling into the bilateral lower extremities.

**Treatment Provided Today**

 The following interventions were performed for the patient's lumbar spine condition:

 *Massage Therapy (97124):*

 *Cold Laser (97039):*

 *Infrared / Anodyne (97026):*

**Provider Interactions With Patient During Visit**

 Verbal and manual cuing on proper performance of the movement.

**Assessment**

 The examination of ▇▇▇▇▇▇ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|---|---|
| | |

07/17/2012 14:14 FAX                                                                    ☐0004

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 80% since initiating therapy. Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 50 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

## Plan

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

## Treatment Time

20 minutes direct contact (timed) with patient.
50 minutes total treatment time.

## Therapist Signature(s)

Electronically signed by Kevin J Sproi PT on 12/15/2011 1:32:30 PST

78



**Treatment Note**

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

Patient:
Gender: F
DOB:

Therapist of Record: Kevin J Sgroi PT
Referring Practitioner: Ronda Westcott MD

Injury Date: 10/15/2010
Evaluation Date: 03/10/2011
Visit #10: 12/06/2011

Provider: Kevin J Sgroi PT
Provider Email: kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

**Patient Status**

Patient stated that when she bends forward or low back hurts. Patient also complains of headaches on occasion however, unsure frequency.

**Measures**

The following measures were identified for the patient's **Lumbar Spine** condition:

| Measure | Initial (03/10/2011) | Current (12/06/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty; Only able to sit < 1 hour/day | Severe difficulty; Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty; Only able to stand < 1 hour/day | Severe difficulty; Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild: 1/10 to 2/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain: 6/10 to 9/10 | Moderate pain: 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain: 6/10 to 9/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |

79

| Measure | Initial (03/10/2011) | Current (12/06/2011) | Target |
|---|---|---|---|
| AROM / Pain (lumbar extension) Movement / pain relations with active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | Moderate impairment: Pain during mid ranges of active lumbar extension | No impairment: No pain with active lumbar extension |
| AROM / Pain (lumbar flexion) Movement / pain relations with active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | No impairment: No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / iliacus) Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | Normal extension flexibility: > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise) Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | Normal straight leg raise flexibility: > 80° |
| Strength (lumbar extensors) Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | Normal: 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI) Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation: ODI score 41 to 80 | Moderate activity limitation: ODI score 21 to 40 | No activity limitation: ODI score 0 to 4 |

## Additional Evaluative Findings

patient had no complaints of numbness/tingling into the bilateral lower extremities.

## Treatment Provided Today

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124);*

*Cold Laser (97039);*

*Infrared / Anodyne (97026);*

## Provider Interactions With Patient During Visit

Verbal cuing on proper performance of the movement.

## Assessment

The examination of ▓▓▓▓▓ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|---|---|

80

07/17/2012 14:15 FAX                                                                    ☒007

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 60% since initiating therapy. Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 50 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

**Plan**

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

**Treatment Time**

20 minutes direct contact (timed) with patient.
50 minutes total treatment time.

**Therapist Signature(s)**

| |
|---|
| Electronically signed by Kevin J Egan PT at 12/06/2011 17:12:05 PST |

07/17/2012 14:15 FAX                                                    @008



Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

## Treatment Note

**Patient:** ▓▓▓▓▓▓
**Gender:** F
**DOB:** ▓▓▓▓▓

**Injury Date:** 10/15/2010
**Evaluation Date:** 03/10/2011
**Visit #9:** 11/22/2011

**Therapist of Record:** Kevin J Sgroi PT
**Referring Practitioner:** Ronda Westcott MD

**Provider:** Kevin J Sgroi PT
**Provider Email:** kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

### Patient Status

Patient stated that when she bends forward or low back hurts. Patient also complains of headaches on occasion however, unsure frequency.

### Measures

The following measures were identified for the patient's Lumbar Spine condition:

| Measure | Initial (03/10/2011) | Current (11/22/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | No difficulty; Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty; Only able to sit < 1 hour/day | Severe difficulty; Only able to sit < 1 hour/day | No difficulty; Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty; Only able to stand < 1 hour/day | Severe difficulty; Only able to stand < 1 hour/day | No difficulty; Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | No problem; Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain; 1/10 to 2/10 | Mild pain; 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain; 6/10 to 9/10 | Moderate pain; 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain; 6/10 to 9/10 | Mild pain; 1/10 to 2/10 | No pain: 0/10 |

82

07/17/2012 14:18 FAX                                                                                              @008

| Measure | Initial (03/10/2011) | Current (11/22/2011) | Target |
|---|---|---|---|
| AROM / Pain (lumbar extension) Movement / pain relations with active lumbar extension | Severe impairment; Pain during initial ranges of active lumbar extension | Severe impairment; Pain during initial ranges of active lumbar extension | No impairment; No pain with active lumbar extension |
| AROM / Pain (lumbar flexion) Movement / pain relations with active lumbar flexion | Mild impairment; Pain only at end ranges of active lumbar flexion | Mild impairment; Pain only at end ranges of active lumbar flexion | No impairment; No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / illacus) Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | Normal extension flexibility: > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise) Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | Normal straight leg raise flexibility: > 80° |
| Strength (lumbar extensors) Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | Normal: 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI) Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation; ODI score 41 to 60 | Moderate activity limitation; ODI score 21 to 40 | No activity limitation; ODI score 0 to 4 |

**Additional Evaluative Findings**

patient had no complaints of numbness/tingling into the bilateral lower extremities.

**Treatment Provided Today**

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124):*

*Cold Laser (97039):*

*Infrared / Anodyne (97026):*

**Provider Interactions With Patient During Visit**

Verbal cuing on proper performance of the movement.
Verbal cuing on joint protection measures.

**Assessment**

The examination of ▇▇▇▇▇ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|---|---|
| | |

83

▇▇▇▇ - Visit Date: 11/22/11                    11/23/2011 00:11:16 GMT                    Page 2 of 3

07/17/2012 14:16 FAX                                                      @010

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 50% since initiating therapy, Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 50 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

## Plan

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy,

## Treatment Time

20 minutes direct contact (timed) with patient.
50 minutes total treatment time.

## Therapist Signature(s)

Electronically signed by Kevin J Sgroi PT at 11/22/2011 16:11:16 PST

84

07/17/2012 14:16 FAX @011



## Treatment Note

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

**Patient:** ███████
**Gender:** F
**DOB:** █████

**Therapist of Record:** Kevin J Sgroi PT
**Referring Practitioner:** Ronda Westcott MD

**Injury Date:** 10/15/2010
**Evaluation Date:** 03/10/2011
**Visit #8:** 11/08/2011

**Provider:** Kevin J Sgroi PT
**Provider Email:** kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

## Patient Status

Patient stated that when she bends forward or low back hurts. Patient also complains of headaches on occasion however, unsure frequency.

## Measures

The following measures were identified for the patient's **Lumbar Spine** condition:

| Measure | Initial (03/10/2011) | Current (11/08/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty: Only able to sit < 1 hour/day | Severe difficulty: Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty: Only able to stand < 1 hour/day | Severe difficulty: Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain; 1/10 to 2/10 | Mild pain; 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain; 6/10 to 9/10 | Moderate pain; 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain; 6/10 to 9/10 | Mild pain; 1/10 to 2/10 | No pain: 0/10 |

85

07/17/2012 14:17 FAX                                                                    ✏ 012

| Measure | Initial (03/10/2011) | Current (11/08/2011) | Target |
|---------|---------------------|----------------------|--------|
| AROM / Pain (lumbar extension) Movement / pain relations with active lumbar extension | Severe impairment; Pain during initial ranges of active lumbar extension | Severe impairment; Pain during initial ranges of active lumbar extension | No impairment; No pain with active lumbar extension |
| AROM / Pain (lumbar flexion) Movement / pain relations with active lumbar flexion | Mild impairment; Pain only at end ranges of active lumbar flexion | Mild impairment; Pain only at end ranges of active lumbar flexion | No impairment; No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / iliacus) Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | Normal extension flexibility; > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise) Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | Normal straight leg raise flexibility; > 80° |
| Strength (lumbar extensors) Lumbar extensors muscle test grade | Moderate weakness; 3/5 strength | Moderate weakness; 3/5 strength | Normal: 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI) Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation; ODI score 41 to 60 | Moderate activity limitation; ODI score 21 to 40 | No activity limitation; ODI score 0 to 4 |

## Additional Evaluative Findings

patient had no complaints of numbness/tingling into the bilateral lower extremities.

## Treatment Provided Today

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124):*

*Cold Laser (97039);*

*Infrared / Anodyne (97026);*

## Provider Interactions With Patient During Visit

Verbal cuing on joint protection measures.

## Assessment

The examination of ▮▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|-----------------|------------------|

**86**

07/17/2012 14:17 FAX                                                                @013

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 50% since initiating therapy. Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 40 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

## Plan

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

## Treatment Time

20 minutes direct contact (timed) with patient.
50 minutes total treatment time.

## Therapist Signature(s)

Electronically signed by Kevin J Sgroi PT at 11/08/2011 17:11:14 PST

87



Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

# Treatment Note

**Patient:** ▮▮▮▮
**Gender:** F
**DOB:** ▮▮▮▮

**Injury Date:** 10/15/2010
**Evaluation Date:** 03/10/2011
**Visit #7:** 11/03/2011

**Therapist of Record:** Kevin J Sgrol PT
**Referring Practitioner:** Ronda Westcott MD

**Provider:** Kevin J Sgrol PT
**Provider Email:** kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnosis | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

## Patient Status

Patient stated that when she bends forward or low back hurts. Patient also complains of headaches on occasion however, unsure frequency.

## Measures

The following measures were identified for the patient's **Lumbar Spine** condition:

| Measure | Initial (03/10/2011) | Current (11/03/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty; Only able to sit < 1 hour/day | Severe difficulty; Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty; Only able to stand < 1 hour/day | Severe difficulty; Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain; 1/10 to 2/10 | Mild pain; 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain; 6/10 to 9/10 | Moderate pain; 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain; 6/10 to 9/10 | Mild pain; 1/10 to 2/10 | No pain: 0/10 |

88

07/17/2012 14:35 FAX                                                                                  ☑ 003

| Measure | Initial (03/10/2011) | Current (11/03/2011) | Target |
|---------|----------------------|----------------------|--------|
| AROM / Pain (lumbar extension) Movement / pain relations with active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | No impairment: No pain with active lumbar extension |
| AROM / Pain (lumbar flexion) Movement / pain relations with active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | No impairment: No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / Illacus) Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | Normal extension flexibility: > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise) Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | Normal straight leg raise flexibility: > 60° |
| Strength (lumbar extensors) Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | Normal: 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI) Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation: ODI score 41 to 60 | Moderate activity limitation: ODI score 21 to 40 | No activity limitation: ODI score 0 to 4 |

**Additional Evaluative Findings**

   patient had no complaints of numbness/tingling into the bilateral lower extremities.

**Treatment Provided Today**

   The following interventions were performed for the patient's lumbar spine condition:

   *Massage Therapy (97124);*

   *Cold Laser (97039):*

   *Infrared / Anodyne (97026):*

**Provider Interactions With Patient During Visit**

**Assessment**

   The examination of ▮▮▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|-----------------|------------------|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 40% since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

**89**

| | |
|---|---|
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 40 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

## Plan

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

## Treatment Time

20 minutes direct contact (timed) with patient.
50 minutes total treatment time.

## Therapist Signature(s)

Electronically signed by Kevin J Sgrol PT at 11/03/2011 17:11:08 PM

07/17/2012 14:35 FAX  ☉005



**Treatment Note**

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

Patient:
Gender: F
DOB:

Injury Date: 10/15/2010
Evaluation Date: 03/10/2011
Visit #6: 10/13/2011

Therapist of Record: Kevin J Sgroi PT
Referring Practitioner: Ronda Westcott MD

Provider: Kevin J Sgroi PT
Provider Email: kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

**Patient Status**

Patient complain of increased low back pain when she bends over. She also complained of her legs becoming tired when she plays.

**Measures**

The following measures were identified for the patient's Lumbar Spine condition:

| Measure | Initial (03/10/2011) | Current (10/13/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | Severe difficulty; 50 % weight bearing on 1 leg produces symptoms | *No difficulty: Bears full weight on 1 leg without symptoms* |
| **Sitting (capacity)** Ability to sit | Severe difficulty; Only able to sit < 1 hour/day | Severe difficulty; Only able to sit < 1 hour/day | *No difficulty: Sitting capability is unlimited* |
| **Standing (capacity)** Ability to stand | Severe difficulty; Only able to stand < 1 hour/day | Severe difficulty; Only able to stand < 1 hour/day | *No difficulty; Standing capability is unlimited* |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | Severe problem; Only able to walk < 100 yards without symptoms | *No problem; Able to walk > 1000 yards without symptoms* |
| **Pain (at rest)** Current level of pain | Mild pain; 1/10 to 2/10 | Mild pain; 1/10 to 2/10 | *No pain; 0/10* |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain; 6/10 to 9/10 | Moderate pain; 3/10 to 5/10 | *No pain; 0/10* |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain; 6/10 to 9/10 | Moderate pain; 3/10 to 5/10 | *No pain; 0/10* |

91

07/17/2012 14:35 FAX                                                                    ⌀006

| Measure | Initial (03/10/2011) | Current (10/13/2011) | Target |
|---|---|---|---|
| AROM / Pain (lumbar extension) Movement / pain relations with active lumbar extension | Severe impairment; Pain during initial ranges of active lumbar extension | Severe impairment; Pain during initial ranges of active lumbar extension | No impairment; No pain with active lumbar extension |
| AROM / Pain (lumbar flexion) Movement / pain relations with active lumbar flexion | Mild impairment; Pain only at end ranges of active lumbar flexion | Mild impairment; Pain only at end ranges of active lumbar flexion | No impairment; No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / iliacus) iliacus flexibility | Moderate extension flexibility deficits; -10° to 0° | Moderate extension flexibility deficits; -10° to 0° | Normal extension flexibility; > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise) Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits; 40° to 49° | Moderate straight leg raise flexibility deficits; 40° to 49° | Normal straight leg raise flexibility; > 60° |
| Strength (lumbar extensors) Lumbar extensors muscle test grade | Moderate weakness; 3/5 strength | Moderate weakness; 3/5 strength | Normal; 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI) Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation; ODI score 41 to 60 | Moderate activity limitation; ODI score 21 to 40 | No activity limitation; ODI score 0 to 4 |

**Additional Evaluative Findings**

patient stated that she had no complaints of headaches today.

**Treatment Provided Today**

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124);*

*Cold Laser (97039);*

*Infrared / Anodyne (97026);*

**Provider Interactions With Patient During Visit**

Verbal cuing on proper performance of the movement.
Verbal cuing on joint protection measures.

**Assessment**

The examination of ▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|---|---|
|  |  |

07/17/2012 14:36 FAX                                                      @007

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe; 16 weeks, | The patient reports a reduction in symptoms and improvement in function of more than 35% since initiating therapy. Achieving the patient's goals with continued therapy is expected, |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks, | The patient reports a reduction in symptoms and improvement in function of more than 30 % since initiating therapy, Achieving the patient's goals with continued therapy is expected, |

**Plan**

At the next visit, the preferred treatment order is: 1, Modalities, 2, Activities and Exercises, 3. Manual Therapy,

**Treatment Time**

20 minutes direct contact (timed) with patient,
50 minutes total treatment time,

**Therapist Signature(s)**

Electronically signed by Kevin J Sprol PT at 10/13/2011 17:10:57 PDT

**93**

07/17/2012 14:42 FAX                                                      ☒002



## Treatment Note

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

**Patient:** ▮▮▮▮▮▮
**Gender:** F
**DOB:** ▮▮▮▮▮

**Injury Date:** 10/15/2010
**Evaluation Date:** 03/10/2011
**Visit #6:** 09/29/2011

**Therapist of Record:** Kevin J Sgroi PT
**Referring Practitioner:** Ronda Westcott MD

**Provider:** Kevin J Sgroi PT
**Provider Email:** kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

**Patient Status**

 ▮▮▮▮ reports that, overall her condition improved as evidenced by her greater ability to sleep.

**Measures**

The following measures were identified for the patient's Lumbar Spine condition:

| Measure | Initial (03/10/2011) | Current (09/29/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty: Only able to sit < 1 hour/day | Severe difficulty: Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty: Only able to stand < 1 hour/day | Severe difficulty: Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain: 1/10 to 2/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain: 6/10 to 9/10 | Moderate pain: 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain: 6/10 to 9/10 | Severe pain: 6/10 to 9/10 | No pain: 0/10 |

94

07/17/2012 14:42 FAX                                                                    ☎003

| Measure | Initial (08/10/2011) | Current (09/28/2011) | Target |
|---|---|---|---|
| **AROM / Pain (lumbar extension)** Movement / pain relations with active lumbar extension | Severe Impairment: Pain during initial ranges of active lumbar extension | Severe Impairment: Pain during initial ranges of active lumbar extension | *No impairment: No pain with active lumbar extension* |
| **AROM / Pain (lumbar flexion)** Movement / pain relations with active lumbar flexion | Mild Impairment: Pain only at end ranges of active lumbar flexion | Mild Impairment: Pain only at end ranges of active lumbar flexion | *No impairment: No pain with active lumbar flexion* |
| **Flexibility / Muscle length (hip extension / Iliacus)** Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | *Normal extension flexibility: > 10° of hip extension* |
| **Flexibility / Muscle length (hamstring / straight leg raise)** Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | *Normal straight leg raise flexibility: > 60°* |
| **Strength (lumbar extensors)** Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | *Normal: 5/5 strength* |
| **Oswestry Low Back Pain Disability Index (ODI)** Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation: ODI score 41 to 80 | Moderate activity limitation: ODI score 21 to 40 | *No activity limitation: ODI score 0 to 4* |

**Additional Evaluative Findings**

patient stated that she had no complaints of headaches today.

**Treatment Provided Today**

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124):*

*Cold Laser (97039):*

*Infrared / Anodyne (97026);*

**Provider Interactions With Patient During Visit**

Verbal cuing on proper performance of the movement.
Verbal cuing on joint protection measures.

**Assessment**

The examination of ▮▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|---|---|

95

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 35% since initiating therapy. Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 30 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

### Plan

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

### Treatment Time

20 minutes direct contact (timed) with patient.
50 minutes total treatment time.

### Therapist Signature(s)

Electronically signed by Kevin J Sarni PT at 09/29/2011 17:09:34 PDT

96

07/17/2012 14:43 FAX                                                                    @005



# Treatment Note

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
**tel: (208) 772-9774**
**fax: (208) 772-9564**

**Patient:** ▮▮▮▮▮
**Gender:** F
**DOB** ▮▮▮▮

**Injury Date:** 10/15/2010
**Evaluation Date:** 03/10/2011
**Visit #4:** 09/20/2011

**Therapist of Record:** Kevin J Sgroi PT
**Referring Practitioner:** Ronda Westcott MD

**Provider:** Kevin J Sgroi PT
**Provider Email:** kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

### Patient Status

 reports that, overall her condition improved as evidenced by her greater ability to sleep,

### Measures

The following measures were identified for the patient's **Lumbar Spine** condition;

| Measure | Initial (03/10/2011) | Current (09/20/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty: Only able to sit < 1 hour/day | Severe difficulty: Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty: Only able to stand < 1 hour/day | Severe difficulty: Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain: 1/10 to 2/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain: 6/10 to 9/10 | Moderate pain: 3/10 to 5/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain: 6/10 to 9/10 | Severe pain: 6/10 to 9/10 | No pain: 0/10 |

97

| Measure | Initial (03/10/2011) | Current (09/20/2011) | Target |
|---|---|---|---|
| **AROM / Pain (lumbar extension)** Movement / pain relations with active lumbar extension | Severe Impairment: Pain during initial ranges of active lumbar extension | Severe Impairment: Pain during initial ranges of active lumbar extension | *No Impairment: No pain with active lumbar extension* |
| **AROM / Pain (lumbar flexion)** Movement / pain relations with active lumbar flexion | Mild Impairment: Pain only at end ranges of active lumbar flexion | Mild Impairment: Pain only at end ranges of active lumbar flexion | *No Impairment: No pain with active lumbar flexion* |
| **Flexibility / Muscle length (hip extension / Iliacus)** Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | *Normal extension flexibility: > 10° of hip extension* |
| **Flexibility / Muscle length (hamstring / straight leg raise)** Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | *Normal straight leg raise flexibility: > 60°* |
| **Strength (lumbar extensors)** Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | *Normal: 5/5 strength* |
| **Oswestry Low Back Pain Disability Index (ODI)** Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation: ODI score 41 to 80 | Moderate activity limitation: ODI score 21 to 40 | *No activity limitation: ODI score 0 to 4* |

### Additional Evaluative Findings

Patient complained of increased cervical spine pain and headaches since last treatment.

### Treatment Provided Today

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124):*

*Cold Laser (97039):*

*Infrared / Anodyne (97026):*

### Provider Interactions With Patient During Visit

Verbal cuing on proper performance of the movement.

### Assessment

The examination of ▮▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|---|---|

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 35% since initiating therapy. Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 30 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

### Plan

At the next visit, the preferred treatment order is; 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

### Treatment Time

20 minutes direct contact (timed) with patient,
60 minutes total treatment time.

### Therapist Signature(s)

Electronically signed by Kevin J Sgroi PT in 09/20/2011 17:09:41 PDT

99

07/17/2012 14:44 FAX                                                                    ☐ 008



# Treatment Note

Joshua Tree Physical Therapy
Hayden
8475 N, Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

Patient: 
Gender: F
DOB

Injury Date: 10/15/2010
Evaluation Date: 03/10/2011
Visit #3: 08/29/2011

Therapist of Record: Kevin J Sgrol PT
Referring Practitioner: Ronda Westcott MD

Provider: Kevin J Sgrol PT
Provider Email: kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

## Patient Status

 reports that, overall her condition improved as evidenced by her greater ability to sleep.

## Measures

The following measures were identified for the patient's **Lumbar Spine** condition:

| Measure | Initial (03/10/2011) | Current (08/29/2011) | Target |
|---|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | No difficulty: Bears full weight on 1 leg without symptoms |
| **Sitting (capacity)** Ability to sit | Severe difficulty: Only able to sit < 1 hour/day | Severe difficulty: Only able to sit < 1 hour/day | No difficulty: Sitting capability is unlimited |
| **Standing (capacity)** Ability to stand | Severe difficulty: Only able to stand < 1 hour/day | Severe difficulty: Only able to stand < 1 hour/day | No difficulty: Standing capability is unlimited |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | No problem: Able to walk > 1000 yards without symptoms |
| **Pain (at rest)** Current level of pain | Mild pain: 1/10 to 2/10 | Mild pain: 1/10 to 2/10 | No pain: 0/10 |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain: 6/10 to 9/10 | Severe pain: 6/10 to 9/10 | No pain: 0/10 |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain: 6/10 to 9/10 | Severe pain: 6/10 to 9/10 | No pain: 0/10 |

| Measure | Initial (08/10/2011) | Current (08/09/2011) | Target |
|---------|---------------------|---------------------|--------|
| AROM / Pain (lumbar extension)<br>Movement / pain relations with active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | No impairment: No pain with active lumbar extension |
| AROM / Pain (lumbar flexion)<br>Movement / pain relations with active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | No impairment: No pain with active lumbar flexion |
| Flexibility / Muscle length (hip extension / iliacus)<br>Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | Moderate extension flexibility deficits: -10° to 0° | Normal extension flexibility: > 10° of hip extension |
| Flexibility / Muscle length (hamstring / straight leg raise)<br>Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | Moderate straight leg raise flexibility deficits: 40° to 49° | Normal straight leg raise flexibility: > 60° |
| Strength (lumbar extensors)<br>Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | Moderate weakness: 3/5 strength | Normal: 5/5 strength |
| Oswestry Low Back Pain Disability Index (ODI)<br>Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation: ODI score 41 to 80 | Moderate activity limitation: ODI score 21 to 40 | No activity limitation: ODI score 0 to 4 |

### Additional Evaluative Findings

patient has moderate to severe tonic muscle spasms throughout the cervical spine and lumbar.

### Treatment Provided Today

The following interventions were performed for the patient's lumbar spine condition:

*Massage Therapy (97124):*

*Cold Laser (97039):*

*Infrared / Anodyne (97026):*

### Provider Interactions With Patient During Visit

Verbal cuing on proper performance of the movement.

### Assessment

The examination of ▮▮▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

| Functional Goal | Patient Progress |
|-----------------|------------------|

| | |
|---|---|
| Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 25 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |
| Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks. | The patient reports a reduction in symptoms and improvement in function of more than 25 % since initiating therapy. Achieving the patient's goals with continued therapy is expected. |

## Plan

At the next visit, the preferred treatment order is: 1. Modalities, 2. Activities and Exercises, 3. Manual Therapy.

## Treatment Time

20 minutes direct contact (timed) with patient.
60 minutes total treatment time.

## Therapist Signature(s)

Electronically signed by Kevin J Sgroi PT at 08/29/2011 15:08:56 PDT

102

07/17/2012  14:45  FAX                                                                                                      ☐ 011



# Initial Evaluation

Joshua Tree Physical Therapy
Hayden
8475 N. Government Way
Suite 102
Hayden, ID 83835
tel: (208) 772-9774
fax: (208) 772-9564

Patient: ▓▓▓▓▓
Gender: F
DOB ▓▓▓▓

Injury Date: 10/15/2010
Evaluation Date: 03/10/2011
Visit #1: 03/10/2011

Therapist of Record:
Referring Practitioner: Ronda Westcott MD

Provider: Kevin J Sgroi PT
Provider Email: kevin@joshuatreept.com

| # | Medical Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbago (Back Pain) | 724.2 |

| # | Treating Diagnoses | ICD-9 |
|---|---|---|
| 1) | Lumbar segmental dysfunction | 739.3 |
| 2) | Lumbar sprain and strain | 847.2 |
| 3) | Muscle spasm | 728.85 |
| 4) | Musculoskeletal surgical aftercare | V58.78 |

## Reason For Referral

▓▓▓▓ is a ▓ year-old female, who reports a history of gradually increasing low back pain, that began approximately in June of 2009 and was associated with surgical intervention for spinal cord abnormality: Arnold Chiari disease. She has now been referred to physical therapy to begin postoperative rehabilitation.
Ms. Bryant is an otherwise healthy female without any prior medical complications that would limit her full and active participation in rehabilitation.

## Medical History

**Fall History:** Patient has not been injured by a fall in the past year. Patient has not had two or more falls in the past year.

## Clinical Findings

1.   **Lumbar Spine:**
     Pain location - low back, buttock or posterior thigh (unilateral): yes
     Pain location - low back, thigh, calf, ankle or foot: yes
     Paresthesia location - lower limb: yes
     Radiating pain location - shooting, narrow band of pain into the leg: yes
     Aggravating factors - end-range sidebending motions: yes
     Aggravating factors - prolonged lumbar extension: yes
     Leg length discrepancy: yes
     Active movement tests (low back): restricted extension,restricted left side bending,restricted right side bending,pain limits extension
     Repeated movement tests (low back): lumbar extension peripheralizes symptoms
     Palpation - psoas major (provocation reproduces symptoms): positive
     Palpation - quadratus lumborum (provocation reproduces symptoms): positive
     Radicular symptoms: numbness,tingling,pain

## Measures

The following measures were identified for the patient's **Lumbar Spine** condition:

| Measure | Current (03/10/2011) | Target |
|---|---|---|
| **Standing weight-shift (symptoms)** Shifting weight from one leg to the other while standing without symptoms | Severe difficulty: 50 % weight bearing on 1 leg produces symptoms | *No difficulty: Bears full weight on 1 leg without symptoms* |
| **Sitting (capacity)** Ability to sit | Severe difficulty: Only able to sit < 1 hour/day | *No difficulty: Sitting capability is unlimited* |
| **Standing (capacity)** Ability to stand | Severe difficulty: Only able to stand < 1 hour/day | *No difficulty: Standing capability is unlimited* |
| **Walking medium distances (symptoms)** Walking medium distances without symptoms | Severe problem: Only able to walk < 100 yards without symptoms | *No problem: Able to walk > 1000 yards without symptoms* |
| **Pain (at rest)** Current level of pain | Mild pain: 1/10 to 2/10 | *No pain: 0/10* |
| **Pain (at worst)** Highest level of pain during the last 24 hours | Severe pain: 6/10 to 9/10 | *No pain: 0/10* |
| **Pain (with movement)** Highest level of pain while performing the most aggravating movement | Severe pain: 6/10 to 9/10 | *No pain: 0/10* |
| **AROM / Pain (lumbar extension)** Movement / pain relations with active lumbar extension | Severe impairment: Pain during initial ranges of active lumbar extension | *No impairment: No pain with active lumbar extension* |
| **AROM / Pain (lumbar flexion)** Movement / pain relations with active lumbar flexion | Mild impairment: Pain only at end ranges of active lumbar flexion | *No impairment: No pain with active lumbar flexion* |
| **Flexibility / Muscle length (hip extension / iliacus)** Iliacus flexibility | Moderate extension flexibility deficits: -10° to 0° | *Normal extension flexibility: > 10° of hip extension* |
| **Flexibility / Muscle length (hamstring / straight leg raise)** Hamstring flexibility assessed using the straight leg raising test | Moderate straight leg raise flexibility deficits: 40° to 49° | *Normal straight leg raise flexibility: > 60°* |
| **Strength (lumbar extensors)** Lumbar extensors muscle test grade | Moderate weakness: 3/5 strength | *Normal: 5/5 strength* |
| **Oswestry Low Back Pain Disability Index (ODI)** Score on the Modified Oswestry Low Back Disability Index (ODI) | Severe activity limitation: ODI score 41 to 60 | *No activity limitation: ODI score 0 to 4* |

**Additional Evaluative Findings**

Patient also complains of periodic symptoms throughout the bilateral upper extremities were with radiculopathy.

**Assessment**

The examination of ▮▮▮▮ identified low back mobility deficits associated with a current post-operative condition. Physical therapy intervention strategies designed to address these impairments will be instrumental in achieving the stated functional goals, including her ability to perform walking tasks. The additional presence of chronic pain in the involved region will likely impact the frequency of physical therapy interventions and will be addressed throughout the episode of care. Based on the examination, the patient's rehabilitation potential to achieve functional goals is excellent.

**Plan of Care: Lumbar spine**

*Functional Goals:*

1. Low back pain will improve to be able to bend below the waist and lift 10lbs intermittently for 4 hours daily for occupational activities; Timeframe: 16 weeks.

2.
      Pelvic girdle pain and strength will improve to be able to weight shift with prolonged standing and walking for 2 hours daily for occupational activities; Timeframe: 16 weeks.

## Intervention Strategy

### Lumbar Spine

Neuromuscular Reeducation techniques incorporating verbal, manual and proprioceptive performance cues to reeducate movement patterns, improve coordination, normalize lumbopelvic posture and integrate the endurance, motor control and flexibility gains with the ability perform sustained functional movements and activities with reduced or eliminated symptoms.

Massage Therapy to improve tissue fluid and soft tissue mobility required for optimal, pain free functioning.

Cold Laser to reduce pain and inflammation in the involved region.

Hot/Cold Pack to reduce pain, improve circulation and enable the involved tissues to maximally benefit from this visit's therapeutic procedures.

Infrared / Anodyne to reduce pain in the involved region.

*Recommendations*

█████████will be seen for physical therapy as described at the following frequency and duration: 2 visits per week for 16 weeks.

## Treatment Provided Today

The following interventions were performed for the patient's lumbar spine condition:

*Initial Evaluation PT (97001):*

*Therapeutic Exercise (97110):*

*Neuromuscular Reeducation (97112):*

*Massage Therapy (97124):*

*Self-care / Home Management Training (97535):*

*Cold Laser (97039);*

*Infrared / Anodyne (97026):*

Education materials were given to patient for the following home exercises

Hip Internal Rotation Stretching 1

## Provider Interactions With Patient During Visit

Verbal cuing on proper performance of the movement.
Verbal and manual cuing to facilitate efficient motor performance of the movement.
Verbal cuing on joint protection measures.

## Treatment Time

35 minutes direct contact (timed) with patient.
110 minutes total treatment time.

**105**

**Therapist Signature(s)**

Electronically signed by Kevin J Sgroi PT at 08/24/2011 10:08:33 PDT

**Referral Signature**

⌐ I certify and concur with the outlined Plan of Care and that this patient remains under my care.

⌐

Referral Signature:                                                        Date:

Print Name:        Ronda Westcott MD

## Hip Internal Rotation Stretching, Level 1



**Performance Cues**

- Sit at the edge of a stable chair, feet wider than shoulders-width
- Allow one knee to drop in towards the other without twisting the body
- To provide more of a stretch, apply moderate pressure to the outside of the knee that is dropped inwards

107



# JOSHUA TREE PHYSICAL THERAPY

## Initial Evaluation

Date: October 15, 2010.

Physician: Dr. Westcott
Re: ███████████
Diagnosis: Mid/ Low back pain.

Dear Dr. Westcott;
Thank you for referring your patient to Joshua Tree Physical Therapy. Upon initial evaluation the following was determined.

**History:** The patient is a ███████ female with complaints of mid and low back pain. At rest pain is rated at approximately 2/10 to 3/10 and increases to approximately 5/10 to 6/10 with activities of daily living. Patient does complain of radiating pain into the bilateral lower lower extremities. However, the patient does not complain of numbness and tingling into the bilateral lower extremities. Patient does complain of occasional headaches these are rated as moderate to severe.

**PMH:** Patient has been diagnosed with Chiari. Patient has undergone several surgical procedures secondary to this diagnosis. There has been a duraplasty patch surgically implanted at the base of the child's skull. She also has a lumbar shunt to enhance the flow of cerebral spinal fluid. Patient also had surgery for removal of vertebrae C1 and L3 through L5. Patient also has been diagnosed with hypercalcemic production and is taking medication HCTC for this condition.

**Objective:**          *Active Range of Motion*
Loss of Movement:

| | |
|---|---|
| Lumbar flexion: | Moderate with severe complaints of low back pain. |
| Lumbar extension: | Minimal with complaints of low back  pain. |
| Lateral flexion left: | Minimal with complaints of tightness and pulling |
| Lateral flexion right: | Minimal with complaints of tightness and pulling |
| Rotation right: | None without complaints of pain |
| Rotation left: | None without complaints of pain |

*Manual Muscle Test:*

| | Left | Right. |
|---|---|---|
| Quadriceps: | 4/5 | 4+/5 |
| Hamstrings: | 4/5 | 4+/5 |
| Ankle plantarflexion: | 4/5 | 4+/5 |
| Dorsiflexion: | 4/5 | 4+/5 |
| Dorsi flexion great toe: | 4/5 | 4+/5 |

**Objective:**                    AROM.

| | Left | | Right. |
|---|---|---|---|
| Cervical flexion: | | 80 % of normal | |
| Cervical extension: | | 90 % of normal. | |
| Lateral flexion: | 80 % | | 80%. |
| Rotation: | 90 % | | 90%. |
| Shoulder AROM: | 180° | | 180 ° |

8475 NORTH GOVERNMENT WAY, HAYDEN, IDAHO 83815
PHONE:208-772-9774  FAX:208-772-9564

☑ 017

(flexion)

Observation: Patient is able to perform bilateral heel raises equally however, when performing heel raises unilaterally the patient had more difficulty raising the heel on right when compared to left.

Reflexes: Left Achilles and patella reflexes are within normal limits.  Right Achilles and patella reflexes are moderately diminished.

Palpation: There are noted numerous trigger points and tonic muscle spasms throughout the cervical, thoracic, and lumbar paraspinals.

Treatment Program: The patient will receive education on proper body mechanics and posture. Treatment and modalities will include, anodyne light treatment, medical massage, neuromuscular reeducation, therapeutic laser, therapeutic exercises, and home exercise program.

Assessment:
Problem List:
    Complaints of pain at rest,
    Complaints of pain with activities of daily living,
    Tonic muscle spasms noted throughout all paraspinals,
    Decreased active range of motion cervical spine and lumbar spine,
    Complaints of constant headaches

Short-Term Goals: Four weeks
    Decrease complaints of pain at rest by 50%.
    Decrease tonic muscle spasms by 50%.
    Increase active range of motion cervical and lumbar spine to WNL.

Long-term goals: Eight weeks.
    Decrease complaints of pain at rest to 0/10.
    Patient to perform activities daily living without complaints of pain.
    Decrease tonic muscle spasms by 90%.
    Patient to be independent with supervision in home exercise program.

Plan of Care: The patient will receive the above treatment program two to three times a week for up to eight weeks.  The treatment program will be upgraded and modified as per physician's recommendations and as patient tolerates to achieve the above goals.

Once, again thank you for referring your patient to Joshua Tree Physical Therapy.  If you have any questions or recommendations about your patient's care please contact me at your earliest convenience.

Respectfully,

Kevin J. Sprei, RPT