# Cost report for ▮▮▮▮ v. MILHORAT, M.D., et. al.

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 2/6/2009 | air fare | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 2/6/2009 | Lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 2/6/2009 | Lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 2/9/2009 | Medical Recor | ▮ | | ▮ | Secondary Case Acco |
| 2/12/2009 | Car Rental | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 2/12/2009 | records | ▮ | | ▮ | Secondary Case Acco |
| 2/13/2009 | Lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 2/19/2009 | records | ▮ | | ▮ | Secondary Case Acco |
| 2/19/2009 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/25/2009 | Medical Recor | ▮ | | ▮ | Secondary Case Acco |
| 2/27/2009 | Medical Recor | ▮ | | ▮ | Secondary Case Acco |
| 3/6/2009 | Medical Recor | ▮ | | ▮ | Secondary Case Acco |
| 3/12/2009 | Medical Recor | ▮ | | ▮ | Secondary Case Acco |
| 3/13/2009 | Medical Recor | ▮ | | ▮4 | Secondary Case Acco |
| 4/2/2009 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 4/29/2009 | filing fee | ▮ | | ▮ | Secondary Case Acco |
| 2/23/2010 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 3/18/2010 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 6/28/2010 | Copies of CD | ▮ | ▮ | ▮ | Secondary Case Acco |
| 10/15/2010 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 10/15/2010 | Medical Reimb | ▮ | ▮ | ▮ | Secondary Case Acco |
| 10/15/2010 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 12/13/2010 | medical review | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/7/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/7/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/7/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/27/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/27/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 2/27/2011 | Deposition Fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 3/1/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |
| 3/21/2011 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 3/21/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 3/21/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 3/21/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 3/21/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 3/21/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 3/24/2011 | Travel | ■ | ■ | ■ | Amex Amex paid |
| 3/24/2011 | Travel | ■ | ■ | ■ | Amex Amex Paid |
| 3/24/2011 | Travel | ■ | ■ | ■ | Amex Amex Paid |
| 3/24/2011 | travel insuranc | ■ | ■ | ■ | Amex Amex Paid |
| 3/29/2011 | Hotel/Lodging | ■ | ■ | ■ | American Express AM |
| 3/29/2011 | Hotel/Lodging | ■ | ■ | ■ | Amex Amex Paid |
| 4/9/2011 | air fare | ■ | ■ | ■ | Amex AMEX PAID |
| 4/9/2011 | air fare | ■ | ■ | ■ | Amex AMEX PAID |
| 4/18/2011 | Transportation | ■ | ■ | ■ | Amex Amex Paid |
| 4/19/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 6/15/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 6/15/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 6/15/2011 | Pharmacy Rec | ■ | ■ | ■ | Secondary Case Acco |
| 6/15/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 6/22/2011 | Radiology/Film | ■ | ■ | ■ | Secondary Case Acco |
| 7/19/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 7/19/2011 | Pharmacy | ■ | ■ | ■ | Secondary Case Acco |
| 7/19/2011 | Pharmacy | ■ | ■ | ■ | Secondary Case Acco |
| 7/19/2011 | Dep. Fee | ■ | ■ | ■ | Secondary Case Acco |
| 7/19/2011 | Dep. Fee | ■ | ■ | ■ | Secondary Case Acco |
| 7/19/2011 | Dep. Fee | ■ | ■ | ■ | Secondary Case Acco |
| 7/21/2011 | Pharmacy | ■ | ■ | ■ | Secondary Case Acco |
| 7/21/2011 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 9/16/2011 | Medical Recor | ■ | ■ | ■ | Amex AMEX PAID |
| 9/16/2011 | Medical Recor | ■ | ■ | ■ | Amex AMEX PAID |
| 9/16/2011 | Medical Recor | ■ | ■ | ■ | Amex AMEX PAID |
| 9/16/2011 | Medical Recor | ■ | ■ | ■ | Amex AMEX PAID |
| 9/16/2011 | Medical Recor | ■ | ■ | ■ | Amex AMEX PAID |
| 9/19/2011 | Medical Recor | ■ | ■ | ■ | Amex AMEX PAID |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 9/19/2011 | Medical Recor | | | | Amex AMEX PAID |
| 9/19/2011 | Medical Recor | | | | Amex AMEX PAID |
| 9/19/2011 | Medical Recor | | | | Amex AMEX PAID |
| 9/30/2011 | Medical Recor | | | | Amex AMEX PAID |
| 9/30/2011 | Medical Recor | | | | Amex AMEX PAID |
| 10/13/2011 | Travel | | | | Amex AMEX PAID |
| 10/17/2011 | dep fee | | | | Secondary Case Acco |
| 10/17/2011 | Dep. Fee | | | | Secondary Case Acco |
| 10/20/2011 | Any & All Reco | | | | Amex AMEX PAID |
| 10/21/2011 | air fare | | | | Amex AMEX PAID |
| 10/21/2011 | Subpoena | | | | retainer ALL PAID |
| 10/21/2011 | Dep. Fee | | | | Secondary Case Acco |
| 10/21/2011 | Dep. Fee | | | | Secondary Case Acco |
| 10/24/2011 | car transportati | | | | Amex ALL PAID |
| 10/24/2011 | car transporati | | | | Amex ALL PAID |
| 10/24/2011 | car transportati | | | | Amex ALL PAID |
| 10/24/2011 | Any & All Reco | | | | Amex AMEX PAID |
| 11/14/2011 | Medical Recor | | | | Amex AMEX PAID |
| 11/14/2011 | Medical Recor | | | | Amex AMEX PAID |
| 11/14/2011 | Dep. Fee | | | | Secondary Case Acco |
| 11/15/2011 | courier | | | | Secondary Case Acco |
| 11/15/2011 | personnel/payr | | | | Secondary Case Acco |
| 11/15/2011 | Dep. Fee | | | | Secondary Case Acco |
| 11/15/2011 | Dep. Fee | | | | Secondary Case Acco |
| 11/15/2011 | Dep. Fee | | | | Secondary Case Acco |
| 11/15/2011 | Dep. Fee | | | | Secondary Case Acco |
| 11/15/2011 | Dep. Fee | | | | Secondary Case Acco |
| 11/25/2011 | Parking Lot | | | | Amex AMEX PAID |
| 11/25/2011 | Car Service | | | | Amex AMEX PAID |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 11/25/2011 | hotel/lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 11/28/2011 | Copies of CD | ▮ | ▮ | ▮ | ▮ |
| 11/29/2011 | transcript fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 11/30/2011 | Medical Recor | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 11/30/2011 | Dep. Fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 11/30/2011 | Dep. Fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 11/30/2011 | transcript | ▮ | ▮ | ▮ | Secondary Case Acco |
| 12/2/2011 | Transportation | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Transportation | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Transportation | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Transportation | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Internet Acces | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | fuel | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | rental | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | car rental | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Transportation | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | air fare | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | air fare | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | air fare | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Lodging | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Travel | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | air fare | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | air fare | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/2/2011 | Travel | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 12/7/2011 | delivery fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 12/29/2011 | Dep. Fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 1/3/2012 | Medical Recor | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 1/17/2012 | Medical Recor | ▮ | ▮ | ▮ | Secondary Case Acco |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 2/27/2012 | Employment R | ■ | ■ | ■ | Amex AMEX PAID |
| 2/29/2012 | air fare | ■ | ■ | ■ | Amex AMEX PAID |
| 2/29/2012 | car fare | ■ | ■ | ■ | Amex AMEX PAID |
| 2/29/2012 | Lodging | ■ | ■ | ■ | Amex AMEX PAID |
| 4/3/2012 | Medical Recor | ■ | ■ | ■ | Secondary Case Acco |
| 4/3/2012 | UPS | ■ | ■ | ■ | Business 15845 |
| 4/4/2012 | UPS | ■ | ■ | ■ | Business 1088 |
| 4/4/2012 | UPS | ■ | ■ | ■ | Business 1088 |
| 4/4/2012 | UPS | ■ | ■ | ■ | Business 1088 |
| 4/4/2012 | UPS | ■ | ■ | ■ | Business 1160 |
| 4/5/2012 | UPS | ■ | ■ | ■ | Business 1217 |
| 4/5/2012 | UPS | ■ | ■ | ■ | Amex v |
| 4/5/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 4/5/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 4/5/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 4/5/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 4/5/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 4/19/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 4/20/2012 | Dep. Fee | ■ | ■ | ■ | Secondary Case Acco |
| 5/1/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 5/1/2012 | UPS | ■ | ■ | ■ | Amex AMEX PAID |
| 5/16/2012 | UPS | ■ | ■ | ■ | Business 15595 |
| 5/16/2012 | UPS | ■ | ■ | ■ | Business 15595 |
| 5/18/2012 | UPS | ■ | ■ | ■ | Business 15595 |
| 5/30/2012 | Messenger | ■ | ■ | ■ | Secondary Case Acco |
| 7/31/2012 | records | ■ | ■ | ■ | Amex AMEX PAID - C |
| 8/17/2012 | records | ■ | ■ | ■ | Amex AMEX PAID |
| 8/20/2012 | records | ■ | ■ | ■ | Amex AMEX PAID |
| 10/2/2012 | records | ■ | ■ | ■ | Amex AMEX PAID |
| 10/4/2012 | records | ■ | ■ | ■ | Amex AMEX PAID - C |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 10/25/2012 | UPS | | | | Business 14910 |
| 10/25/2012 | UPS | | | | Business 14910 |
| 10/26/2012 | UPS | | | | Business 14966 |
| 10/26/2012 | UPS | | | | Business 14966 |
| 10/26/2012 | UPS | | | | Business 14966 |
| 10/26/2012 | UPS | | | | Business 14966 |
| 10/26/2012 | UPS | | | | Business 14966 |
| 10/26/2012 | UPS | | | | Business 14966 |
| 11/13/2012 | UPS | | | $ | Business 15092 |
| 11/14/2012 | UPS | | | | Business 15092 |
| 11/21/2012 | Reimbursemen | | | | Secondary Case Acco |
| 12/4/2012 | Medical Recor | | | | Secondary Case Acco |
| 1/15/2013 | Reimbursemen | | | | Secondary Case Acco |
| 2/22/2013 | Medical Recor | | | | Amex PAID C.C.'s AM |
| 2/22/2013 | Medical Recor | | | | Amex PAID C.C's AM |
| 3/4/2013 | Medical Recor | | | | Amex AMEX PAID |
| 3/4/2013 | | | | | Amex AMEX PAID |
| 3/15/2013 | records | | | | Amex AMEX PAID |
| 3/15/2013 | records | | | | Amex AMEX PAID |
| 3/15/2013 | records | | | | Amex AMEX PAID |
| 4/9/2013 | Dep. Fee | | | | Secondary Case Acco |
| 4/11/2013 | UPS | | | | Amex AMEX PAID |
| 4/15/2013 | UPS | | | | Business 001636 |
| 4/15/2013 | UPS | | | | Business 001636 |
| 4/15/2013 | UPS | | | | Business 001396 |
| 6/18/2013 | Reimb ck | | | | Secondary Case Acco |
| 6/19/2013 | records | | | | Secondary Case Acco |
| 2/10/2014 | records | | | | Amex AMEX PAID |
| 2/18/2014 | records | | | | Amex AMEX PAID |

| Date | TaskCode | Payee | Description | Cost | Acct/Check No |
|---|---|---|---|---|---|
| 3/12/2014 | UPS | ▮ | ▮ | ▮ | Business 002060 |
| 3/22/2014 | Travel | ▮ | ▮ | ▮ | American Express |
| 3/22/2014 | Travel | ▮ | ▮ | ▮ | American Express |
| 3/24/2014 | Mediation | ▮ | ▮ | ▮ | Secondary Case Acco |
| 3/31/2014 | records | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 4/14/2014 | records | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 4/21/2014 | records | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 4/25/2014 | records | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 5/12/2014 | records | ▮ | ▮ | ▮ | Amex AMEX PAID |
| 5/19/2014 | Mediation | ▮ | ▮ | ▮ | Secondary Case Acco |
| ▮/22/2014 | records | ▮ | ▮ | ▮ | Secondary Case Acco |
| 5/30/2014 | Mediation | ▮ | ▮ | ▮ | Secondary Case Acco |
| 6/23/2014 | Travel | ▮ | ▮ | ▮ | American Express |
| 9/1/2014 | Attorney Fee | ▮ | ▮ | ▮ | Secondary Case Acco |
| 10/27/2014 | Medical Recor | ▮ | ▮ | ▮ | American Express AM |
| 11/1/2014 | fees | ▮ | ▮ | ▮ | Secondary Case Acco |
| 11/4/2014 | Articles | ▮ | ▮ | ▮ | Secondary Case Acco |
| 11/6/2014 | Expert Review | ▮ | ▮ | ▮ | Secondary Case Acco |
| 11/10/2014 | Medical Recor | ▮ | ▮ | ▮ | American Express AM |
| 11/19/2014 | Expert Review | ▮ | ▮ | ▮ | Secondary Case Acco |

TOTAL COST ▮

**Total Cost By Account**
American Express
Amex
Business
retainer
Secondary Case Account