## BRYANT- GENERAL CONTRIBUTION REPORT

| Date | Description | | $ | | Account |
|---|---|---|---|---|---|
| 8/25/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 8/26/2011 | Reimb ck | | $ | | Secondary Case Account 1439 |
| 8/30/2011 | Reimbursement | | $ | | Secondary Case Account |
| 9/1/2011 | Subpoena | | $ | | Secondary Case Account 001500 |
| 9/13/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 9/14/2011 | Reimbursement | | $ | | Secondary Case Account |
| 9/16/2011 | Request for Articles | | $ | | Secondary Case Account 001498 |
| 9/16/2011 | Articles | | $ | | Secondary Case Account 001497 |
| 9/16/2011 | Article | | $ | | Secondary Case Account 001495 |
| 9/16/2011 | Articles | | $ | | Secondary Case Account 001494 |
| 9/16/2011 | Expert Fee | | $ | | Secondary Case Account 1476 |
| 9/16/2011 | conference | | $ | | Secondary Case Account |
| 9/20/2011 | Expert Fee | | $ | | Secondary Case Account 1504 |
| 9/21/2011 | Dep. Fee | | $ | | Secondary Case Account 2258 |
| 9/27/2011 | fee | | $ | | Secondary Case Account 001508 |
| 9/28/2011 | Expert Fee | | $ | | Secondary Case Account 001592 |
| 9/28/2011 | Reimbursement | | $ | | Amex PAID |
| 9/28/2011 | Expert Fee | | $ | | Secondary Case Account 1507 |
| 9/29/2011 | Subpoena | | $ | | retainer RETAINER PAID |
| 10/11/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/14/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/21/2011 | Car Rental | | $ | | Amex ALL PAID |
| 10/21/2011 | Car Rental | | $ | | Amex ALL PAID |
| 10/21/2011 | Subpoena | | $ | | retainer ALL PAID |

BRYANT- GENERAL CONTRIBUTION REPORT

| Date | Description | | Amount | | Account |
|---|---|---|---|---|---|
| 8/25/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 8/26/2011 | Reimb ck | | $ | | Secondary Case Account 1439 |
| 8/30/2011 | Reimbursement | | $ | | Secondary Case Account |
| 9/1/2011 | Subpoena | | $ | | Secondary Case Account 001500 |
| 9/13/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 9/14/2011 | Reimbursement | | $ | | Secondary Case Account |
| 9/16/2011 | Request for Articles | | $ | | Secondary Case Account 001498 |
| 9/16/2011 | Articles | | $ | | Secondary Case Account 001497 |
| 9/16/2011 | Article | | $ | | Secondary Case Account 001495 |
| 9/16/2011 | Articles | | $ | | Secondary Case Account 001494 |
| 9/16/2011 | Expert Fee | | $ | | Secondary Case Account 1476 |
| 9/16/2011 | conference | | $ | | Secondary Case Account |
| 9/20/2011 | Expert Fee | | $ | | Secondary Case Account 1504 |
| 9/21/2011 | Dep. Fee | | $ | | Secondary Case Account 2258 |
| 9/27/2011 | fee | | $ | | Secondary Case Account 001508 |
| 9/28/2011 | Expert Fee | | $ | | Secondary Case Account 001592 |
| 9/28/2011 | Reimbursement | | $ | | Amex PAID |
| 9/28/2011 | Expert Fee | | $ | | Secondary Case Account 1597 |
| 9/29/2011 | Subpoena | | $ | | retainer RETAINER PAID |
| 10/11/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/14/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/20/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 10/21/2011 | Car Rental | | $ | | Amex ALL PAID |
| 10/21/2011 | Car Rental | | $ | | Amex ALL PAID |
| 10/21/2011 | Subpoena | | $ | | retainer ALL PAID |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| | | | | |
|---|---|---|---|---|
| 10/21/2011 | Subpoena | | $ | retainer ALL PAID |
| 10/21/2011 | Dep. Fee | | $ | Secondary Case Account |
| 10/21/2011 | Dep. Fee | | $ | Secondary Case Account |
| 10/24/2011 | Expert Fee | | $ | Secondary Case Account 1598 |
| 10/24/2011 | Expert Fee | | $ | Secondary Case Account 1597 |
| 10/24/2011 | Subpoena | | $ | retainer ALL PAID |
| 10/26/2011 | Reimb ck | | $ | Secondary Case Account 1599 |
| 10/28/2011 | Subpoena | | $ | retainer ALL PAID |
| 11/1/2011 | transcript | | $ | Secondary Case Account |
| 11/4/2011 | courier | | $ | Secondary Case Account 1797 |
| 11/7/2011 | Deposition | | $ | Secondary Case Account 1692 |
| 11/7/2011 | Deposition | | $ | Secondary Case Account 1691 |
| 11/10/2011 | Expert Fee | | $ | Secondary Case Account 1689 |
| 11/10/2011 | Expert Fee | | $ | Secondary Case Account 1687 |
| 11/10/2011 | Expert Fee | | $ | Secondary Case Account 1688 |
| 11/11/2011 | courier | | $ | Secondary Case Account 1798 |
| 11/14/2011 | Expert Fee | | $ | Secondary Case Account 1687 |
| 11/14/2011 | hotel/lodging | | $ | Amex ALL PAID -AMEX |
| 11/15/2011 | Expert Fee | | $ | Secondary Case Account |
| 11/15/2011 | Web Hosting | | $ | Secondary Case Account 001708 |
| 11/15/2011 | Web Hosting | | $ | Secondary Case Account 001707 |
| 11/15/2011 | Web Hosting | | $ | Secondary Case Account 001706 |
| 11/15/2011 | Retainer | | $ | retainer 1690 |
| 11/15/2011 | transcript | | $ | Secondary Case Account 1703 |
| 11/15/2011 | Expert Fee | | $ | Secondary Case Account 1684 |
| 11/15/2011 | Dep. Fee | | $ | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | Secondary Case Account |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| Date | Description | | Amount | | Account |
|---|---|---|---|---|---|
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/15/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/21/2011 | Reimbursement | | $ | | Secondary Case Account |
| 11/21/2011 | Reimbursement | | $ | | Secondary Case Account |
| 11/25/2011 | air fare | | $ | | Amex AMEX PAID |
| 11/25/2011 | air fare | | $ | | Amex AMEX PAID |
| 11/25/2011 | Transportation | | $ | | Amex |
| 11/25/2011 | Cab | | $ | | Amex AMEX PAID |
| 11/25/2011 | filing fee | | $ | | Amex AMEX PAID |
| 11/25/2011 | filing fee | | $ | | Amex AMEX PAID |
| 11/25/2011 | filing fee | | $ | | Amex AMEX PAID |
| 11/25/2011 | filing fee | | $ | | Amex AMEX PAID |
| 11/25/2011 | Lodging | | $ | | Amex Amex Paid |
| 11/25/2011 | Yellow Cab | | $ | | Amex Amex PAID |
| 11/28/2011 | meeting | | $ | | Secondary Case Account |
| 11/28/2011 | Retainer | | $ | | Secondary Case Account 001593 |
| 11/28/2011 | Expert Review | | $ | | Secondary Case Account 001751 |
| 11/28/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 11/29/2011 | Expert Fee | | $ | | Secondary Case Account 001709 |
| 12/2/2011 | computer equp. | | $ | | Amex AMEX PAID |
| 12/2/2011 | Transportation | | $ | | Amex AMEX PAID |
| 12/2/2011 | Transportation | | $ | | Amex AMEX PAID |
| 12/2/2011 | Dep. Fee | | $ | | Amex AMEX PAID |
| 12/2/2011 | Dep. Fee | | $ | | Amex AMEX PAID |
| 12/2/2011 | Travel | | $ | | Amex AMEX PAID |
| 12/2/2011 | air fare | | $ | | Amex AMEX PAID |
| 12/2/2011 | air fare | | $ | | Amex AMEX PAID |
| 12/2/2011 | Subpoena | | $ | | rtainer RETAINER PAID |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| Date | Description | | Amount | | Account |
|---|---|---|---|---|---|
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/2/2011 | Dep. Fee | | $ | | Secondary Case Account |
| 12/5/2011 | service | | $ | | retainer RETAINER PAId |
| 12/6/2011 | Travel | | $ | | Amex AMEX PAID |
| 12/6/2011 | Expert Fee | | $ | | Secondary Case Account 1888 |
| 12/6/2011 | Expert Fee | | $ | | Secondary Case Account 1887 |
| 12/6/2011 | Expert Fee | | $ | | Secondary Case Account 1886 |
| 12/7/2011 | fee | | $ | | Secondary Case Account 1792 |
| 12/7/2011 | service | | $ | | retainer RETAINER PAID |
| 12/7/2011 | Video Dep | | $ | | 1791 |
| 12/8/2011 | fee | | $ | | 1800 |
| 12/9/2011 | Expert Fee | | $ | | Secondary Case Account 2013 |
| 12/10/2011 | Expert Fee | | $ | | Secondary Case Account 1895 |

## BRYANT- GENERAL CONTRIBUTION REPORT

| | | | | |
|---|---|---|---|---|
| 12/10/2011 | Expert Report | | $ | Secondary Case Account 1894 |
| 12/10/2011 | Expert Fee | | $ | Secondary Case Account 1893 |
| 12/12/2011 | Transportation | | $ | Amex AMEX PAID |
| 12/15/2011 | Expert Fee | | $ | Secondary Case Account 1901 |
| 12/15/2011 | Expert Fee | | $ | Secondary Case Account 1934 |
| 12/19/2011 | transcript | | $ | Secondary Case Account |
| 12/20/2011 | Review and report | | $ | Secondary Case Account 1756 |
| 12/21/2011 | Expert Fee | | $ | Secondary Case Account |
| 12/27/2011 | Expert Fee | | $ | Secondary Case Account 1884 |
| 12/27/2011 | Expert Fee | | $ | Secondary Case Account 1883 |
| 12/27/2011 | Expert Fee | | $ | Secondary Case Account 1885 |
| 12/28/2011 | Expert Fee | | $ | Secondary Case Account 1755 |
| 12/29/2011 | Dep. Fee | | $ | Secondary Case Account |
| 12/29/2011 | Dep. Fee | | $ | Secondary Case Account |
| 12/29/2011 | Dep. Fee | | $ | Secondary Case Account |
| 12/29/2011 | Dep. Fee | | $ | Secondary Case Account |
| 12/29/2011 | Dep. Fee | | $ | Secondary Case Account |
| 1/11/2012 | adjustment | | $ | Secondary Case Account 1810 |
| 1/11/2012 | Professional Services | | $ | Secondary Case Account 1809 |
| 1/11/2012 | Expert Fee | | $ | Secondary Case Account 1808 |
| 1/16/2012 | expense reimbursement | | $ | Secondary Case Account 1812 |

## BRYANT- GENERAL CONTRIBUTION REPORT

| | | | | |
|---|---|---|---|---|
| 1/16/2012 | fees | | $ | Secondary Case Account 1790 |
| 1/16/2012 | Article | | $ | Secondary Case Account 1803 |
| 1/16/2012 | Article | | $ | Secondary Case Account 1802 |
| 1/16/2012 | Article | | $ | Secondary Case Account 1801 |
| 1/17/2012 | Expert Fee | | $ | Secondary Case Account 1881 |
| 1/17/2012 | Expert Fee | | $ | Secondary Case Account 1882 |
| 1/19/2012 | Reimbursement | | $ | Secondary Case Account |
| 1/20/2012 | Expert Fee | | $ | Secondary Case Account 1991 |
| 1/25/2012 | Article | | $ | Secondary Case Account 1906 |
| 1/30/2012 | Article | | $ | Secondary Case Account 1910 |
| 1/30/2012 | Article | | $ | Secondary Case Account 1908 |
| 1/31/2012 | Article | | $ | Secondary Case Account 1909 |
| 2/9/2012 | Expert Fee | | $ | Secondary Case Account 1891 |
| 2/9/2012 | Expert Fee | | $ | Secondary Case Account 1890 |
| 2/10/2012 | Expert Fee | | $ | Secondary Case Account 1902 |
| 2/10/2012 | Report | | $ | Secondary Case Account 1889 |
| 2/10/2012 | review | | $ | Secondary Case Account 1892 |
| 2/10/2012 | Expert Fee | | $ | Secondary Case Account 1896 |
| 2/10/2012 | Expert Fee | | $ | Secondary Case Account |
| 2/10/2012 | Dep. Fee | | $ | Secondary Case Account 1898 |
| 2/15/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/15/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/17/2012 | Expert Fee | | $ | Secondary Case Account 1937 |
| 2/17/2012 | Expert Fee | | $ | Secondary Case Account 1936 |
| 2/17/2012 | transcript | | $ | Secondary Case Account |
| 2/17/2012 | transcript | | $ | Secondary Case Account |
| 2/21/2012 | Reimb ck | | $ | Secondary Case Account |
| 2/21/2012 | Expert Fee | | $ | Secondary Case Account 1173 |

## BRYANT- GENERAL CONTRIBUTION REPORT

| Date | Description | | | Account |
|---|---|---|---|---|
| 2/21/2012 | Deposition | | $ | Amex AMEX PAID |
| 2/21/2012 | Article | | $ | Secondary Case Account |
| 2/21/2012 | Article | | $ | Secondary Case Account |
| 2/21/2012 | Articles | | $ | Secondary Case Account |
| 2/21/2012 | Articles | | $ | Secondary Case Account |
| 2/21/2012 | Article | | $ | Secondary Case Account 1915 |
| 2/21/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/21/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/24/2012 | Expert Fee | | $ | Secondary Case Account 2001 |
| 2/24/2012 | air fare | | $ | Amex AMEX PAID |
| 2/24/2012 | air fare | | $ | Amex AMEX PAID |
| 2/27/2012 | Expert Fee | | $ | Secondary Case Account 2081 |
| 2/27/2012 | Expert Fee | | $ | Secondary Case Account 2064 |
| 2/27/2012 | Article | | $ | Secondary Case Account 1912 |
| 2/27/2012 | Article | | $ | Secondary Case Account 1911 |
| 2/27/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/27/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/28/2012 | Reimb ck | | $ | Secondary Case Account 1343 |
| 2/28/2012 | Expert Fee | | $ | Secondary Case Account |
| 2/28/2012 | cab | | $ | Amex AMEX PAID |
| 2/28/2012 | air fare | | $ | Amex AMEX PAID |
| 2/28/2012 | parking | | $ | Amex AMEX PAID |
| 2/28/2012 | Reimb ck | | $ | Secondary Case Account 2073 |
| 2/28/2012 | Lodging | | $ | Amex AMEX PAID |
| 2/28/2012 | parking | | $ | Amex AMEX PAID |
| 2/28/2012 | parking | | $ | Amex AMEX PAID |
| 2/28/2012 | parking | | $ | Amex AMEX PAID |
| 2/28/2012 | Dep. Fee | | $ | Secondary Case Account |
| 2/29/2012 | air fare | | $ | Amex AMEX PAID |
| 2/29/2012 | air fare | | $ | Amex AMEX PAID |

BRYANT- GENERAL CONTRIBUTION REPORT

| Date | Description | | Amount | | Account |
|------|-------------|---|--------|---|---------|
| 2/29/2012 | parking | | $ | | Amex AMEX PAID |
| 2/29/2012 | Car Service | | $ | | Amex AMEX PAID |
| 2/29/2012 | Article | | $ | | Amex AMEX PAID |
| 2/29/2012 | Car Service | | $ | | Amex AMEX PAID |
| 2/29/2012 | Car Service | | $ | | Amex AMEX PAID |
| 2/29/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 3/1/2012 | Article | | $ | | Secondary Case Account |
| 3/2/2012 | Article | | $ | | Amex AMEX PAID |
| 3/2/2012 | Article | | $ | | Amex AMEX PAID |
| 3/5/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 3/6/2012 | Credit | | $ | | retainer ALL PAID |
| 3/7/2012 | Article | | $ | | Amex AMEX PAID |
| 3/7/2012 | Article | | $ | | Amex AMEX PAID |
| 3/7/2012 | Article | | $ | | Secondary Case Account |
| 3/7/2012 | Article | | $ | | Secondary Case Account |
| 3/7/2012 | Article | | $ | | Secondary Case Account |
| 3/12/2012 | Article | | $ | | Amex AMEX PAID |
| 3/12/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 3/12/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 3/12/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 3/13/2012 | Car Rental | | $ | | Amex AMEX PAID |
| 3/13/2012 | Lodging | | $ | | Amex AMEX PAID |
| 3/13/2012 | air fare | | $ | | Amex AMEX PAID |
| 3/13/2012 | air fare | | $ | | Amex AMEX PAID |
| 3/13/2012 | air fare | | $ | | Amex AMEX PAID |
| 3/13/2012 | Article | | $ | | Amex AMEX PAID |
| 3/13/2012 | Expenses | | $ | | Amex AMEX PAID |
| 3/13/2012 | Expenses | | $ | | Amex AMEX PAID |
| 3/13/2012 | Expenses | | $ | | Secondary Case Account |
| 3/13/2012 | Expenses | | $ | | Amex  AMEX PAID |
| 3/13/2012 | fuel | | $ | | Amex AMEX PAID |
| 3/13/2012 | Lodging | | $ | | Amex AMEX PAID |
| 3/13/2012 | research | | $ | | Amex AMEX PAID |
| 3/14/2012 | fees | | $ | | Amex AMEX PAID |
| 3/14/2012 | fees | | $ | | Amex AMEX PAID |
| 3/14/2012 | air fare | | $ | | Amex AMEX PAID |
| 3/14/2012 | air fare | | $ | | Amex AMEX PAID |
| 3/14/2012 | Transportation | | $ | | Amex AMEX PAID |
| 3/14/2012 | Travel | | $ | | case management NJ AMEX PD |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| Date | Type | | Amount | Account |
|------|------|---|--------|---------|
| 3/14/2012 | Travel | | $ | case management NJ AMEX PAID |
| 3/14/2012 | air fare | | $ | Amex AMEX PAID |
| 3/14/2012 | fuel | | $ | Amex AMEX PAID |
| 3/14/2012 | Car Rental | | $ | Amex AMEX PAID |
| 3/14/2012 | parking | | $ | Amex AMEX PAID |
| 3/14/2012 | subscription | | $ | Amex AMEX PAID |
| 3/14/2012 | Article | | $ | Amex AMEX PAID |
| 3/14/2012 | Article | | $ | Amex AMEX PAID |
| 3/14/2012 | Article | | $ | Amex AMEX PAID |
| 3/14/2012 | Article | | $ | Amex AMEX PAID |
| 3/14/2012 | Lodging | | $ | Amex AMEX PAID |
| 3/14/2012 | Lodging | | $ | Amex AMEX PAID |
| 3/14/2012 | Lodging | | $ | Amex AMEX PAID |
| 3/14/2012 | Lodging | | $ | Amex AMEX PAID |
| 3/14/2012 | Article | | $ | Secondary Case Account |
| 3/14/2012 | travel insurance | | $ | Amex AMEX PAID |
| 3/14/2012 | travel insurance | | $ | Amex AMEX PAID |
| 3/14/2012 | air fare | | $ | Amex AMEX PAID |
| 3/14/2012 | Dep. Fee | | $ | Secondary Case Account |
| 3/15/2012 | Expert Fee | | $ | Secondary Case Account 1931 |
| 3/15/2012 | Expert Fee | | $ | Secondary Case Account 1938 |
| 3/15/2012 | Expert Fee | | $ | Secondary Case Account 1933 |
| 3/15/2012 | Expert Fee | | $ | Secondary Case Account 1932 |
| 3/16/2012 | Expert Fee | | $ | Secondary Case Account 1935 |
| 3/16/2012 | Expert Fee | | $ | Secondary Case Account 1935 |
| 3/16/2012 | Expert Fee | | $ | Secondary Case Account 1935 |
| 3/16/2012 | Expert Fee | | $ | Secondary Case Account 1935 |
| 3/16/2012 | Expert Fee | | $ | Secondary Case Account 1935 |
| 3/16/2012 | Reimb ck | | $ | Secondary Case Account 1925 |
| 3/16/2012 | Dep. Fee | | $ | Secondary Case Account |

BRYANT- GENERAL CONTRIBUTION REPORT

| Date | Type | | | | | Amount | | Account |
|---|---|---|---|---|---|---|---|---|
| 3/16/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/16/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/16/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/16/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/16/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/19/2012 | Article | | | | | $ | | Amex AMEX PAID |
| 3/19/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/19/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/27/2012 | Article | | | | | $ | | Secondary Case Account |
| 3/27/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/28/2012 | Travel | | | | | $ | | Amex AMEX PAID |
| 3/28/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 3/29/2012 | Reimb ck | | | | | $ | | Secondary Case Account |
| 4/2/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 4/2/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 4/2/2012 | dep | | | | | $ | | Secondary Case Account |
| 4/3/2012 | Expenses | | | | | $ | | Amex AMEX PAID |
| 4/5/2012 | Article | | | | | $ | | Secondary Case Account AMEX PA |
| 4/5/2012 | Article | | | | | $ | | Secondary Case Account AMEX PA |
| 4/6/2012 | Expert Fee | | | | | $ | | Secondary Case Account 1997 |
| 4/6/2012 | Expert Fee | | | | | $ | | Secondary Case Account 1996 |
| 4/9/2012 | Expert Fee | | | | | $ | | Secondary Case Account |
| 4/9/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 4/10/2012 | Travel | | | | | $ | | Amex AMEX PAID |
| 4/12/2012 | Dep. Fee | | | | | $ | | Secondary Case Account |
| 4/13/2012 | Lodging | | | | | $ | | Amex AMEX PAID |
| 4/13/2012 | fuel | | | | | $ | | Amex AMEX PAID |
| 4/13/2012 | fuel | | | | | $ | | Amex AMEX PAID |
| 4/13/2012 | Article | | | | | $ | | Amex AMEX PAID |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| Date | Description | | | Amount | | Account |
|------|-------------|---|---|--------|---|---------|
| 4/13/2012 | Lodging | | | $ | | Amex AMEX PAID |
| 4/13/2012 | parking | | | $ | | Amex AMEX PAID |
| 4/13/2012 | fuel | | | $ | | Amex AMEX PAID |
| 4/13/2012 | Car Rental | | | $ | | Amex AMEX PAID |
| 4/13/2012 | Lodging | | | $ | | Amex AMEX PAID |
| 4/13/2012 | Lodging | | | $ | | Secondary Case Account Amex Pd |
| 4/13/2012 | Lodging | | | $ | | Amex AMEX PAID |
| 4/16/2012 | Transportation | | | $ | | Amex AMEX PAID |
| 4/17/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/17/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/17/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/18/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/19/2012 | Transportation | | | $ | | Amex AMEX PAID |
| 4/19/2012 | Transportation | | | $ | | Amex AMEX PAID |
| 4/19/2012 | parking | | | $ | | Amex amex pd |
| 4/19/2012 | Lodging | | | $ | | Amex amex paid |
| 4/19/2012 | parking | | | $ | | Amex AMEX PAID |
| 4/19/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/19/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/19/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/19/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/19/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/20/2012 | Expert Fee | | | $ | | Secondary Case Account 2028 |
| 4/21/2012 | Travel | | | $ | | Amex AMEX PAID |
| 4/21/2012 | Travel | | | $ | | Amex AMEX PAID |
| 4/23/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/23/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/23/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/24/2012 | UPS | | | $ | | Business 1364 |
| 4/25/2012 | Expert Fee | | | $ | | Secondary Case Account |
| 4/25/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 4/26/2012 | Travel | | | $ | | Amex AMEX PAID |
| 4/26/2012 | Expert Fee | | | $ | | Secondary Case Account 2070 |
| 4/27/2012 | Lodging | | | $ | | Amex AMEX PAID |
| 4/27/2012 | Travel | | | $ | | Amex AMEX PAID |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| | | | | | |
|---|---|---|---|---|---|
| 4/27/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 4/27/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 4/27/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 4/27/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 4/28/2012 | Travel | | $ | | Amex AMEX PAID |
| 4/28/2012 | Travel | | $ | | Amex AMEX PAID |
| 4/28/2012 | parking | | $ | | Amex AMEX PAID |
| 4/29/2012 | Travel | | $ | | Amex AMEX PAID |
| 4/29/2012 | Lodging | | $ | | Amex AMEX PAID |
| 4/30/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 5/1/2012 | Car Rental | | $ | | Amex amex paid |
| 5/2/2012 | Car Service | | $ | | Amex AMEX PAID |
| 5/3/2012 | parking | | $ | | Amex AMEX PAID |
| 5/3/2012 | fuel | | $ | | Amex Amex Paid |
| 5/3/2012 | Lodging | | $ | | Amex AMEX PAID |
| 5/7/2012 | Travel | | $ | | Amex AMEX PAID |
| 5/14/2012 | Dep. Fee | | $ | | Secondary Case Account |
| 5/16/2012 | Expert Fee | | $ | | Secondary Case Account 2019 |
| 5/16/2012 | Expert Fee | | $ | | Secondary Case Account |
| 5/17/2012 | Expert Fee | | $ | | Secondary Case Account |
| 5/17/2012 | Expert Fee | | $ | | Secondary Case Account LSG PER |
| 5/22/2012 | Expert Fee | | $ | | Secondary Case Account 2005 |
| 5/22/2012 | Expert Fee | | $ | | Secondary Case Account 2007 |
| 5/22/2012 | Expert Fee | | $ | | Secondary Case Account 2006 |
| 6/1/2012 | Expert Fee | | $ | | Secondary Case Account 2066 |
| 6/12/2012 | Expert Fee | | $ | | Secondary Case Account 2014 |

BRYANT- GENERAL CONTRIBUTION REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/12/2012 | Expert Fee | | | $ | | Secondary Case Account 2017 |
| 6/12/2012 | Expert Fee | | | $ | | Secondary Case Account 2016 |
| 6/12/2012 | Expert Fee | | | $ | | Secondary Case Account 2015 |
| 6/13/2012 | Expert Fee | | | $ | | Secondary Case Account 2012 |
| 6/13/2012 | expert | | | $ | | Secondary Case Account |
| 6/14/2012 | parking | | | $ | | Amex Amex Paid |
| 6/14/2012 | Travel | | | $ | | Amex Amex Paid |
| 6/14/2012 | Travel | | | $ | | Amex Amex Paid |
| 6/14/2012 | Lodging | | | $ | | Amex Amex Paid |
| 6/15/2012 | Car Rental | | | $ | | Amex Amex Paid |
| 6/26/2012 | Expert Fee | | | $ | | Secondary Case Account 2047 |
| 6/26/2012 | Expert Fee | | | $ | | Secondary Case Account 2046 |
| 6/26/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 6/29/2012 | Dep. Fee | | | $ | | Secondary Case Account |
| 7/17/2012 | book | | | $ | | Amex AMEX PAID |
| 8/2/2012 | parking | | | $ | | Amex Amex PD |
| 8/2/2012 | parking | | | $ | | Amex Amex Paid |
| 8/2/2012 | Travel | | | $ | | Amex Amex Paid |
| 8/2/2012 | Travel | | | $ | | Amex Amex Paid |
| 8/2/2012 | Travel | | | $ | | Amex Amex Paid |
| 8/2/2012 | Travel | | | $ | | Amex Amex Paid |
| 8/2/2012 | Travel | | | $ | | Amex Amex Paid |
| 8/2/2012 | Lodging | | | $ | | Amex Amex Paid |
| 8/2/2012 | Travel | | | $ | | Amex Amex Paid |
| 8/2/2012 | rental | | | $ | | Amex amex paid |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| | | | | |
|---|---|---|---|---|
| 8/2/2012 | Lodging | | $ | Amex Amex Paid |
| 8/2/2012 | Lodging | | $ | Amex Amex Paid |
| 8/2/2012 | Article | | $ | Amex Amex Paid |
| 8/2/2012 | Article | | $ | Amex Amex Paid |
| 8/2/2012 | Travel | | $ | Amex Amex Paid |
| 8/2/2012 | travel insurance | | $ | Amex AMEX PAID |
| 8/2/2012 | Travel | | $ | Amex Amex Paid |
| 8/2/2012 | Travel | | $ | Amex Amex Paid |
| 8/2/2012 | Travel | | $ | Amex amex pd |
| 8/2/2012 | Travel | | $ | Amex Amex Paid |
| 8/20/2012 | Travel | | $ | Amex AMEX PAID |
| 8/20/2012 | fee | | $ | Amex Amex Paid |
| 8/20/2012 | Travel | | $ | Amex Amex Paid |
| 8/20/2012 | Transportation | | $ | Amex Amex Paid |
| 8/20/2012 | Expert Fee | | $ | Secondary Case Account 2071 |
| 8/20/2012 | Lodging | | $ | Amex Amex Paid |
| 8/20/2012 | Transportation | | $ | Amex Amex Paid |
| 8/29/2012 | Subpoena | | $ | Secondary Case Account 2036 |
| 8/29/2012 | Subpoena | | $ | Secondary Case Account 2037 |
| 8/29/2012 | Subpoena | | $ | Secondary Case Account 2038 |
| 8/29/2012 | Subpoena | | $ | Secondary Case Account 2034 |
| 8/29/2012 | Subpoena | | $ | Secondary Case Account 2035 |
| 9/14/2012 | service | | $ | Secondary Case Account |
| 9/27/2012 | Chiari Fund Contribution | | $ | Business |
| 10/2/2012 | Expert Fee | | $ | Secondary Case Account 2072 |
| 10/2/2012 | Expert Fee | | $ | Secondary Case Account 2045 |
| 10/2/2012 | delivery fee | | $ | Secondary Case Account 2048 |

BRYANT- GENERAL CONTRIBUTION REPORT

| Date | Description | | Amount | Account |
|---|---|---|---|---|
| 10/26/2012 | service | | $ | Amex 2054 |
| 10/26/2012 | service | | $ | Amex 2054 |
| 10/26/2012 | service | | $ | Amex 2054 |
| 10/26/2012 | service | | $ | Amex 2054 |
| 11/15/2012 | Expert Fee | | $ | Secondary Case Account 2065 |
| 12/20/2012 | Mediation | | $ | case management NJ 2057 |
| 12/28/2012 | Mediation | | $ | Secondary Case Account 2074 |
| 1/28/2013 | Mediation | | $ | Secondary Case Account 2040 |
| 2/5/2013 | Reimb ck | | $ | Secondary Case Account |
| 3/19/2013 | Mediation | | $ | Secondary Case Account |
| 3/22/2013 | Expert Fee | | $ | Secondary Case Account 2075 |
| 4/9/2013 | Dep. Fee | | $ | Secondary Case Account |
| 4/9/2013 | Dep. Fee | | $ | Secondary Case Account |
| 4/11/2013 | research | | $ | Amex AMEX PAID |

**BRYANT- GENERAL CONTRIBUTION REPORT**

| Date | Description | | | | | |
|------|-------------|---|---|---|---|---|
| 5/7/2013 | Reimbursement | █████ | ██████ | $ | ██ | Secondary Case Account |
| 5/29/2013 | delivery fee | | | $ | | Secondary Case Account |
| 6/5/2013 | Article | | | $ | | Amex Amex |
| 6/10/2013 | Transportation | | | $ | | Amex AMEX PD |
| 6/10/2013 | records | | | $ | | Secondary Case Account |
| 11/26/2013 | Reimbursement | | | $ | | Secondary Case Account |
| 12/2/2013 | Reimbursement | | | $ | | Secondary Case Account |
| 12/3/2013 | Reimbursement | | | $ | | Secondary Case Account |
| 12/20/2013 | Reimbursement | | | $ | | Secondary Case Account |
| 2/25/2014 | parking | | | $ | | Amex AMEX PAID |
| 3/25/2014 | Mediation | | | $ | | Secondary Case Account 2377 |
| 5/21/2014 | parking | | | $ | | American Express AMEX PAID |
| 6/2/2014 | parking | | | $ | | American Express AMEX PAID |
| 6/11/2014 | Article | | | $ | | Amex AMEX PAID |
| 6/18/2014 | Car Service | | | $ | | American Express AMEX PAID |
| 6/18/2014 | Travel | | | $ | | American Express AMEX PAID |
| 6/18/2014 | Car Rental | | | $ | | American Express AMEX PAID |
| 6/18/2014 | Reimbursement | | | $ | | American Express AMEX PAID |
| 6/18/2014 | arbitration | | | $ | | Secondary Case Account |
| 6/18/2014 | Lodging | | | $ | | American Express AMEX PAID |
| 6/18/2014 | Dep. Fee | | | $ | | Secondary Case Account |
| 7/2/2014 | conference | | | $ | | Amexamex AMEX PAID |
| 7/7/2014 | arbitration | | | $ | | Secondary Case Account |
| | | | | $ | ██ | ████ $ ████ |