

# CHASAN & WALTON, L.L.C.
### ATTORNEYS AT LAW

ANDREW M. CHASAN
andrew.chasan@chasanwalton.com

TIMOTHY C. WALTON
tim.walton@chasanwalton.com

PARK CENTER POINTE
1459 TYRELL LANE • P.O. BOX 1069
BOISE, IDAHO 83701
www.chasanwalton.com

TELEPHONE
(208) 345-3760

FACSIMILE
(208) 345-0288

TOLL FREE
1-800-553-3760

January 9, 2015

**VIA FACSIMILE – (212) 421-5185**

Christina Ctorides
GOLDSMITH CTORIDES & RODRIGUEZ
747 Third Avenue
New York, NY 10017

    RE: ▇▇▇▇▇▇▇
        Insured by: Blue Cross of Idaho
        Our File No. 2010.118

Dear Ms. Ctorides:

    This confirms Blue Cross will accept ▇▇▇▇▇ in satisfaction of its subrogated interest based upon your representation that the case has settled for ▇▇▇▇. Upon receipt of the settlement funds please send a check in that amount to this firm, made payable to the Trust Account of Chasan & Walton (once you have gotten through the Infant's Compromise process, etc.).

    Thank you for your help.

                        Sincerely Yours,

                        Timothy C. Walton
                        CHASAN & WALTON
                        Attorneys for Blue Cross of Idaho

TCW/kk