| Wayne Bryant Wage | Hours Missed | Total Lost |
|---|---|---|
| ███ | 200 Hours | ███ |
| April Bryant Wage | Hours Missed | Total Lost |
| ███ | 1200 Hours | ███ |

**Total Family Income Loss**
███

**Reliable ELECTRIC**

October 31, 2008

10118 N. Taryne
Hayden, ID 83835
(208) 772-2490
Fax (208) 772-2142

Mrs. April Bryant
2417 E. St. James Street
Hayden, Idaho 83835

Dear April,

As per your request this is a general detail of your dramatically altered work schedule during the last several months because of your child, ▇▇▇ health and related problems.

To Whom This May Concern,

April Bryant has worked for our corporation as a executive assistant from June of 2007 unit present. She has been my "other" right hand and has held a key position with our organization and was paid ▇▇▇ per hour.

April's original position is considered part time, 30 hours a week, or 120 hours per month. Up until February of this year that was the normal schedule she maintained until her daughter ▇▇▇ became ill. Her ability to work any kind of a normal position went out the window completely in March 2008 with ▇▇▇ diagnosis in New York. The following complications turned her work life upside down, Since that time she has not been able to meet any kind of a regular schedule of any sort. We are lucky to get a few hours of work time available from April in her chaotic life.
April has worked as many evenings as possible to try to keep the general applications current. She has been barely able to fill in as much as 10 full hours a week consistently since ▇▇▇ diagnosis. Obviously this has drastically affected April's home and work life and has been a problem for all of us at Reliable Electric who depend on her ability to work. She has lost available work hours due to the complications of ▇▇▇ life since her first surgery and April has not worked in October due to her second surgery,

If I can be of any other assistance to you, please don't hesitate to contact me at any time.

Sincerely,

*Patricia K Phelps*
Patricia K Phelps
Vice President/Financial Manager


ELECTRIC

October 31, 2008

10118 N. Taryne
Hayden, ID 83835
(208) 772-2490
Fax (208) 772-2142

Mr. Wayne Bryant
2417 E. St. James Street
Hayden, Idaho 83835

Dear Wayne,

As per your request this is a general detail of your dramatically altered work schedule during the last several months because of your child, ███████ health and related problems.

To Whom This May Concern,

Wayne Bryant has worked for our corporation as a electrician from June of 1996 until present. He is a corporate employee and holds a key position in this corporation. Due to the duties he performs he is ranked at the top or the pay rate schedule for Journeyman electricians in Idaho and has been for several years. His current pay rate is ███ per hour and that has been a steady wage rate for quite awhile. Up until last month corporate employees also enjoyed the benefit of having family insurance benefits covered by the corporation this was an additional ███ to ███ benefit for employees with families. Due to the hard economic times the corporation can no longer carry this benefit for corporate employees and this wage has been lost.

Wayne has worked for our company since his graduation from high school. He mastered the electrical craft and has become an accomplished operator for our equipment. He has consistently worked over 2000 hours per year for the last 12 years. He is a full time employee and has a general work week of 40 hours.

Due to the diagnosis of a severe problem in the health of his daughter ███████ in March of 2008 in New York and the complications affecting her life since, it has turned his life upside down. Wayne has lost many hours by working short days for testing, doctors appointments and a combination of everything else. In addition He has lost five full weeks of available work because of the need to be with his child and I don't know how many other short weeks besides. As the main provider for his family, the Bryant family has taken a huge financial blow due to the loss of his ability to work the entire year, and it's not over yet. This has also caused a very large hardship on this Corporation as well. Wayne's time is equally as valuable to us as well as the contractors we work for.

If I can be of any other assistance to you, please don't hesitate to contact me at any time.

Sincerely,

Patricia K Phelps, Vice President/Financial Manager